# IN THE UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | |
|---|---|
| In re:<br><br>EBIX, INC., *et al.*<br><br>Debtors. | Chapter 11<br><br>Case No. 23-80004 (SWE)<br><br>(Joint Administration Requested) |

## APPLICATION FOR ADMISSION *PRO HAC VICE*

1. Name:  **Scott**  **Sean**  **T.**
   *Last*  *First*  *MI*

2. Firm Name: Mayer Brown LLP

3. Address: 71 South Wacker Drive Chicago, Illinois 60606

4. Phone: 312-782-0600    FAX: 312-706-8482

   Email: stscott@mayerbrown.com

5. Name used to sign *all* pleadings: Sean T. Scott

6. Retained by: Regions Bank, as DIP Agent and Prepetition Agent

7. Admitted on November 9, 2000 and presently a member in good standing of the bar of the highest court of the state of Illinois and issued the bar license number of 6273516.

8. Admitted to practice before the following courts:

   | *Court:* | *Admission Date:* |
   |---|---|
   | USDC for the Northern District of Illinois | 12/21/2000 |
   | US Court of Appeals for the 7th Circuit | 2/18/2005 |

*Continued.*

9. Are you presently a member in good standing of the bars of the courts listed above?

    ☒ Yes    ☐ No

    If "No," please list all courts which you are no longer admitted to practice:

10. Have you ever been subject to a grievance proceeding or involuntary removal proceeding while a member of the bar of any state or federal court?

    ☐ Yes    ☒ No

    If "Yes," please provide details:

11. Other than minor traffic offenses, have you ever been charged, arrested, or convicted of a criminal offense or offenses?

    ☐ Yes    ☒ No

    If "Yes," please provide details:

12. Please list all cases in the United States Bankruptcy Court, Northern District of Texas in which you have filed for *pro hac vice* in the past three years:

    | *Date of Application* | *Case No. and Style* |
    |---|---|
    | 8/15/2021 | 19-44208 - *In re American Workers Insurance Services, Inc.* |

13. Local counsel of record:  John J. Kane (Kane Russell Coleman Logan PC)

14. Local counsel's address:  901 Main Street, Suite 5200 Dallas, TX 75202

*Continued.*

    I respectfully request to be admitted to practice in the United States Bankruptcy Court for the Northern District of Texas for this cause only.

    I certify that I have read *Dondi Properties Corp. v. Commerce Savs. & Loan Ass'n*, 121 F.R.D. 284 (N.D. Tex. 1988) (en banc), and the local civil and bankruptcy rules of this court and will comply with the standards of practice adopted in *Dondi* and with the local civil and bankruptcy rules.

    ☐ I am an ECF filer. I also certify that I have served a true and correct copy of this document upon each attorney of record and filed the application via ECF with the payment of $100.00

    ☒ I am not an ECF filer. I also certify that I have served a true and correct copy of this document upon each attorney of record and the original upon the US Bankruptcy Court Accompanied with the $100.00 filing fee on __12/18/2023__ .

| Sean T. Scott | 12/18/2023 |
|---|---|
| Printed Name of Applicant | Date |

*DocuSigned by:*

/s/ Sean T. Scott

Signature of Applicant

***Continued.***