SIDLEY AUSTIN LLP
Thomas R. Califano (24122825)
Rakhee V. Patel (00797213)
Jeri Leigh Miller (24102176)
2021 McKinney Avenue, Suite 2000
Dallas, Texas 75201
Telephone:   (214) 981-3300
Facsimile:    (214) 981-3400
Email:          tom.califano@sidley.com
                    rpatel@sidley.com
                    jeri.miller@sidley.com

SIDLEY AUSTIN LLP
Andres Barajas (*pro hac vice* pending)
Weiru Fang (*pro hac vice* pending)
787 Seventh Avenue
New York, New York 10019
Telephone:   (212) 839-5300
Facsimile:    (212) 839-5599
Email:          andres.barajas@sidley.com
                    weiru.fang@sidley.com

*Proposed Attorneys for the Debtors*
*and Debtors in Possession*

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| EBIX, INC., *et al.*[1] | Case No. 23-80004 (SWE) |
| Debtors. | (Joint Administration Requested) |
| | (Emergency Hearing Requested) |

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: Ebix, Inc. (1975), Vertex, Incorporated (6295), P.B. Systems, Inc. (9074), Ebix Consulting, Inc. (6666), Ebix US, LLC (N/A), Facts Services, Inc. (1348), Doctors Exchange, Inc. (N/A), Ebix International LLC (N/A), Agency Solutions.com, LLC d/b/a Health Connect LLC (N/A), ConfirmNet Corporation (2737), A.D.A.M., Inc. (8070), and Ebix Latin America, LLC (N/A). The Debtors' mailing address is 1 Ebix Way, Johns Creek, Georgia 30097.

### NOTICE OF REVISED PROPOSED ORDER
### WITH RESPECT TO DIP MOTION
### FOR HEARING SCHEDULED FOR
### DECEMBER 19, 2023 AT 3:00 P.M. (PREVAILING CENTRAL TIME)

**PLEASE TAKE NOTICE** that on December 18, 2023, the above-captioned debtors and debtors in possession (collectively, the "Debtors") filed the following motion (the "DIP Motion") with the United States Bankruptcy Court for the Northern District of Texas (the "Court"):

*Debtors' Emergency Motion for Entry of Interim and Final Orders (I) Authorizing (A) Postpetition Financing, and (B) The Use of Cash Collateral; (II) Granting Liens and Providing Superpriority Administrative Expense Claims; (III) Granting Adequate Protection to Prepetition Lenders; (IV) Modifying the Automatic Stay; (V) Scheduling a Final Hearing; and (VI) Granting Related Relief* [Docket No. 13]

**PLEASE TAKE FURTHER NOTICE** that the Debtors hereby file a revised proposed order with respect to the DIP Motion, attached hereto as **Exhibit A** reflecting informal comments received from the U.S. Trustee.

**PLEASE TAKE FURTHER NOTICE** that attached hereto as **Exhibit B** is a redline of the revised proposed order with respect to the DIP Motion reflecting cumulative changes from the proposed form of order attached to the DIP Motion.

**PLEASE TAKE FURTHER NOTICE** that parties who wish to participate in the Hearing by videoconference may do so via WebEx at the following link:

Link: https://us-courts.webex.com/meet/everett

**PLEASE TAKE FURTHER NOTICE** that parties who wish to participate in the Hearing by teleconference may do so via WebEx:

• Dial-In: 1-650-479-3207

• Access Code: 476 420 189

**PLEASE TAKE FURTHER NOTICE** that copies of the foregoing pleadings may be obtained (i) at the website established by the Debtors' proposed noticing agent, Omni Agent Solutions, Inc. at https://omniagentsolutions.com/Ebix, (ii) from the Court's website http://www.txnb.uscourts.gov via ECF/Pacer, or (iii) upon request to the undersigned.

[*Remainder of page intentionally left blank*]

Dated: December 19, 2023
Dallas, Texas

*/s/ Thomas R. Califano*
**SIDLEY AUSTIN LLP**
Thomas R. Califano (24122825)
Rakhee V. Patel (00797213)
Jeri Leigh Miller (24102176)
2021 McKinney Avenue, Suite 2000
Dallas, Texas 75201
Telephone: (214) 981-3300
Facsimile: (214) 981-3400
Email: tom.califano@sidley.com
rpatel@sidley.com
jeri.miller@sidley.com
*and*
Andres Barajas (*pro hac vice* pending)
Weiru Fang (*pro hac vice* pending)
787 Seventh Avenue
New York, New York 10019
Telephone: (212) 839-5300
Facsimile: (212) 839-5599
Email: andres.barajas@sidley.com
weiru.fang@sidley.com
*Proposed Attorneys for the Debtors*
*and Debtors in Possession*

## Certificate of Service

      I certify that on the December 19, 2023, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

                                                */s/ Thomas R. Califano*