SIDLEY AUSTIN LLP
Thomas R. Califano (24122825)
Rakhee V. Patel (00797213)
Jeri Leigh Miller (24102176)
2021 McKinney Avenue, Suite 2000
Dallas, Texas 75201
Telephone:    (214) 981-3300
Facsimile:    (214) 981-3400
Email:    tom.califano@sidley.com
          rpatel@sidley.com
          jeri.miller@sidley.com

SIDLEY AUSTIN LLP
Andres Barajas (*pro hac vice* pending)
Weiru Fang (*pro hac vice* pending)
787 Seventh Avenue
New York, New York 10019
Telephone:    (212) 839-5300
Facsimile:    (212) 839-5599
Email:    andres.barajas@sidley.com
          weiru.fang@sidley.com

*Proposed Attorneys for the Debtors*
*and Debtors in Possession*

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| EBIX, INC., *et al.*[1] | Case No. 23-80004 (SWE) |
| Debtors. | (Jointly Administered) |

---

[1]    The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: Ebix, Inc. (1975), Vertex, Incorporated (6295), P.B. Systems, Inc. (9074), Ebix Consulting, Inc. (6666), Ebix US, LLC (N/A), Facts Services, Inc. (1348), Doctors Exchange, Inc. (N/A), Ebix International LLC (N/A), Agency Solutions.com, LLC d/b/a Health Connect LLC (N/A), ConfirmNet Corporation (2737), A.D.A.M., Inc. (8070), and Ebix Latin America, LLC (N/A). The Debtors' mailing address is 1 Ebix Way, Johns Creek, Georgia 30097.

## NOTICE OF FILING OF FIRST DAY HEARING DEMONSTRATIVE

**PLEASE TAKE NOTICE** that on December 19, 2023, the United States Bankruptcy Court for the Northern District of Texas (the "Court") conducted a hearing with respect to certain "first day" relief (the "First Day Hearing") requested by the above-captioned debtors and debtors in possession (collectively, the "Debtors").

**PLEASE TAKE FURTHER NOTICE** that the Debtors hereby file a copy of the demonstrative presentation referenced in the First Day Hearing.

**PLEASE TAKE FURTHER NOTICE** that copies of pleadings filed in this case may be obtained (i) at the website established by the Debtors' proposed noticing agent, Omni Agent Solutions, Inc. at https://omniagentsolutions.com/Ebix, (ii) from the Court's website http://www.txnb.uscourts.gov via ECF/Pacer, or (iii) upon request to the undersigned.

*[Remainder of page intentionally left blank]*

Dated: December 19, 2023
Dallas, Texas

*/s/ Jeri Leigh Miller*
**SIDLEY AUSTIN LLP**
Thomas R. Califano (24122825)
Rakhee V. Patel (00797213)
Jeri Leigh Miller (24102176)
2021 McKinney Avenue, Suite 2000
Dallas, Texas 75201
Telephone: (214) 981-3300
Facsimile: (214) 981-3400
Email: tom.califano@sidley.com
rpatel@sidley.com
jeri.miller@sidley.com
*and*
Andres Barajas (*pro hac vice* pending)
Weiru Fang (*pro hac vice* pending)
787 Seventh Avenue
New York, New York 10019
Telephone: (212) 839-5300
Facsimile: (212) 839-5599
Email: andres.barajas@sidley.com
weiru.fang@sidley.com
*Proposed Attorneys for the Debtors*
*and Debtors in Possession*

## Certificate of Service

I certify that on the December 19, 2023, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

*/s/ Jeri Leigh Miller*

# Exhibit A

**First Day Hearing Demonstrative**



SIDLEY

*Ebix Inc., et al.,*
Case No. 23-80004
*Judge Everett*
*United States Bankruptcy Court*
*Northern District of Texas*
*December 19, 2023*

# Ebix's Business Lines

Leading international provider of technology services, focusing on the insurance, financial services, travel, and healthcare industries

## Primary Channels

- Insurance Exchange
- Risk Compliance Solutions
- Consulting

## Other Business Lines

- Oakstone Business (medical education)
- ADAM Business (multimedia health content provider)
- EbixHealth (technology platform)

