SIDLEY AUSTIN LLP
Thomas R. Califano (24122825)
Rakhee V. Patel (00797213)
Jeri Leigh Miller (24102176)
2021 McKinney Avenue, Suite 2000
Dallas, Texas 75201
Telephone:    (214) 981-3300
Facsimile:    (214) 981-3400
Email:    tom.califano@sidley.com
    rpatel@sidley.com
    jeri.miller@sidley.com

SIDLEY AUSTIN LLP
Andres Barajas (admitted *pro hac vice*)
Weiru Fang (admitted *pro hac vice*)
787 Seventh Avenue
New York, New York 10019
Telephone:    (212) 839-5300
Facsimile:    (212) 839-5599
Email:    andres.barajas@sidley.com
    weiru.fang@sidley.com

*Proposed Attorneys for the Debtors
and Debtors in Possession*

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | |
|---|---|
| In re: | Chapter 11 |
| EBIX, INC., *et al.*[1] | Case No. 23-80004 (SWE) |
| Debtors. | (Jointly Administered) |

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: Ebix, Inc. (1975), Vertex, Incorporated (6295), P.B. Systems, Inc. (9074), Ebix Consulting, Inc. (6666), Ebix US, LLC (N/A), Facts Services, Inc. (1348), Doctors Exchange, Inc. (N/A), Ebix International LLC (N/A), Agency Solutions.com, LLC d/b/a Health Connect LLC (N/A), ConfirmNet Corporation (2737), A.D.A.M., Inc. (8070), and Ebix Latin America, LLC (N/A). The Debtors' mailing address is 1 Ebix Way, Johns Creek, Georgia 30097.

# NOTICE OF SECOND DAY HEARING

**PLEASE TAKE NOTICE** that on December 18, 2023, the above-captioned debtors and debtors in possession (collectively, the "Debtors") filed the following motions (the "First Day Motions") with the United States Bankruptcy Court for the Northern District of Texas (the "Court"), which were granted by the Court on a final basis other than with respect to certain limited relief granted on an interim basis with final relief reserved:

1. *Debtors' Emergency Motion for Entry of an Order (I) Authorizing the Debtors' to (A) Satisfy Prepetition Employee Compensation and Benefit Obligations and (B) Continue their Employee Programs, Policies, and Procedures; and (II) Granting Related Relief* [Docket No. 4; Order granted at Docket No. 62];

2. *Debtors' Emergency Motion for Entry of an Order (I) Authorizing the Debtors to (A) Continue to Operate their Cash Management System and Maintain Existing Bank Accounts and (B) Continue to Perform Intercompany Transactions and (II) Granting Related Relief* [Docket No. 5; Order granted at Docket No. 59]; and

3. *Debtors' Emergency Motion for Entry of an Order (I) Authorizing the Debtors to (A) Pay Critical Vendor Claims, and (B) Satisfy Certain Customer Obligations; (II) Confirming Administrative Expense Priority of Outstanding Purchase Orders; and (III) Granting Related Relief* [Docket No. 12; Order granted at Docket No. 63].

**PLEASE TAKE FURTHER NOTICE** that on December 18, 2023, the Debtors filed the following motion (the "DIP Motion") with the Court, which was granted by the Court on an interim basis:

4. *Debtors' Emergency Motion for Entry of Interim and Final Orders (I) Authorizing (A) Postpetition Financing, and (B) The Use of Cash Collateral; (II) Granting Liens and Providing Superpriority Administrative Expense Claims; (III) Granting Adequate Protection to Prepetition Lenders; (IV) Modifying the Automatic Stay; (V) Scheduling a Final Hearing; and (VI) Granting Relating Relief* [Docket No. 13; Order granted at Docket No. 64]

**PLEASE TAKE FURTHER NOTICE** that on December 18, 2023, the Debtors filed the following motions (the "Reporting Motions"), with the Court, which were granted by the Court on a final basis other than with respect to the issue of separate reporting for the Debtors which was reserved for further consideration by the Court:

5. *Debtors' Emergency Motion for Entry of An Order (I) Extending Time for the Debtors to File Schedules and Statements of Financial Affairs and (II) Authorizing the Filing of Consolidated Reporting* [Docket No. 8; Order granted at Docket No. 54]; and

6. *Debtors' Emergency Motion for Entry of An Order Directing Joint Administration of Chapter 11 Cases* [Docket No. 2; Order granted at Docket No. 5].