*Domestic Business Lines*

## International Services

- Insurance Exchange (U.K., Australia, New Zealand, Brazil)
- EbixCash (India) (software and services)

*International Business Lines*

2

# Insurance Exchange



| Revenue | SaaS Enterprise Solutions | Areas Serviced |
|---|---|---|
| Majority of revenue is generated from software insurance exchange business, *EbixExchange* | Development & deployment of SaaS enterprise solutions for insurance and reinsurance exchanges | Customer relationship management, front and back-end systems, administrative & risk compliance, and discrete consultancy services |

# Risk Compliance Solutions



# Consulting

## Customed Services

Customized consulting & support services to build, manage, and optimize IT infrastructures

## Comprehensive Offerings

Custom app development, strategic consulting, business process management, IT outsourcing

## Additional Businesses

Diverse suite of additional businesses and services in the technology and training sector



# Company's Global Footprint

| Over 10,000 employees worldwide | Debtors' worldwide headquarters is located in Johns Creek, Georgia | Non-Debtors operate internationally across ~200 offices abroad |








**Debtors' Management Team**
- Robin Raina (CEO)
- Amit Garg (CFO & First Day Declarant)




**Debtors' Advisors**
- Counsel: Sidley Austin
- Financial Advisor: AlixPartners
- Investment Banker: Jefferies
  *(Richard Morgner, Declarant)*

# Key Players



**Prepetition Lenders & DIP Lenders' Advisors (Regions Bank as Agent)**
- Counsel: Mayer Brown
- Financial Advisor: FTI



**Stalking Horse (Zinnia)'s Advisors**
- Counsel: Milbank
- Financial Advisor: RBC & Citibank

# Timeline of Important Events



**Aug. 2014** – Prepetition Credit Agreement

**Fall 2021** – Company engaged Jefferies to advise on potential debt financing transactions

**Nov. 2022** – Company re-engaged Jefferies to launch new refinancing process effort

**Feb. 2023** – Prepetition Credit Facility to mature, but extended by Amendment 13 to **May 2023**

**July 2023** – Amendment 15 removes July 31 deadline for public opening of subscription to investors of EbixCash Ltd.

**Nov. 2023** – Company enters into Amended Forbearance Agreement extending forbearance period to Dec. 17, 2023

**2014**

**2024**

**2019** – Pursuit of EbixCash IPO (initial target completion date of May 2020)

**July 2016 to April 2021** – Amendments 2-12

**Jan. 2022** – Company formed Strategic Investment Committee to evaluate financing and capital raising alternatives

**Nov. 2022** – Company engaged Sidley

**May 2023** – Amendment 14, maturity date of Prepetition Credit Facility extended again to **Sept. 2023**

**Feb. 2023** – Jefferies launched M&A process

**Sept. 2023** – Company entered into forbearance agreement with Prepetition Lenders which provided 45 day forbearance window to Nov. 15, 2023 & appointment of additional directors

# Prepetition Capital Structure

- Approximately $620 million in principal amount of outstanding funded debt obligations, exclusive of accrued but unpaid interest and fees, under the Credit Facility.
  - As of the Petition Date, interest and amendment fees have accrued in the aggregate amount of approximately $36 million.
- Approximately $7.5 million in trade payables.
  - Approximately $7 million owed to judgement creditor Amadeus.
  - Additional litigation claims in contingent, unliquidated amount (including securities class actions).
- Intercompany claims pursuant to Support Services arrangements with foreign affiliates and funding arrangement with non-Debtor benefit services entity.
- Approximately 30 million shares of Common Stock outstanding, trading at $4.93 as of close of market 12/15, for an implied market capitalization of approximately $150 million.