**PLEASE TAKE FURTHER NOTICE** that on December 18, 2023, the Debtors filed the following motions, which were amended and re-filed on December 19, 2023, solely with respect to the notice provisions thereof (collectively, the "Amended Motions" and together with the First Day Motions, DIP Motion, and Reporting Motions, the "Motions") with the Court:

7. *Debtors' Emergency Motion For Entry Of An Order (I) Authorizing (A) Rejection Of A Certain Unexpired Lease Of Non-Residential Real Property And (B) Abandonment Of Certain Personal Property And (II) Granting Related Relief* [Docket No. 15; Amended at Docket No. 65];

8. *Debtors' Motion For Entry Of An Order (A) Authorizing The Debtors To File The Unredacted Version Of The Key Employee Retention Plan Under Seal; (B) Authorizing The Debtors To File The Unredacted Version Of The Key Employee Incentive Plan Under Seal; And (C) Granting Related Relief* [Docket No. 40; Amended at Docket No. 66]; and

9. *Debtors' Motion Pursuant To 11 U.S.C. §§ 363 And 503 (I) Authorizing The Debtors To Implement Key Employee Incentive Plan And Key Employee Retention Plan And (II) Granting Related Relief* [Docket No. 41; Amended at Docket No. 67].

**PLEASE TAKE FURTHER NOTICE** that a virtual hearing shall take place before the Honorable Scott W. Everett, United States Bankruptcy Judge, via WebEx, on **January 16, 2024 at 9:30 a.m. Central Time** (the "Hearing") to consider: (i) the First Day Motions with respect to the limited relief reserved for final hearing, if necessary; (ii) the DIP Motion with respect to final relief; (iii) the Reporting Motions with respect to the issue of separate reporting; and (iv) the Amended Motions.

**Objections to the relief requested in the Motions must be made in writing. Unless otherwise directed by the Court, responses must be filed electronically at https://ecf.txnb.uscourts.gov/ no more than twenty-four (24) days after the date the Motion was filed. Parties who do not have electronic filing privileges must file a written objection that is actually received by the clerk and filed on the docket no more than twenty-four (24) days after the date the Motions were filed. Otherwise, the Court may treat the Motions as unopposed and grant the relief requested.**

- With respect to the First Day Motions, unless an objection is filed on or before 5:00 p.m. (Prevailing Central Time) on January 11, 2024, the relief shall be granted on a final basis without further order of the Court.

- With respect to the DIP Motion and the Reporting Motions, objections are due on January 11, 2024 at 5:00 p.m. (Prevailing Central Time).

- With respect to the Amended Motions, objections are due on January 12, 2024.

**Parties may participate in the Hearing by an audio and video connection. Audio communication will be by use of the Court's dial-in facility. Parties may access the facility at 1.650.479.3207. Video communication will be by the use of the Cisco WebEx platform. Connect via the Cisco WebEx application or click the link on Judge Everett's home page. The meeting code is 476 420 189. Click the settings icon in the upper right corner and enter your name under the personal information setting.** WebEx hearing instructions may be obtained from Judge Everett's hearing/calendar site: https://www.txnb.uscourts.gov/content/judge-scott-w-everett.

**PLEASE TAKE FURTHER NOTICE that hearing appearances must be made electronically in advance of electronic hearings. To make your appearance, click the "Electronic Appearance" link on Judge Everett's home page. Select the case name, complete the required fields and click "Submit" to complete your appearance.**

**PLEASE TAKE FURTHER NOTICE** that copies of the Motions and other pleadings filed in this case may be obtained (i) at the website established by the Debtors' proposed noticing agent, Omni Agent Solutions, Inc. at https://omniagentsolutions.com/Ebix, (ii) from the Court's website http://www.txnb.uscourts.gov via ECF/Pacer, or (iii) upon request to the undersigned.

[*Remainder of the page intentionally left blank*]

Dated: December 20, 2023
Dallas, Texas

*/s/ Rakhee V. Patel*

**SIDLEY AUSTIN LLP**
Thomas R. Califano (24122825)
Rakhee V. Patel (00797213)
Jeri Leigh Miller (24102176)
2021 McKinney Avenue, Suite 2000
Dallas, Texas 75201
Telephone: (214) 981-3300
Facsimile: (214) 981-3400
Email: tom.califano@sidley.com
rpatel@sidley.com
jeri.miller@sidley.com

*and*

Andres Barajas (admitted *pro hac vice*)
Weiru Fang (admitted *pro hac vice*)
787 Seventh Avenue
New York, New York 10019
Telephone: (212) 839-5300
Facsimile: (212) 839-5599
Email: andres.barajas@sidley.com
weiru.fang@sidley.com

*Proposed Attorneys for the Debtors
and Debtors in Possession*

## Certificate of Service

I certify that on the December 20, 2023, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Northern District of Texas.

*/s/ Rakhee V. Patel*