# Key Building Blocks of the Chapter 11 Cases

**RSA**
- Support from the prepetition lenders for the cases
- Forbearance from the prepetition lenders from exercising remedies against non-Debtor guarantors under the prepetition facility, Ebix Singapore Pte Ltd and Ebix International Holdings Limited

**Restructuring Transactions**
- Jointly administered plan of reorganization
- Sale or sales of the Debtors' North American Life and Annuity assets & other assets as is necessary to fund the restructuring transactions and pay all prepetition secured claims in full

**DIP Facility**
- Superpriority, senior secured, delayed-draw term loan facility
- Aggregate principal amount **up to $105,000,000** consisting of:
  - (a) New Money DIP Loans of up to **$35,000,000**; and
  - (b) DIP Rolled-UP Loans in the aggregate amount of up to **$70,000,000**

**Stalking Horse APA**
- Agreement with **Zinnia Distributor Solutions, LLC**, a wholly owned subsidiary of Zinnia Corporate Holdings, LLC for sale of North American L&A Assets
  - Purchase Price of $400 million subject to price adjustment
  - 3% breakup fee and $3 million expense reimbursement
- Conditions include third party QofE and acceptance of employment by certain key employees

**KEIP / KERP**
- Key employee incentive and retention plans, which shall be funded through the DIP Facility

11

# Marketing Process

| Prepetition | |
|---|---|
| Launch of Marketing Process | February 2023 - Jefferies launched a sale process for the North American operations of the Insurance Exchanges and Risk Compliance Solutions businesses |
| Potential Acquirors Contacted | 30 parties contacted (19 sponsors and 11 strategics) |
| NDAs Signed | 28 potential buyers executed confidentiality agreements |
| IOIs Received | May 2023 - 15 indications of interest ("IOI") received. Then, 6 revised IOIs were received for NA L&A Assets |
| Stalking Horse Agreement | *APA Signed with Zinnia on December 18, 2023* |
| Postpetition (Proposed) | |
| Bidding Procedures Hearing | January 8, 2024 |
| Bid Deadline | January 29, 2024 |
| Auction (if required) | By February 2, 2024 |
| Sale Order Entered | By February 7, 2024 |

# North America L&A Marketing Process



# Marketing Process

| Prepetition | |
|---|---|
| Launch of Marketing Process | February 2023 - Jefferies launched a sale process for the North American operations of the Insurance Exchanges and Risk Compliance Solutions businesses |
| Potential Acquirors Contacted | 30 parties contacted (19 sponsors and 11 strategics) |
| NDAs Signed | 28 potential buyers executed confidentiality agreements |
| IOIs Received | May 2023 - 15 indications of interest ("IOI") received. Then, 6 revised IOIs were received for NA L&A Assets |
| Stalking Horse Agreement | *APA Signed with Zinnia on December 18, 2023* |
| **Postpetition (Proposed)** | |
| Bidding Procedures Hearing | January 8, 2024 |
| Bid Deadline | January 29, 2024 |
| Auction (if required) | By February 2, 2024 |
| Sale Order Entered | By February 7, 2024 |

14

# DIP Facility Milestones

| Milestones |
|---|
| • **Petition Date ("PD")+3** – Interim DIP Order Entered |
| • **PD+5** – Appointment of CRO |
| • **PD+15** – Bid Procedures Motion Filed |
| • **PD+30** – Provide DIP lenders with CIM and Proposed list of interested buyers |
| • **PD+45** – Bid Procedures Order Entered |
| • **PD+45** – Final DIP Order Entered |
| • **PD+75** – Plan, Disclosure Statement, Disclosure Statement Motion Filed |
| • **PD+110** – Qualified Bid Received |
| • **PD+110** – Order Approving Disclosure Statement and Solicitation of Votes for Plan |
| • **PD+115** – Selection of Qualified Bidder(s) |
| • **PD+125** – Hold Auction (if Applicable) |
| • **PD+135** – Sale Order Entered |
| • **PD+150** – Confirmation Order Entered |
| • **PD+170** – Plan Effective Date |

# First Day Relief



- Joint Administration
- SOFA & Schedules Motion
- Consolidated Creditor Matrix Motion
- NOL Motion



- Omni Retention Application



- Wages Motion
- Cash Management Motion
- Vendor Motion



- DIP Facility



- Insurance Motion
- Taxes Motion
- Utilities Motion
- *[Lease Rejection Motion]*

# Evidentiary Support



Amit Garg –
Ebix CFO / First Day
Declarant



Richard Morgner –
Jefferies / DIP Motion



Paul Deutch –
Omni / Retention
Application