# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| EBIX, INC., *et al.*[1] | Case No. 23-80004 (SWE) |
| Debtors. | (Jointly Administered) |

## STATEMENT OF FINANCIAL AFFAIRS
## OF DEBTOR EBIX, INC. (CASE NO. 23-80004)

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: Ebix, Inc. (1975), Vertex, Incorporated (6295), P.B. Systems, Inc. (9074), Ebix Consulting, Inc. (6666), Ebix US, LLC (N/A), Facts Services, Inc. (1348), Doctors Exchange, Inc. (N/A), Ebix International LLC (N/A), Agency Solutions.com, LLC d/b/a/ Health Connect LLC (N/A), ConfirmNet Corporation (2737), A.D.A.M., Inc. (8070), and Ebix Latin America, LLC (N/A). The Debtors' mailing address is 1 Ebix Way, Johns Creek, Georgia 30097.

SIDLEY AUSTIN LLP
Thomas R. Califano (24122825)
Rakhee V. Patel (00797213)
Jeri Leigh Miller (24102176)
2021 McKinney Avenue, Suite 2000
Dallas, Texas 75201
Telephone:      (214) 981-3300
Facsimile:      (214) 981-3400
Email:          tom.califano@sidley.com
                rpatel@sidley.com
                jeri.miller@sidley.com

SIDLEY AUSTIN LLP
Andres Barajas (admitted *pro hac vice*)
Weiru Fang (admitted *pro hac vice*)
787 Seventh Avenue
New York, New York 10019
Telephone:      (212) 839-5300
Facsimile:      (212) 839-5599
Email:          andres.barajas@sidley.com
                weiru.fang@sidley.com

*Proposed Attorneys for the Debtors
and Debtors in Possession*

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| EBIX, INC., *et al.*[1] | Case No. 23-80004 (SWE) |
| Debtors. | (Jointly Administered) |

## GLOBAL NOTES AND STATEMENT OF LIMITATIONS, METHODOLOGY, AND DISCLAIMERS REGARDING THE DEBTORS' SCHEDULES OF

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: Ebix, Inc. (1975), Vertex, Incorporated (6295), P.B. Systems, Inc. (9074), Ebix Consulting, Inc. (6666), Ebix US, LLC (N/A), Facts Services, Inc. (1348), Doctors Exchange, Inc. (N/A), Ebix International LLC (N/A), Agency Solutions.com, LLC d/b/a/ Health Connect LLC (N/A), ConfirmNet Corporation (2737), A.D.A.M., Inc. (8070), and Ebix Latin America, LLC (N/A). The Debtors' mailing address is 1 Ebix Way, Johns Creek, Georgia 30097.

## ASSETS AND LIABILITIES AND STATEMENTS OF FINANCIAL AFFAIRS

On December 17, 2023 (the "Petition Date"), Ebix, Inc. and its affiliated debtors in the above-captioned chapter 11 cases (each a "Debtor" and, collectively, the "Debtors") commenced voluntary cases (the "Chapter 11 Cases") under chapter 11 of title 11, United States Code, §§ 101 *et seq.* (the "Bankruptcy Code") in the United States Bankruptcy Court for the Northern District of Texas (the "Court").

The Debtors continue to operate their businesses and manage their properties as debtors and debtors in possession, pursuant to sections 1107(a) and 1108 of the Bankruptcy Code. The Chapter 11 Cases have been consolidated for procedural purposes only and are being jointly administered under case number 23-80004 (SWE).

The Schedules of Assets and Liabilities (the "Schedules") and Statements of Financial Affairs (the "Statements") were prepared pursuant to section 521 of the Bankruptcy Code and rule 1007 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") by management of the Debtors with unaudited information available as of the Petition Date.

These *Global Notes and Statement of Limitations, Methodology, and Disclaimers Regarding the Debtors' Schedules of Assets and Liabilities and Statements of Financial Affairs* (the "Global Notes") are incorporated by reference in, and comprise an integral part of, each of the Debtors' Schedules and Statements and should be referred to in connection with any review of the Schedules and Statements. Disclosure of information in one Schedule or Statement, even if incorrectly placed, shall be deemed to be disclosed in the correct Schedule or Statement.

**The Schedules and Statements and these Global Notes should not be relied upon by any persons for information relating to current or future financial conditions, events, or performance of any of the Debtors.**

1. <u>**Reservation of Rights**</u>. The Debtors' Chapter 11 Cases are large and complex. The Debtors' management has made every reasonable effort to ensure that the Schedules and Statements are as accurate and complete as possible, based on the information that was available to them at the time of preparation.

Subsequent information or discovery may result in material changes to these Schedules and Statements, and inadvertent errors or omissions may have occurred. As the Schedules and Statements contain unaudited information, which is subject to further review, verification, and potential adjustment, there can be no assurance that these Schedules and Statements are accurate and/or complete. Accordingly, the Debtors reserve all rights to supplement and amend the Schedules and Statements.

2. <u>**Limitation of Liability**</u>. The Debtors and their officers, employees, agents, attorneys, and financial advisors do not guarantee or warrant the accuracy, completeness, or correctness of the data that is provided herein and shall not be liable for any loss or injury arising out of or caused, in whole or in part, by the acts, errors, or omissions, whether negligent or otherwise, in procuring, compiling, collecting, interpreting, reporting, communicating, or delivering the information

contained herein.  In no event shall the Debtors or their officers, employees, agents, attorneys, and financial advisors be liable to any third party for any direct, indirect, incidental, consequential, or special damages (including, but not limited to, damages arising from the disallowance of a potential claim against the Debtors or damages to business reputation, lost business, or lost profits), whether foreseeable or not and however caused.

3.     **No Waiver**.  Nothing contained in the Schedules and Statements, or these Global Notes shall constitute an admission or a waiver of rights with respect to these Chapter 11 Cases, including, but not limited to, any issues involving substantive consolidation for plan purposes, subordination, and/or causes of action arising under the provisions of Chapter 5 of the Bankruptcy Code and other relevant non-bankruptcy laws to recover assets or avoid transfers.  For the avoidance of doubt, listing a claim on Schedule D as "secured," on Schedule E as "priority," on Schedule F as "unsecured priority," or listing a contract or lease on Schedule G as "executory" or "unexpired," does not constitute an admission by the Debtors of the legal rights of the claimant and/or contractual counterparty, or a waiver of a Debtors' right to recharacterize or reclassify such claim or contract.  Failure to designate a claim on a given Debtor's Schedules as "disputed," "contingent," or "unliquidated" does not constitute an admission by the Debtors that such amount is not "disputed," "contingent," or "unliquidated" or that such claim is not subject to objection. The Debtors reserve their respective rights to dispute, or assert offsets, setoffs, or defenses to, any claim reflected on the Schedules as to the nature, amount, liability, or status or to otherwise subsequently designate any claim as disputed, contingent, and/or unliquidated.

4.     **Basis of Presentation**.  For financial reporting purposes, the Debtors prepare consolidated financial statements and have done so since conception.  The Schedules and Statements are unaudited and reflect the Debtors' reasonable efforts to report certain financial information of each Debtor on an unconsolidated basis.  These Schedules and Statements do not purport to represent financial statements prepared in accordance with Generally Accepted Accounting Principles in the United States ("GAAP").  The Debtors used reasonable efforts to attribute the assets and liabilities to each particular Debtor entity.  However, because the Debtors' accounting systems, policies, and practices were developed for consolidated reporting purposes rather than for reporting by legal entity, it is possible that not all assets and liabilities have been recorded with the correct legal entity on the Schedules and Statements.  Moreover, the Debtors have never considered their accounting and operating practices to assume separate legal entities; therefore, it is possible intercompany balances between legal entities may vary materially.  Accordingly, the Debtors reserve all rights to supplement and amend the Schedules and Statements in this regard, including with respect to reallocation of assets or liabilities to any particular entity.

5.     **Amendment**.  Reasonable efforts have been made to prepare and file complete and accurate Schedules and Statements.  Despite these efforts, inadvertent errors or omissions may exist.  The Debtors reserve all rights to, but are not required to, amend or supplement, or both, the Schedules and Statements from time to time as is necessary and appropriate.

6.     **Recharacterization**.  The Debtors have made reasonable efforts to correctly characterize, classify, categorize, and designate assets, liabilities, executory contracts, unexpired leases, and other items reported in the Schedules and Statements.  However, due to the complexity and size of the Debtors' business and operations, the Debtors may have improperly characterized,

classified, categorized, or designated certain items. In addition, certain items reported in the Schedules and Statements could be included in more than one category. In those instances, one category has been chosen to avoid duplication. Further, the designation of a category is not meant to be wholly inclusive or descriptive of the rights or obligations represented by such item. The Debtors reserve all of their rights to recharacterize, reclassify, recategorize, or redesignate items reported in the Schedules and Statements as necessary or appropriate as additional information becomes available, including, without limitation, whether contracts or leases listed herein were deemed executory or unexpired as of the Petition Date and remain executory and unexpired postpetition.

7.     **Reporting Date**. Unless otherwise noted on the specific responses, the Schedules and Statements generally reflect the Debtors' books and records as of the close of business on the Petition Date. The liability values are as of the Petition Date and may have been adjusted for authorized payments made under the First Day Orders (as defined below).

8.     **Cash Management System**. The Debtors use a consolidated cash management system through which the Debtors collect substantially all receipts and pay liabilities and expenses. As a result, certain payments in the Schedules and Statements may have been made prepetition by one entity on behalf of another entity through the operation of the consolidated cash management system. The Debtors' prepetition cash management system is described in the *Debtors' Emergency Motion For Entry of an Order (I) Authorizing the Debtors to (A) Continue to Operate Their Cash Management System and Maintain Existing Bank Accounts and (B) Continue to Perform Intercompany Transactions and (II) Granting Related Relief* [Docket No. 5].

9.     **Currency**. All amounts are reflected in U.S. dollars, which the Debtors use as their reporting currency.

10.    **Estimates and Assumptions**. The preparation of the Schedules and Statements required the Debtors to make estimates and assumptions that affected the reported amounts of certain assets and liabilities, the disclosure of certain contingent assets and liabilities, and the reported amounts of revenue and expense. Actual results could differ materially from these estimates. The Debtors reserve the right to amend the reported amounts of assets, liabilities, revenues, and expenses to reflect changes in those estimates or assumptions.

11.    **Totals**. All totals that are included in the Schedules and Statements represent totals of all known amounts. To the extent there are unknown or undetermined values or, conversely, claims listed as unliquidated, contingent and/or disputed, the actual totals may be different than the listed totals.

12.    **Undetermined, To be Determined or Unknown Amounts**. The description of an amount as "undetermined," "to be determined," or "unknown" is not intended to reflect upon the materiality of such amount. Certain amounts may be clarified during the Chapter 11 Cases.

13.    **Asset Presentation and Valuation**. The Debtors' assets presented are based on values consistent with their books and records as of 12/31/2023. These values do not purport to represent the ultimate value that would be received in the event of a sale and may not represent economic

value as determined by an appraisal or other valuation technique.  As it would be prohibitively expensive and an inefficient use of estate assets for the Debtors to obtain current economic valuations for all of their assets, unless otherwise noted, the carrying value on the Debtors' books (*e.g.*, net book value), rather than current economic values, is reflected on the Schedules and Statements.  Additionally, amounts ultimately realized may differ materially from net book value (or whatever value was ascribed).  Certain depreciable assets with a net book value of zero ($0) may also be included for completeness.  The Debtors have not performed an analysis of impairment of fixed assets, goodwill, or other intangibles.  The Debtors do not intend to amend these Schedules and Statements to reflect actual values.

14.    **Contingent Assets and Causes of Action**.  Despite their reasonable efforts to identify all known assets, the Debtors may not have listed all of their causes of action or potential causes of action against third parties as assets in their Schedules and Statements, including, but not limited to, avoidance actions arising under Chapter 5 of the Bankruptcy Code and actions under other relevant non-bankruptcy laws to recover assets.  The Debtors reserve all of their rights with respect to any causes of action, avoidance actions, controversy, right of set-off, cross claim, counterclaim, or recoupment, and any claim in connection with any contract, breach of duty imposed by law or in equity, demand, right, action, lien, indemnity, guaranty, suit, obligation, liability, damage, judgment, account, defense, power, privilege, license, and franchise of any kind or character whatsoever, known, unknown, fixed or contingent, matured or unmatured, suspected or unsuspected, liquidated or unliquidated, disputed or undisputed, secured or unsecured, assertible directly or derivatively, whether arising before, on, or after the Petition Date, in contract or in tort, in law or in equity, or pursuant to any other theory of law they may have, and neither these Global Notes nor the Schedules and Statements shall be deemed a waiver of any such claims, causes of actions, or avoidance actions or in any way prejudice or impair the assertion of such claims.

15.    **Payment of Prepetition Claims Pursuant to First Day Orders.**  Following the Petition Date, the Court entered certain orders (the "First Day Orders") authorizing, but not directing, the Debtors to, among other things, pay certain (a) insurance obligations; (b) employee wages, salaries, additional compensation, contractor obligations, and employee benefit programs; (c) taxes and fees; (d) utilities; (e) service charges and other fees, costs, and expenses charged by the Debtors' cash management bank; and (f) certain critical vendor payments.  Where the Schedules and Statements list creditors and set forth the Debtors' scheduled amounts attributable to such claims, such scheduled amounts reflect balances owed as of the Petition Date.  To the extent the Debtors later pay any amount of the claims listed in the Schedules and Statements pursuant to any orders entered by the Bankruptcy Court, the Debtors reserve all rights to amend or supplement the Schedules and Statements or to take other action, such as filing claims objections, as is necessary and appropriate to avoid overpayment or duplicate payments for liabilities, to the extent that any such action is necessary.  For the avoidance of doubt, the Debtors are not required and may not amend the Schedules and Statements to reflect the postpetition payment of prepetition obligations under the First Day Orders to avoid duplicate payment.  Nothing contained herein should be deemed to alter the rights of any party-in-interest to contest a payment made pursuant to an order of the Bankruptcy Court where such order preserves the right to contest.

16.    **Other Paid Claims**.  To the extent the Debtors have reached any postpetition settlement with a vendor or other creditor, the terms of such settlement will prevail and supersede amounts

listed in the Debtors' Schedules and Statements, and shall be enforceable by all parties, subject to any applicable Bankruptcy Court approval.

17. **Liabilities**. Some of the scheduled liabilities are unknown, contingent, and/or unliquidated at this time.   In such cases, the amounts are listed as "unknown" or "undetermined." Accordingly, the total amounts listed for some categories of liabilities in the Schedules and the Statements may not be equal to the aggregate amount of the Debtors' total liabilities as noted on any financial statements issued prior to the Petition Date.

18. **Confidentiality**.  As applicable, the names, home addresses, email addresses, and other personally identifiable information of the Debtors' individual creditors, including the Debtors' employees, contract workers, debtholders, and equity holders, have been redacted to ensure confidentiality.  *See Order (I) Authorizing the Debtors to (A) File a Consolidated Creditor Matrix and (B) File a Consolidated List of 30 Largest Unsecured Creditors; (II) Waiving Requirement to File a List of Equity Security Holders and Modifying Notice Requirements for Equity Security Holders; (III) Authorizing the Debtors to Redact Certain Personal Identifying Information; (IV) Establishing a Complex Case Service List; (V) Approving the Form and Manner of Notice of Commencement; and (VI) Granting Related Relief* [Docket No. 55].

19. **Excluded Assets and Liabilities**.  The Debtors believe that they have identified, but did not necessarily value, all material categories of assets and liabilities in the Schedules.  The Debtors may have excluded the following items which may be included in their GAAP financial statements from the Schedules: accrued salaries and wages, employee benefit accruals, accrued tax obligations, and certain other accruals, certain prepaid and other current assets considered to have de minimis or no market value.  The Debtors also have excluded rejection damage claims of counterparties to executory contracts and unexpired leases that may be rejected, to the extent such damage claims exist.  Additionally, employee wages have been paid in the normal course and the Debtors have made an effort to exclude prepetition amounts that were outstanding as of the Petition Date but have since been paid pursuant to the First Day Orders.  Other immaterial assets and liabilities may also have been excluded.

20. **Liens**.  The inclusion on Schedule D of creditors is not an acknowledgement of the validity, extent, or priority of any liens, and the Debtors reserve their right to challenge such liens and the underlying claims on any ground whatsoever, subject to the *Interim Order (I) Authorizing (A) Postpetition Financing, and (B) The Use of Cash Collateral; (II) Granting Liens and Providing Superpriority Administrative Expense Claims; (III) Granting Adequate Protection to Prepetition Lenders; (IV) Modifying the Automatic Stay; (V) Scheduling a Final Hearing; and (VI) Granting Related Relief* [Docket No. 64] (the "Interim DIP Order").  A careful review of the applicable agreements and other relevant documents is necessary for a complete description of the collateral and the nature, extent and priority of any liens.  Nothing in these Global Notes or the Schedules and Statements shall be deemed a modification or interpretation of the terms of such agreements or an acknowledgment of same.

21. **Insiders**.  For the purposes of their responses to Statement Question 28, the Debtors have listed the current officers and directors for each individual Debtor entity to the extent available based on current records.  For purposes of Statement Question 4 and Question 30, the Debtors

have included "insiders," as those members of the board of directors of the Debtors and the Debtors' principal officers (members of management who are responsible for determining the Debtors' operating policies and financial undertakings).

Persons listed as "insiders" have been included for informational purposes only and do not constitute an admission that any such individuals are insiders for purposes of the Bankruptcy Code or otherwise. The Debtors do not take any position with respect to: (a) such person's influence over the control of the Debtors; (b) the management responsibilities or functions of such individual; (c) the decision-making or corporate authority of such individual; or (d) whether such individual could successfully argue that he or she is not an "insider" under applicable law, including the federal securities laws, or with respect to any theories of liability or for any other purpose.

**22.** **Inventory**. The inventory information is reflected in each Schedule and Statement based on the location of the physical inventory. The inventory information is reflective of the lower of cost or net realizable value as of the Petition Date unless otherwise noted. The Debtors maintain reserve accounts: an excess and obsolescence reserve and a net realizable value reserve.

**23.** **Signatory**. The Schedules and Statements have been signed by Amit K. Garg in his capacity as Chief Financial Officer of Ebix, Inc. In reviewing and signing the Schedules and Statements, he has necessarily relied upon the efforts, statements and representations of various of the Debtors' personnel and professionals. He has not (and could not have) personally verified the accuracy of each such statement and representation, including statements and representations concerning amounts owed to creditors and their addresses.

**24.** **Global Notes Control**. In the event that the Schedules and Statements differ from these Global Notes, the Global Notes shall control.

## SCHEDULES OF ASSETS AND LIABILITIES

**Schedule A/B Notes**.

- <u>General</u>. Each Debtor's assets in Schedule A/B are listed at net book value as of the Petition Date, unless otherwise noted, and may not necessarily reflect the market or recoverable value of these assets as of the Petition Date. Amounts ultimately realized may differ materially from net book value (or whatever value was ascribed). Certain depreciable assets with a net book value of zero ($0) may also be included for completeness. The Debtors have not performed an analysis of impairment of fixed assets, goodwill, or other intangibles. The Debtors do not intend to amend these Schedules and Statements to reflect actual values.

- <u>Cash and Cash Equivalents (AB1 through AB5)</u>. The Debtors have included accounts that were active as of the Petition Date.

- <u>Bank Accounts (AB3)</u>. The reflected bank balances are as of the Petition Date.

7

- <u>Deposits (AB7)</u>. The Debtors have made reasonable efforts to identify all deposits. However, the Schedules may not reflect an exhaustive list of deposits.

- <u>Accounts Receivable (AB 10 through AB12)</u>. The Debtors have also included amounts outstanding beyond 365 days as doubtful or non-collectable.

- <u>Office Furniture, Fixtures and Equipment (AB38 through AB45)</u>. Items listed in AB38-AB45 are scheduled according to their net book value as of December 31, 2023. The Debtors have made reasonable efforts to identify all assets; however, it is possible that inadvertent errors, misclassifications, or omissions may have occurred, or that property of *de minimis* value is not included in response to this question.

- <u>Machinery, Equipment, and Vehicles (AB46 through AB53)</u>. The vehicles, machinery and equipment listed in AB46-AB53 are scheduled according to their net book value as of December 31, 2023. The Debtors have made reasonable efforts to identify all assets; however, it is possible that inadvertent errors, misclassifications, or omissions may have occurred, or that property of *de minimis* value is not included in response to this question.

- <u>Tax Refunds and Unused Net Operating Losses ("NOL") (AB72)</u>. The Debtors estimate that, as of December 31, 2022, they had approximately $35 million of federal NOLs and an asset basis to be determined (together with certain other tax attributes, collectively, the "<u>Tax Attributes</u>").

- <u>Interests in Insurance Policies (AB73)</u>. The Debtors maintain various insurance policies, including as required by law, including director and officer liability, property, worker's compensation, employment, and cyber. However, none of these insurance policies carry cash value and none are reflected. A list of the Debtors insurance policies and related information is available in the *Debtors' Emergency Motion For Entry of an Order (I) Authorizing the Debtors to (A) Continue Insurance Policies and (B) Pay All Obligations With Respect Thereto; (II) Authorizing Financial Institutions to Honor and Process Related Checks and Transfers; and (III) Granting Related Relief* [Docket No. 3].

## <u>Schedule D Notes</u>.

- The Debtors have made reasonable efforts to report all secured claims against the Debtors on Schedule D based on the Debtors' books and records as of the Petition Date. However, the actual value of claims against the Debtors may vary significantly from the represented liabilities. Parties in interest should not accept that the listed liabilities necessarily reflect the correct amount of any secured creditor's allowed claims or the correct amount of all secured claims. Similarly, parties in interest should not anticipate that recoveries in these cases will reflect the relationship of the aggregate asset values and aggregate liabilities set forth in the Schedules. Parties in interest should consult their own professionals and advisors with respect to pursuing a claim. Although the Debtors and their professionals have generated financial information and data the Debtors believe to be reasonable, actual liabilities (and assets) may deviate significantly from the Schedules due to certain events that occur throughout these Chapter 11 Cases.

- Creditors' claims on Schedule D arose, or were incurred, on various dates.  In certain instances, the date on which such claim arose may be an open issue of fact.  Except as otherwise agreed in accordance with a stipulation and order entered by the Court, the Debtors reserve their rights to dispute or challenge the validity, perfection, or immunity from avoidance of any lien listed on Schedule D purported to be granted to a secured creditor or perfected in any specific asset.

- The amounts in Schedule D are consistent with the Debtors' stipulations set forth in the Interim DIP Order, which are subject to investigation and challenge by any creditors' committee or other parties in interest, all as more fully set forth in the Interim DIP Order.  The amounts outstanding under the Debtors' prepetition secured debt reflect the approximate principal amounts only as of the Petition Date.  The Debtors have excluded accrued interest because they are unable to accurately determine such amounts at this time.

- Except as specifically stated herein, lessors of equipment, utility companies, and any other parties which may hold security deposits or other security interests, have not been listed on Schedule D.  The Debtors have also not listed on Schedule D any parties whose claims may be secured through rights of setoff, deposits, or advance payments.

- The descriptions provided on Schedule D are intended only as a summary.  Reference to the applicable loan agreements and related documents is necessary for a complete description of the collateral and the nature, extent and priority of any liens.  Nothing in these Global Notes or in the Schedules and Statements shall be deemed a modification, interpretation or an acknowledgment of the terms of such agreements or related documents.

**Schedule E/F Notes**.

- The Debtors have made reasonable efforts to report all priority and general unsecured claims against the Debtors on Schedule E/F based on the Debtors' books and records as of the Petition Date.  However, the actual value of claims against the Debtors may vary significantly from the represented liabilities.  Certain claims on Schedule E/F may have been satisfied postpetition by the Debtors (including employee wages in the ordinary course) or third parties in accordance with any orders of this Court.  Furthermore, accrued interest for some claims may not have been possible to determine.  Parties in interest should not accept that the listed liabilities necessarily reflect the correct amount of any unsecured creditor's allowed claims or the correct amount of all unsecured claims.  Similarly, parties in interest should not anticipate that recoveries in these cases will reflect the relationship of the aggregate asset values and aggregate liabilities set forth in the Schedules.  Parties in interest should consult their own professionals and advisors with respect to pursuing a claim.  Although the Debtors and their professionals have generated financial information and data the Debtors believe to be reasonable, actual liabilities (and assets) may deviate significantly from the Schedules due to certain events that occur throughout these Chapter 11 Cases.

- The claims listed on Schedule E/F arose or were incurred on various dates.  In certain instances, the date on which a claim arose may be unknown or subject to dispute.  Although

reasonable efforts have been made to determine the date upon which claims listed in Schedule E/F were incurred or arose, updating that date for each claim in Schedule E/F would be unduly burdensome and cost-prohibitive and, therefore, the Debtors have not listed a date for each claim listed on Schedule E/F.

- Schedule E/F also contains information regarding certain litigation involving the Debtors. However, certain omissions may have occurred. The inclusion of any judgement value in the Schedules and Statements does not constitute an admission by the Debtors of any liability.

- In the ordinary course of business, the Debtors generally receive invoices for goods and services after the delivery of such goods or services. As of the filing of the Schedules and Statements, the Debtors may not have received all invoices for payables, expenses, or liabilities that may have accrued before the Petition Date. Furthermore, payments to vendors and lienholders made subsequent to the filing of these Schedules will not be reflected in these Schedules. The Debtors reserve the right, but are not required, to amend Schedules E/F if they receive such invoices and/or make such payments. The claims of individual creditors are generally listed at the amounts recorded on the Debtors' books and records and may not reflect all credits or allowances due from the creditor. The Debtors reserve all of their rights concerning credits or allowances.

- On Schedule E/F, Part 1, the Debtors included certain claims owing to various taxing authorities to which the Debtors may be liable. The inclusion of any amounts owed to taxing authorities does not constitute an admission by the Debtors of such liability.

- On Schedule E/F, Part 2, the Debtors included certain customer advances and unclaimed property as to which the Debtors may be liable. The inclusion of any amounts owed to customers does not constitute an admission by the Debtors of such liability.

- The Debtors reserve the right to assert that any claim listed on Schedule E/F does not constitute a priority claim under the Bankruptcy Code.

**Schedule G Notes**.

- The Debtors hereby reserve all rights to dispute the validity, status, or enforceability of any contracts, agreements or leases set forth in Schedule G and to amend or supplement Schedule G as necessary. Additionally, the placing of a contract or lease onto Schedule G shall not be deemed an admission that such contract is an executory contract or unexpired lease, or that it is necessarily a binding, valid, and enforceable contract. Any and all of the Debtors' rights, claims and causes of action with respect to the contracts and agreements listed on Schedule G are hereby reserved and preserved. In addition, the Debtors are continuing their review of all relevant documents and expressly reserve their right to amend all Schedules at a later time as necessary and/or to challenge the classification of any agreement as an executory contract or unexpired lease in any appropriate filing.

- In some cases, the same contract counterparty appears multiple times in a Debtor's Schedule G. This multiple listing is generally intended to reflect distinct agreements between the applicable Debtor and such counterparty, however, due to the magnitude of data, it is possible that a multiple listing may be the result of duplicates. As part of Schedule G, the Debtors made best efforts to include executory contracts and all supporting documents (*e.g.* amendments) to executory contracts listing.

- Omission of a contract or agreement from Schedule G does not constitute an admission that such omitted contract or agreement is not an executory contract or unexpired lease. The Debtors' rights under the Bankruptcy Code with respect to any such omitted contracts or agreements are not impaired by the omission. A Debtor's Schedule G may be amended at any time to add or remove, as the case may be, any omitted contract, agreement, or lease. In addition, certain nondisclosure agreements and or other confidential information have been omitted, as well as certain short-term purchase and sales orders given their large number and transitory nature. Executory agreements that are oral in nature have not been included in Schedule G.

- The contracts, agreements, and leases listed on Schedule G may have expired or may have been rejected, terminated, assigned, modified, amended, and/or supplemented from time to time by various amendments, change orders, restatements, waivers, estoppel certificates, letters, and other documents, instruments, and agreements that may not be listed therein or that may be listed as a single entry. The Debtors expressly reserve their rights to challenge whether such related materials constitute an executory contract, a single contract or agreement, or multiple, severable, or separate contracts.

- Certain of the contracts, agreements, and leases listed on Schedule G may have been entered into by more than one of the Debtors. Further, in certain instances, the specific Debtor obligor to certain of the executory contracts could not be specifically ascertained. In such cases, the Debtors have made their best efforts to determine the correct Debtors' Schedule G on which to list such executory contract.

## STATEMENTS OF FINANCIAL AFFAIRS

**Statement Question 4 – Payments to Insiders**.  Refer to the response to Question 30 for this item.

**Statement Question 7 – Legal Actions**.  The Debtors have made reasonable best efforts to identify all current pending litigation and legal proceedings involving the Debtors.  The Debtors reserve all of their rights and defenses with respect to any and all listed lawsuits and legal proceedings. The listing of such suits and proceedings shall not constitute an admission by the Debtors of any liabilities or that the actions or proceedings were correctly filed against the Debtors.

**Statement Question 26d – Books, records and financial statements**.  In the regular course of business, in addition to complying with the reporting requirements of Ebix, Inc., as a publicly traded company under applicable federal securities laws, the Debtors have provided consolidated financial information to banks, customers, suppliers, rating agencies, landlords and other various interested parties.  In light of the number of recipients and the possibility that such

information may have also been shared with parties without the Debtors' knowledge or consent, the Debtors have not disclosed specific individuals or entities.

**Statement Question 30 – Payments, Distributions, or Withdrawals to Insiders**.  The response to Question 30 contains the full list of regular compensation, bonuses, and expense reimbursements made to insiders by the Debtor entities during the one year preceding the Petition Date.  The Debtors reserve all rights with respect to the determination or status of a person as an "insider" as defined in section 101(13) of the Bankruptcy Code.  The Response to Question 30 does not include unpaid interest on intercompany loans that accrued during the one-year period prior to the Petition Date.

**\* \* \* END OF GLOBAL NOTES \* \* \***

**Ebix, Inc.**                                                                                    **Case Number:**        **23-80004-11**

| Part 1: | Income |
|---------|--------|

## 1. Gross Revenue from business

☐ None

| Identify the Beginning and Ending Dates of the Debtor's Fiscal Year, which may be a Calendar Year | | | | Sources of Revenue (Check all that apply) | Gross Revenue (Before Deductions and Exclusions) |
|---|---|---|---|---|---|
| **From the beginning of the fiscal year to filing date:** | From | 1/1/2023 MM/DD/YYYY | to | Filing date MM/DD/YYYY | ☑ Operating a business ☐ Other | $132,878,951.20 |
| **For prior year:** | From | 1/1/2022 MM/DD/YYYY | to | 12/31/2022 MM/DD/YYYY | ☑ Operating a business ☐ Other | $143,054,272.48 |
| **For the year before that:** | From | 1/1/2021 MM/DD/YYYY | to | 12/31/2021 MM/DD/YYYY | ☑ Operating a business ☐ Other | $139,409,164.64 |

**Ebix, Inc.**                                                                    **Case Number:**    **23-80004-11**

| Part 1: | Income |
|---|---|

## 2. Non-business revenue

Include revenue regardless of whether that revenue is taxable. Non-business income may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☐ None

| | | | | Description of Sources of Revenue | Gross Revenue (Before Deductions and Exclusions) |
|---|---|---|---|---|---|
| **From the beginning of the fiscal year to filing date:** | From | 1/1/2023 MM/DD/YYYY | to | Filing date MM/DD/YYYY | | $273,542 |
| **For prior year:** | From | 1/1/2022 MM/DD/YYYY | to | 12/31/2022 MM/DD/YYYY | | $298,651 |
| **For the year before that:** | From | 1/1/2021 MM/DD/YYYY | to | 12/31/2021 MM/DD/YYYY | | $280,755 |

**Ebix, Inc.**                                                                  **Case Number:**     **23-80004-11**

| **Part 2:** | **List Certain Transfers Made Before Filing for Bankruptcy** |

### 3. Certain payments or transfers to creditors within 90 days before filing this case

List payments or transfers-including expense reimbursements-to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575 (this amount may be adjusted on 04/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment).

☐ None

| Creditor's Name and Address | Dates | Total Amount or Value | Reasons for Payment or Transfer |
|---|---|---|---|
| 31   2042146 ONTARIO INC - WIRE<br>38 RICHARD PERSON DR<br>MARKHAM, ON L6C1B1<br>CANADA | 12/7/2023 | $11,000 | ☐ Secured debt<br>☐ Unsecured loan repayment<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
| **TOTAL 2042146 ONTARIO INC - WIRE** | | **$11,000** | |
| 32   365 OPERATING COMPANY, LLC - ACH<br>BANK OF AMERICA, NA<br>222 BROADWAY<br>NEW YORK, NY 10038 | 10/3/2023<br>10/27/2023 | $47,200<br>$86,804 | ☐ Secured debt<br>☐ Unsecured loan repayment<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
| **TOTAL 365 OPERATING COMPANY, LLC - ACH** | | **$134,004** | |
| 33   A.M. BEST COMPANY, INC<br>P.O.  BOX  828806<br>PHILADELPHIA, PA 19182-8806 | 11/3/2023 | $10,813 | ☐ Secured debt<br>☐ Unsecured loan repayment<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
| **TOTAL A.M. BEST COMPANY, INC** | | **$10,813** | |
| 34   ABACUS SOLUTIONS - ACH<br>P.O. BOX 96508<br>CHARLOTTE, NC 28296 | 11/13/2023 | $17,032 | ☐ Secured debt<br>☐ Unsecured loan repayment<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
| **TOTAL ABACUS SOLUTIONS - ACH** | | **$17,032** | |
| 35   ADOBE SYSTEMS SOFTWARE IRELAND LTD<br>4-6 RIVERWALK<br>CITY WEST BUSINESS CAMPUS<br>SAGGART, DUBLIN 24<br>DUBLIN<br>IRAN, ISLAMIC REPUBLIC OF | 10/23/2023 | $8,700 | ☐ Secured debt<br>☐ Unsecured loan repayment<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
| **TOTAL ADOBE SYSTEMS SOFTWARE IRELAND LTD** | | **$8,700** | |
| 36   AMAZON WEB SERVICES, INC - ACH<br>410 TERRY AVE NORTH<br>SEATTLE, WA 98109 | 9/21/2023<br>10/23/2023<br>12/4/2023 | $40,395<br>$40,161<br>$41,711 | ☐ Secured debt<br>☐ Unsecured loan repayment<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
| **TOTAL AMAZON WEB SERVICES, INC - ACH** | | **$122,267** | |

**Ebix, Inc.** | **Case Number:** **23-80004-11**

| Part 2: | List Certain Transfers Made Before Filing for Bankruptcy |
|---|---|

## 3. Certain payments or transfers to creditors within 90 days before filing this case

List payments or transfers-including expense reimbursements-to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575 (this amount may be adjusted on 04/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment).

☐ None

| | Creditor's Name and Address | Dates | Total Amount or Value | Reasons for Payment or Transfer |
|---|---|---|---|---|
| 37 | ██████████████████ ████████ ██████████████ ██████████████ ████ | 11/29/2023 | $39,583 | ☐ Secured debt<br>☐ Unsecured loan repayment<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
| | **TOTAL AMIT KUMAR CHOUKSEY - WIRE** | | **$39,583** | |
| 38 | ANTHEM BLUE CROSS<br>DEPARTMENT 5812<br>LOS ANGELES, CA 90074-5812 | 10/25/2023<br>12/31/2023<br>12/31/2023 | $95,524<br>$22,331<br>$76,615 | ☐ Secured debt<br>☐ Unsecured loan repayment<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
| | **TOTAL ANTHEM BLUE CROSS** | | **$194,470** | |
| 39 | ████████████████ ███████████ | 11/14/2023 | $16,118 | ☐ Secured debt<br>☐ Unsecured loan repayment<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
| | **TOTAL APRIL-ELIZABETH DOROTHY DODIER - ACH** | | **$16,118** | |
| 310 | ARIBA, INC. - WIRE<br>P O BOX 734605<br>CHICAGO, IL 60673-4605 | 10/17/2023 | $18,278 | ☐ Secured debt<br>☐ Unsecured loan repayment<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
| | **TOTAL ARIBA, INC. - WIRE** | | **$18,278** | |
| 311 | ARIZONA DEPT OF REVENUE<br>P O BOX 29010<br>PHOENIX, AZ 85038-9010 | 9/30/2023<br>12/31/2023 | $8,478<br>$8,267 | ☐ Secured debt<br>☐ Unsecured loan repayment<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
| | **TOTAL ARIZONA DEPT OF REVENUE** | | **$16,745** | |
| 312 | ASCENSION GROWTH & INNOVATION STRATEGIES LLC ACH<br>C/O CRAIG APATOV MNG PARTNER<br>2000 RIVEREDGE PKWY STE 945<br>ATLANTA, GA 30328 | 9/26/2023 | $15,000 | ☐ Secured debt<br>☐ Unsecured loan repayment<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
| | **TOTAL ASCENSION GROWTH & INNOVATION STRATEGIES LLC ACH** | | **$15,000** | |

**Ebix, Inc.**                                                                  **Case Number:**    **23-80004-11**

| Part 2: | List Certain Transfers Made Before Filing for Bankruptcy |
|---------|----------------------------------------------------------|

### 3. Certain payments or transfers to creditors within 90 days before filing this case

List payments or transfers-including expense reimbursements-to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575 (this amount may be adjusted on 04/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment).

☐ None

| Creditor's Name and Address | Dates | Total Amount or Value | Reasons for Payment or Transfer |
|---|---|---|---|
| 313 BAKER TILLY US, LLP - ACH<br>205 NORTH MICHIGAN AVENUE<br>CHICAGO, IL 60601 | 12/15/2023 | $15,230 | ☐ Secured debt<br>☐ Unsecured loan repayment<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
| **TOTAL BAKER TILLY US, LLP - ACH** | | **$15,230** | |
| 314 BASS, BERRY & SIMS PLC - WIRE<br>150 THIRD AVE S, STE 2800<br>NASHVILLE, TN 37201 | 11/3/2023<br>11/3/2023<br>12/14/2023<br>12/14/2023 | $50,000<br>$82,201<br>$27,397<br>$61,806 | ☐ Secured debt<br>☐ Unsecured loan repayment<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
| **TOTAL BASS, BERRY & SIMS PLC - WIRE** | | **$221,404** | |
| 315 BERKLEY TECHNOLOGY UNDERWRITERS - ACH<br>222 S 9TH ST<br>#2550<br>MINNEAPOLIS, MN 55402 | 11/17/2023 | $50,299 | ☐ Secured debt<br>☐ Unsecured loan repayment<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
| **TOTAL BERKLEY TECHNOLOGY UNDERWRITERS - ACH** | | **$50,299** | |
| 316 CATALYST GLOBAL LLC<br>99 MADISON AVE<br>5TH FLOOR<br>NEW YORK, NY 10016 | 11/29/2023<br>12/5/2023<br>12/7/2023 | $15,700<br>$15,700<br>$15,700 | ☐ Secured debt<br>☐ Unsecured loan repayment<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
| **TOTAL CATALYST GLOBAL LLC** | | **$47,100** | |
| 317 ███████████████<br>███████████████ | 12/5/2023 | $10,000 | ☐ Secured debt<br>☐ Unsecured loan repayment<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
| **TOTAL CATHERINE TRESTINI ACH** | | **$10,000** | |

**Ebix, Inc.**  **Case Number:** **23-80004-11**

| Part 2: | List Certain Transfers Made Before Filing for Bankruptcy |
|---|---|

### 3. Certain payments or transfers to creditors within 90 days before filing this case

List payments or transfers-including expense reimbursements-to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575 (this amount may be adjusted on 04/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment).

☐ None

| | Creditor's Name and Address | Dates | Total Amount or Value | Reasons for Payment or Transfer |
|---|---|---|---|---|
| 318 | CHANGE HEALTHCARE<br>PO BOX 572490<br>MURRAY, UT 84157-2490 | 11/29/2023 | $14,104 | ☐ Secured debt<br>☐ Unsecured loan repayment<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
| | TOTAL CHANGE HEALTHCARE | | $14,104 | |
| 319 | CHANGE HEALTHCARE - ACH<br>PO BOX 572490<br>MURRAY, UT 84157-2490 | 12/5/2023 | $18,448 | ☐ Secured debt<br>☐ Unsecured loan repayment<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
| | TOTAL CHANGE HEALTHCARE - ACH | | $18,448 | |
| 320 | CHARLES I. SCHWARTZ, MD - ACH<br>25 WESTMINSTER LANE<br>PHOENIXVILLE, PA 19460 | 11/14/2023 | $46,309 | ☐ Secured debt<br>☐ Unsecured loan repayment<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
| | TOTAL CHARLES I. SCHWARTZ, MD - ACH | | $46,309 | |
| 321 | CLARITAS ADVISORS LLC - WIRE<br>8044 MONTGOMERY ROAD<br>SUITE 455<br>CINCINNATI, OH 45236 | 11/30/2023<br>12/31/2023<br>12/31/2023 | $80,000<br>$18,065<br>$24,602 | ☐ Secured debt<br>☐ Unsecured loan repayment<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
| | TOTAL CLARITAS ADVISORS LLC - WIRE | | $122,667 | |
| 322 | COMMONWEALTH OF MASSACHUSETTS<br>P. O. BOX 7025<br>MASS.DEPARTMENT OF REVENUE<br>BOSTON, MA 02204-7025 | 9/30/2023<br>10/31/2023<br>11/30/2023 | $25,810<br>$172,938<br>$41,145 | ☐ Secured debt<br>☐ Unsecured loan repayment<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other |
| | TOTAL COMMONWEALTH OF MASSACHUSETTS | | $239,892 | |
| 323 | COOPERATIVE TECHNOLOGIES - ACH<br>3301 BUCKEYE RD<br>SUITE 500<br>ATLANTA, GA 30341 | 12/5/2023 | $62,709 | ☐ Secured debt<br>☐ Unsecured loan repayment<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
| | TOTAL COOPERATIVE TECHNOLOGIES - ACH | | $62,709 | |

**Ebix, Inc.**                                                                                   **Case Number:**    **23-80004-11**

| Part 2: | List Certain Transfers Made Before Filing for Bankruptcy |
|---------|---------------------------------------------------------|

### 3. Certain payments or transfers to creditors within 90 days before filing this case

List payments or transfers-including expense reimbursements-to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575 (this amount may be adjusted on 04/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment).

☐ None

| Creditor's Name and Address | Dates | Total Amount or Value | Reasons for Payment or Transfer |
|---|---|---|---|
| 324    CRAFTSMAN PRINTING, INC. ACH 120 CITATION COURT BIRMINGHAM, AL 35209 | 10/18/2023 11/22/2023 12/5/2023 | $93,045 $35,000 $70,487 | ☐ Secured debt ☐ Unsecured loan repayment ☑ Suppliers or vendors ☐ Services ☐ Other _____ |
| **TOTAL CRAFTSMAN PRINTING, INC. ACH** | | **$198,532** | |
| 325    CYXTERA COMMUNICATIONS, LLC - ACH 13322 COLLECTION CENTER DR CHICAGO, IL 60693-0133 | 11/3/2023 11/13/2023 11/13/2023 | $51,565 $23,355 $48,338 | ☐ Secured debt ☐ Unsecured loan repayment ☑ Suppliers or vendors ☐ Services ☐ Other _____ |
| **TOTAL CYXTERA COMMUNICATIONS, LLC - ACH** | | **$123,258** | |
| 326    DATASITE - ACH BAKER CENTER 733 S MARQUETTE AVE SUITE 600 MINNEAPOLIS, MN 55402 | 9/27/2023 | $200,537 | ☐ Secured debt ☐ Unsecured loan repayment ☑ Suppliers or vendors ☐ Services ☐ Other _____ |
| **TOTAL DATASITE - ACH** | | **$200,537** | |
| 327    DATASYSTEM SOLUTIONS, INC. - ACH 8001 CONSER STE 140 OVERLAND PARK, KS 66204 | 11/7/2023 12/15/2023 | $20,793 $12,895 | ☐ Secured debt ☐ Unsecured loan repayment ☑ Suppliers or vendors ☐ Services ☐ Other _____ |
| **TOTAL DATASYSTEM SOLUTIONS, INC. - ACH** | | **$33,689** | |
| 328    ███████████████████ ████████████ | 11/29/2023 | $7,650 | ☐ Secured debt ☐ Unsecured loan repayment ☑ Suppliers or vendors ☐ Services ☐ Other _____ |
| **TOTAL DAVID E. GREENBERG, MD ACH** | | **$7,650** | |

Ebix, Inc.                                                                  Case Number:     23-80004-11

| **Part 2:** | **List Certain Transfers Made Before Filing for Bankruptcy** |
|---|---|

### 3. Certain payments or transfers to creditors within 90 days before filing this case

List payments or transfers-including expense reimbursements-to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575 (this amount may be adjusted on 04/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment).

☐ None

| Creditor's Name and Address | Dates | Total Amount or Value | Reasons for Payment or Transfer |
|---|---|---|---|
| 329 ██████████████ ██████ ████ ███████ | 10/30/2023 | $51,345 | ☐ Secured debt<br>☐ Unsecured loan repayment<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
| **TOTAL DE LAGE LANDEN - ACH** | | **$51,345** | |
| 330 ████████████ ██████████ | 10/24/2023 | $17,850 | ☐ Secured debt<br>☐ Unsecured loan repayment<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
| **TOTAL DEAN CELIA ACH** | | **$17,850** | |
| 331 DELAWARE SECRETARY OF STATE DIVISION OF CORPORATIONS P.O. BOX 5509 STATE OF DELAWARE BINGHAMTON, NY 13902-5509 | 10/31/2023 12/31/2023 12/31/2023 | $51,500 $7,609 $42,391 | ☐ Secured debt<br>☐ Unsecured loan repayment<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
| **TOTAL DELAWARE SECRETARY OF STATE** | | **$101,500** | |
| 332 DOCUSIGN INC - ACH P.O. BOX 735445 DALLAS, TX 75373 | 12/5/2023 | $12,500 | ☐ Secured debt<br>☐ Unsecured loan repayment<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
| **TOTAL DOCUSIGN INC - ACH** | | **$12,500** | |
| 333 DONNELLEY FINANCIAL, LLC PO BOX 842282 BOSTON, MA 02284-2282 | 12/7/2023 | $10,207 | ☐ Secured debt<br>☐ Unsecured loan repayment<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
| **TOTAL DONNELLEY FINANCIAL, LLC** | | **$10,207** | |
| 334 DXC TECHNOLOGY SERVICES, LLC - ACH P O BOX 740868 ATLANATA, GA 30374-0868 | 10/10/2023 11/17/2023 12/4/2023 | $82,040 $82,040 $164,080 | ☐ Secured debt<br>☐ Unsecured loan repayment<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
| **TOTAL DXC TECHNOLOGY SERVICES, LLC - ACH** | | **$328,159** | |

**Ebix, Inc.**                                                                 **Case Number:**     **23-80004-11**

| Part 2: | List Certain Transfers Made Before Filing for Bankruptcy |
| --- | --- |

### 3. Certain payments or transfers to creditors within 90 days before filing this case

List payments or transfers-including expense reimbursements-to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575 (this amount may be adjusted on 04/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment).

☐ None

| | Creditor's Name and Address | Dates | Total Amount or Value | Reasons for Payment or Transfer |
| --- | --- | --- | --- | --- |
| 3 35 | EHAE<br>TWO PENN CENTER WEST<br>SUITE 120<br>#N/A<br>PITTSBURGH, PA 15276 | 9/30/2023<br>10/31/2023<br>11/30/2023<br>12/31/2023<br>12/31/2023 | $250,048<br>$386,542<br>$409,622<br>$196,930<br>$162,178 | ☐ Secured debt<br>☐ Unsecured loan repayment<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
| | | **TOTAL EHAE** | **$1,405,319** | |
| 336 | ELITE UNDERWRITING LIFE CONSULTING, LLC - ACH<br>10219 SHIPMANS LANDING DR<br>MISSOURI CITY, TX 77459 | 10/20/2023<br>11/20/2023 | $7,575<br>$18,525 | ☐ Secured debt<br>☐ Unsecured loan repayment<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
| | **TOTAL ELITE UNDERWRITING LIFE CONSULTING, LLC - ACH** | | **$26,100** | |
| 337 | ███████████<br>███████████<br>███████ | 10/23/2023 | $14,423 | ☐ Secured debt<br>☐ Unsecured loan repayment<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
| | **TOTAL ELIZABETH A. TEMPLE - ACH** | | **$14,423** | |
| 338 | EMPLOYEETECH - ACH<br>939 W NORTH AVE<br>STE 750<br>CHICAGO, IL 60642 | 12/7/2023 | $10,000 | ☐ Secured debt<br>☐ Unsecured loan repayment<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
| | **TOTAL EMPLOYEETECH - ACH** | | **$10,000** | |
| 339 | EMPRISE TECHNOLOGIES LLC - ACH<br>5693 SWAN CREEK DR<br>TOLEDO, OH 43614 | 11/14/2023 | $13,013 | ☐ Secured debt<br>☐ Unsecured loan repayment<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
| | **TOTAL EMPRISE TECHNOLOGIES LLC - ACH** | | **$13,013** | |

**Ebix, Inc.**    **Case Number:**    **23-80004-11**

| **Part 2:** | **List Certain Transfers Made Before Filing for Bankruptcy** |

## 3. Certain payments or transfers to creditors within 90 days before filing this case

List payments or transfers-including expense reimbursements-to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575 (this amount may be adjusted on 04/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment).

☐ None

| | Creditor's Name and Address | Dates | Total Amount or Value | Reasons for Payment or Transfer |
|---|---|---|---|---|
| 3.40 | EQHEALTH SOLUTIONS LLC<br>ATTN: FINANCE DEPT<br>777 EAST PARK DRIVE<br>HARRISBURG, PA 17111-2754 | 11/29/2023<br>12/5/2023 | $16,250<br>$16,250 | ☐ Secured debt<br>☐ Unsecured loan repayment<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
| | **TOTAL EQHEALTH SOLUTIONS LLC** | | **$32,500** | |
| 3.41 | ERNST & YOUNG US LLP - ACH<br>WELLS FARGO BANK, NA<br>P.O. BOX 933514<br>ATLANTA, GA 31193-3514 | 11/1/2023<br>12/15/2023 | $60,000<br>$100,000 | ☐ Secured debt<br>☐ Unsecured loan repayment<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
| | **TOTAL ERNST & YOUNG US LLP - ACH** | | **$160,000** | |
| 3.42 | FAIR HEALTH, INC - ACH<br>PO BOX 3820<br>NEW YORK, NY 10163 | 10/23/2023<br>11/22/2023 | $25,876<br>$25,883 | ☐ Secured debt<br>☐ Unsecured loan repayment<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
| | **TOTAL FAIR HEALTH, INC - ACH** | | **$51,759** | |
| 3.43 | FCI CYBER INC - ACH<br>400 BROADACRES DR<br>STE 270<br>BLOOMFIELD, NJ 07003 | 10/20/2023 | $35,654 | ☐ Secured debt<br>☐ Unsecured loan repayment<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
| | **TOTAL FCI CYBER INC - ACH** | | **$35,654** | |
| 3.44 | FIRST INSURANCE FUNDING<br>FIRST INSURANCE FUNDING<br>PO BOX 7000<br>CAROL STREAM, IL 60197 | 12/4/2023<br>12/11/2023 | $362,521<br>$362,506 | ☐ Secured debt<br>☐ Unsecured loan repayment<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
| | **TOTAL FIRST INSURANCE FUNDING** | | **$725,027** | |

| Ebix, Inc. | | Case Number: | **23-80004-11** |
|---|---|---|---|

| **Part 2:** | **List Certain Transfers Made Before Filing for Bankruptcy** |
|---|---|

### 3. Certain payments or transfers to creditors within 90 days before filing this case

List payments or transfers-including expense reimbursements-to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575 (this amount may be adjusted on 04/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment).

☐ None

| | Creditor's Name and Address | Dates | Total Amount or Value | Reasons for Payment or Transfer |
|---|---|---|---|---|
| 3.45 | FS SCARBROUGH - WIRE<br>P.O. BOX 2613<br>PEACHTREE CITY, GA 30269 | 10/12/2023<br>10/27/2023<br>11/9/2023<br>12/5/2023 | $20,000<br>$10,000<br>$20,000<br>$10,000 | ☐ Secured debt<br>☐ Unsecured loan repayment<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
| | **TOTAL FS SCARBROUGH - WIRE** | | **$60,000** | |
| 3.46 | FUSION LLC - ACH<br>PO BOX 51341<br>LOS ANGELES, CA 90051 | 11/13/2023<br>12/15/2023 | $11,633<br>$13,187 | ☐ Secured debt<br>☐ Unsecured loan repayment<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
| | **TOTAL FUSION LLC - ACH** | | **$24,820** | |
| 3.47 | GOKARE LAW FIRM - ACH<br>11545 PARK WOODS CIRCLE<br>SUITE D<br>ALPHARETTA, GA 30005 | 12/7/2023<br>12/15/2023 | $12,700<br>$28,586 | ☐ Secured debt<br>☐ Unsecured loan repayment<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
| | **TOTAL GOKARE LAW FIRM - ACH** | | **$41,286** | |
| 3.48 | GOOGLE INC-WIRE<br>DEPT 33654 - PO BOX 39000<br>SAN FRANCISCO, CA 94139 | 9/25/2023<br>10/25/2023<br>11/16/2023<br>12/7/2023 | $67,240<br>$52,512<br>$74,724<br>$93,972 | ☐ Secured debt<br>☐ Unsecured loan repayment<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
| | **TOTAL GOOGLE INC-WIRE** | | **$288,448** | |
| 3.49 | HOLADOCTOR INC - ACH<br>ATTN: ACCOUNTS RECEIVABLE<br>800 OLD ROSWELL LKS PKWY #150<br>ROSWELL, GA 30076 | 12/7/2023 | $9,695 | ☐ Secured debt<br>☐ Unsecured loan repayment<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
| | **TOTAL HOLADOCTOR INC - ACH** | | **$9,695** | |

**Ebix, Inc.**                                                                                    **Case Number:**   **23-80004-11**

| Part 2: | List Certain Transfers Made Before Filing for Bankruptcy |
| --- | --- |

## 3. Certain payments or transfers to creditors within 90 days before filing this case

List payments or transfers-including expense reimbursements-to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575 (this amount may be adjusted on 04/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment).

☐ None

| Creditor's Name and Address | Dates | Total Amount or Value | Reasons for Payment or Transfer |
| --- | --- | --- | --- |
| 350   INSIGHT DIRECT USA, INC. - ACH<br>P. O. BOX 731069<br>DALLAS, TX 75373-1069 | 11/29/2023<br>12/7/2023 | $17,887<br>$20,200 | ☐ Secured debt<br>☐ Unsecured loan repayment<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
| **TOTAL INSIGHT DIRECT USA, INC. - ACH** | | **$38,087** | |
| 351   INTEGRATED CORPORATE HEALTH ACH<br>2403 SIDNEY STREET<br>SUITE 800<br>PITTSBURGH, PA 15203 | 11/22/2023 | $21,059 | ☐ Secured debt<br>☐ Unsecured loan repayment<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
| **TOTAL INTEGRATED CORPORATE HEALTH ACH** | | **$21,059** | |
| 352   INTERNAL REVENUE SERVICE<br>INTERNAL REVENUE SERVICE<br>CINCINNATI, OH 45999-0150 | 11/30/2023 | $233,068 | ☐ Secured debt<br>☐ Unsecured loan repayment<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
| **TOTAL INTERNAL REVENUE SERVICE** | | **$233,068** | |
| 353   IRI - ACH<br>1100 VERMONT AVE NW<br>10TH FLOOR<br>WASHINGTON, DC 20005 | 10/23/2023 | $21,200 | ☐ Secured debt<br>☐ Unsecured loan repayment<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
| **TOTAL IRI - ACH** | | **$21,200** | |
| 354   ITERABLE INC - ACH<br>2261 MARKET STREET #5212<br>SAN FRANCISCO, CA 94114 | 11/7/2023<br>11/29/2023 | $13,539<br>$27,160 | ☐ Secured debt<br>☐ Unsecured loan repayment<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
| **TOTAL ITERABLE INC - ACH** | | **$40,700** | |
| 355   ████████████<br>████████████<br>████████ | 11/20/2023 | $10,400 | ☐ Secured debt<br>☐ Unsecured loan repayment<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
| **TOTAL J. BRUCE BAVITZ - ACH** | | **$10,400** | |

**Ebix, Inc.**                                                                 **Case Number:    23-80004-11**

| Part 2: | List Certain Transfers Made Before Filing for Bankruptcy |
|---|---|

### 3. Certain payments or transfers to creditors within 90 days before filing this case

List payments or transfers-including expense reimbursements-to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575 (this amount may be adjusted on 04/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment).

☐ None

| | Creditor's Name and Address | Dates | Total Amount or Value | Reasons for Payment or Transfer |
|---|---|---|---|---|
| 356 | JAMS, INC. - WIRE<br>P.O BOX 845402<br>LOS ANGELES, CA 90084 | 10/25/2023<br>11/7/2023 | $20,676<br>$11,889 | ☐ Secured debt<br>☐ Unsecured loan repayment<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
| | **TOTAL JAMS, INC. - WIRE** | | **$32,565** | |
| 357 | JOHN HANCOCK - ACH<br>690 CANTON ST<br>WESTWOOD, MA 02090 | 9/30/2023<br>10/31/2023<br>11/30/2023<br>12/31/2023<br>12/31/2023 | $225,599<br>$224,576<br>$332,387<br>$120,806<br>$99,487 | ☐ Secured debt<br>☐ Unsecured loan repayment<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
| | **TOTAL JOHN HANCOCK - ACH** | | **$1,002,855** | |
| 358 | ████████<br>████████<br>████████ | 11/29/2023 | $8,856 | ☐ Secured debt<br>☐ Unsecured loan repayment<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
| | **TOTAL JONATHAN J. BEITLER, MD-ACH** | | **$8,856** | |
| 359 | K G SOMANI & CO.-WIRE<br>3/15, ASAF ALI RD<br>NEW DELHI<br>GERMANY | 10/27/2023<br>11/3/2023<br>12/15/2023 | $75,000<br>$75,000<br>$150,000 | ☐ Secured debt<br>☐ Unsecured loan repayment<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
| | **TOTAL K G SOMANI & CO.-WIRE** | | **$300,000** | |
| 360 | K&C BUILDING MAINTENANCE-ACH<br>4625 ALEXANDER DR<br>SUITE 130<br>ALPHARETTA, GA 30022 | 11/3/2023 | $11,821 | ☐ Secured debt<br>☐ Unsecured loan repayment<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
| | **TOTAL K&C BUILDING MAINTENANCE-ACH** | | **$11,821** | |

**Ebix, Inc.**                                                                    **Case Number:**    **23-80004-11**

| Part 2: | List Certain Transfers Made Before Filing for Bankruptcy |
|---------|----------------------------------------------------------|

## 3. Certain payments or transfers to creditors within 90 days before filing this case

List payments or transfers-including expense reimbursements-to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575 (this amount may be adjusted on 04/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment).

☐ None

| Creditor's Name and Address | Dates | Total Amount or Value | Reasons for Payment or Transfer |
|---|---|---|---|
| 361 KEYWORD ARTISTS, INC.<br>1515 SEABAY RD.<br>WESTON, FL 33326 | 11/6/2023<br>12/5/2023 | $8,200<br>$8,200 | ☐ Secured debt<br>☐ Unsecured loan repayment<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
| **TOTAL KEYWORD ARTISTS, INC.** | | **$16,400** | |
| 362 LABCORP EMPLOYER SERVICES, INC-ACH<br>P O BOX 8034<br>BURLINGTON, NC 27216 | 11/29/2023 | $15,067 | ☐ Secured debt<br>☐ Unsecured loan repayment<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
| **TOTAL LABCORP EMPLOYER SERVICES, INC-ACH** | | **$15,067** | |
| 363 LINKCONNECTOR-ACH<br>1001 WINSTEAD DR<br>STE 300<br>CARY, NC 27513 | 11/7/2023 | $16,284 | ☐ Secured debt<br>☐ Unsecured loan repayment<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
| **TOTAL LINKCONNECTOR-ACH** | | **$16,284** | |
| 364 LL GLOBAL INC. DBA LOMA - WIRE<br>P.O. BOX 660<br>BRIDGEPORT, CT 06601-0660 | 10/18/2023<br>11/29/2023 | $18,400<br>$18,400 | ☐ Secured debt<br>☐ Unsecured loan repayment<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
| **TOTAL LL GLOBAL INC. DBA LOMA - WIRE** | | **$36,800** | |
| 365 LOCKTON - ACH<br>ATTN: CAROL OTT<br>4900 MAIN, 8TH FLOOR<br>KANSAS CITY, MO 64112 | 11/2/2023<br>11/15/2023<br>12/12/2023<br>12/29/2023<br>12/29/2023 | $362,506<br>$733,756<br>$15,909<br>$15,909<br>$2,039,402 | ☐ Secured debt<br>☐ Unsecured loan repayment<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
| **TOTAL LOCKTON - ACH** | | **$3,167,482** | |

**Ebix, Inc.**                                                                                          **Case Number:**    **23-80004-11**

| Part 2: | List Certain Transfers Made Before Filing for Bankruptcy |
|---------|----------------------------------------------------------|

### 3. Certain payments or transfers to creditors within 90 days before filing this case

List payments or transfers-including expense reimbursements-to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575 (this amount may be adjusted on 04/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment).

☐ None

| Creditor's Name and Address | Dates | Total Amount or Value | Reasons for Payment or Transfer |
|---|---|---|---|
| 366  MERRIAM D/B/A WORLD CLASS CME - ACH<br>ATTN: HEIDI WILSON, PRESIDENT<br>6201 FAIRVIEW RD, SUITE 200<br>CHARLOTTE, NC 28210 | 11/14/2023 | $7,901 | ☐ Secured debt<br>☐ Unsecured loan repayment<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
| **TOTAL MERRIAM D/B/A WORLD CLASS CME - ACH** | | **$7,901** | |
| 367  MGECOM, INC ACH<br>5265 SUNSET LAKE RD #4<br>HOLLY SPRINGS, NC 27540 | 11/20/2023 | $9,593 | ☐ Secured debt<br>☐ Unsecured loan repayment<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
| **TOTAL MGECOM, INC ACH** | | **$9,593** | |
| 368  MICROSOFT AZURE - ACH<br>P.O. BOX 100464<br>PASADENA, CA 91189 | 10/23/2023<br>12/1/2023 | $21,453<br>$19,356 | ☐ Secured debt<br>☐ Unsecured loan repayment<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
| **TOTAL MICROSOFT AZURE - ACH** | | **$40,809** | |
| 369  MORRISON FOERSTER - ACH<br>PO BOX 742335<br>LOS ANGELES, CA 90074 | 10/12/2023 | $14,656 | ☐ Secured debt<br>☐ Unsecured loan repayment<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
| **TOTAL MORRISON FOERSTER - ACH** | | **$14,656** | |
| 370  NATIONAL SECURITIES CLEARING - WIRE<br>P.O.BOX 27590<br>NEW YORK, NY 10087-7590 | 10/17/2023 | $11,904 | ☐ Secured debt<br>☐ Unsecured loan repayment<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
| **TOTAL NATIONAL SECURITIES CLEARING - WIRE** | | **$11,904** | |
| 371  ███████████<br>███████████<br>███████████ | 11/22/2023<br>12/15/2023 | $75,000<br>$120,000 | ☐ Secured debt<br>☐ Unsecured loan repayment<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
| **TOTAL NELSON MULLINS - ACH** | | **$195,000** | |

| Ebix, Inc. | | | Case Number: | 23-80004-11 |

<table>
<tr><td>**Part 2:**</td><td colspan="4">**List Certain Transfers Made Before Filing for Bankruptcy**</td></tr>
</table>

### 3. Certain payments or transfers to creditors within 90 days before filing this case

List payments or transfers-including expense reimbursements-to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575 (this amount may be adjusted on 04/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment).

☐ None

| Creditor's Name and Address | Dates | Total Amount or Value | Reasons for Payment or Transfer |
|---|---|---|---|
| 372 NEW YORK STATE CORPORATION TAX<br>NYS DEPT OF TAXATION & FINANCE<br>CORP-V<br>ALBANY, NY 12212-5163 | 9/30/2023<br>10/31/2023<br>11/30/2023<br>12/31/2023 | $37,021<br>$28,687<br>$39,969<br>$35,726 | ☐ Secured debt<br>☐ Unsecured loan repayment<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
| **TOTAL NEW YORK STATE CORPORATION TAX** | | **$141,403** | |
| 373 NRCME-ACH<br>CLINTON M,SMITH, DC<br>8409 TREYBROOKE PLACE<br>O FALLON, IL 62269 | 10/6/2023<br>12/4/2023 | $12,712<br>$20,959 | ☐ Secured debt<br>☐ Unsecured loan repayment<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
| **TOTAL NRCME-ACH** | | **$33,671** | |
| 374 NUMBERSONLY INC<br>1848 NORWOOD PLAZA<br>SUITE 112<br>HURST, TX 76054 | 10/25/2023 | $16,016 | ☐ Secured debt<br>☐ Unsecured loan repayment<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
| **TOTAL NUMBERSONLY INC** | | **$16,016** | |
| 375 NYU DEPT OF RADIOLOGY - ACH<br>MICHELLE R KOPLIK<br>650 1ST AVE<br>4TH FLOOR<br>NEW YORK, NY 10016 | 11/17/2023 | $26,366 | ☐ Secured debt<br>☐ Unsecured loan repayment<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
| **TOTAL NYU DEPT OF RADIOLOGY - ACH** | | **$26,366** | |
| 376 OHIO DEPARTMENT OF TAXATION<br>P.O. BOX 182101<br>COLUMBUS, OH 43218-2101 | 12/31/2023 | $7,846 | ☐ Secured debt<br>☐ Unsecured loan repayment<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
| **TOTAL OHIO DEPARTMENT OF TAXATION** | | **$7,846** | |
| 377 ONESPAN - ACH<br>121 W WACKER DR<br>20TH FLOOR<br>CHICAGO, IL 60601 | 12/14/2023 | $34,915 | ☐ Secured debt<br>☐ Unsecured loan repayment<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
| **TOTAL ONESPAN - ACH** | | **$34,915** | |

**Ebix, Inc.** <span style="float:right">**Case Number:      23-80004-11**</span>

| **Part 2:** | **List Certain Transfers Made Before Filing for Bankruptcy** |
|---|---|

## 3. Certain payments or transfers to creditors within 90 days before filing this case

List payments or transfers-including expense reimbursements-to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575 (this amount may be adjusted on 04/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment).

☐ None

| Creditor's Name and Address | Dates | Total Amount or Value | Reasons for Payment or Transfer |
|---|---|---|---|
| 378  OPTUM HEALTH<br>P. O. BOX 367<br>ANOKA, MN 55303-0367 | 9/30/2023<br>10/31/2023<br>11/30/2023<br>12/31/2023 | $14,612<br>$14,543<br>$18,836<br>$14,498 | ☐ Secured debt<br>☐ Unsecured loan repayment<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
| | **TOTAL OPTUM HEALTH** | **$62,489** | |
| 379  OXCYON INC<br>127 N CLEVELAND MASSILLON ROAD<br>BATH, OH 44333 | 11/6/2023 | $12,884 | ☐ Secured debt<br>☐ Unsecured loan repayment<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
| | **TOTAL OXCYON INC** | **$12,884** | |
| 380  PA DEPARTMENT OF REVENUE<br>P O BOX 280422<br>BUREAU OF CORPORATION TAXES<br>HARRISBURG, PA 17128-0422 | 9/30/2023<br>10/31/2023<br>11/30/2023<br>12/31/2023 | $18,857<br>$22,194<br>$37,040<br>$27,035 | ☐ Secured debt<br>☐ Unsecured loan repayment<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
| | **TOTAL PA DEPARTMENT OF REVENUE** | **$105,126** | |
| 381  PARK PLACE TECHNOLOGIES - ACH<br>PO BOX 78000-DEPT 781156<br>DETROIT, MI 48278-1156 | 11/17/2023 | $32,065 | ☐ Secured debt<br>☐ Unsecured loan repayment<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
| | **TOTAL PARK PLACE TECHNOLOGIES - ACH** | **$32,065** | |
| 382  PERSISTENT SYSTEMS, INC. - ACH<br>2055 LAURELWOOD ROAD<br>SUITE 210<br>SANTA CLARA, CA 95054 | 10/23/2023<br>12/4/2023 | $9,629<br>$9,629 | ☐ Secured debt<br>☐ Unsecured loan repayment<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
| | **TOTAL PERSISTENT SYSTEMS, INC. - ACH** | **$19,258** | |

**Ebix, Inc.**                                                                 **Case Number:**    **23-80004-11**

| Part 2: | List Certain Transfers Made Before Filing for Bankruptcy |
|---|---|

### 3. Certain payments or transfers to creditors within 90 days before filing this case

List payments or transfers-including expense reimbursements-to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575 (this amount may be adjusted on 04/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment).

☐ None

| Creditor's Name and Address | Dates | Total Amount or Value | Reasons for Payment or Transfer |
|---|---|---|---|
| 383 ██████████ ██████████ | 10/24/2023 | $9,636 | ☐ Secured debt ☐ Unsecured loan repayment ☑ Suppliers or vendors ☐ Services ☐ Other _____ |
| **TOTAL PHILIP PATEL – ACH** | | **$9,636** | |
| 384 PRESIDENT AND FELLOWS OF HARVARD COLLEGE PO BOX 417476 BOSTON, MA 02241-7476 | 12/7/2023 | $64,931 | ☐ Secured debt ☐ Unsecured loan repayment ☑ Suppliers or vendors ☐ Services ☐ Other _____ |
| **TOTAL PRESIDENT AND FELLOWS OF HARVARD COLLEGE** | | **$64,931** | |
| 385 PRICE WATERHOUSE & CO LLP – WIRE BUILDING NO. 8, 8TH FLOOR TOWER BDLF CYBER CITY GURUGRAM 122002 INDIA | 12/15/2023 | $12,240 | ☐ Secured debt ☐ Unsecured loan repayment ☑ Suppliers or vendors ☐ Services ☐ Other _____ |
| **TOTAL PRICE WATERHOUSE & CO LLP – WIRE** | | **$12,240** | |
| 386 REGIONS BANK ATTN:  LUCILLE AGEE LAKESHORE OPERATIONS CENTER 201 MILAN PKWY BIRMINGHAM, AL 35211 | 9/30/2023 | $7,606 | ☐ Secured debt ☐ Unsecured loan repayment ☑ Suppliers or vendors ☐ Services ☐ Other _____ |
| **TOTAL REGIONS BANK** | | **$7,606** | |
| 387 ██████████ ██████████ | 11/3/2023 12/15/2023 | $7,590 $9,160 | ☐ Secured debt ☐ Unsecured loan repayment ☑ Suppliers or vendors ☐ Services ☐ Other _____ |
| **TOTAL RENEE COCCHI – ACH** | | **$16,750** | |
| 388 ██████████ ██████████ | 11/20/2023 | $7,986 | ☐ Secured debt ☐ Unsecured loan repayment ☑ Suppliers or vendors ☐ Services ☐ Other _____ |
| **TOTAL RENEE ZEMANSKI** | | **$7,986** | |

Ebix, Inc.                                                          Case Number:        23-80004-11

**Part 2:**        **List Certain Transfers Made Before Filing for Bankruptcy**

**3. Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers-including expense reimbursements-to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575 (this amount may be adjusted on 04/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment).

☐ None

| Creditor's Name and Address | Dates | Total Amount or Value | Reasons for Payment or Transfer |
|---|---|---|---|
| 389    REVEL IT - ACH<br>4900 BLAZER PKWY<br>DUBLIN, OH 43017 | 9/26/2023 | $21,440 | ☐ Secured debt<br>☐ Unsecured loan repayment<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
|  | 10/23/2023 | $15,008 |  |
|  | 12/5/2023 | $43,952 |  |
| **TOTAL REVEL IT - ACH** |  | **$80,400** |  |
| 390    ROCKET SOFTWARE INC - ACH<br>PO BOX 842965<br>BOSTON, MA 02284-2965 | 10/20/2023 | $54,754 | ☐ Secured debt<br>☐ Unsecured loan repayment<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
| **TOTAL ROCKET SOFTWARE INC - ACH** |  | **$54,754** |  |
| 391    ███████████████ | 11/7/2023 | $22,160 | ☐ Secured debt<br>☐ Unsecured loan repayment<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
| **TOTAL SAMANTHA EHRLICH - ACH** |  | **$22,160** |  |
| 392    SAWNEE ELECTRIC MEMBERSHIP<br>543 ATLANTA HWY<br>CUMMING, GA 30040-2701 | 10/17/2023 | $31,503 | ☐ Secured debt<br>☐ Unsecured loan repayment<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
|  | 11/30/2023 | $14,504 |  |
|  | 12/13/2023 | $14,958 |  |
|  | 12/18/2023 | $15,500 |  |
| **TOTAL SAWNEE ELECTRIC MEMBERSHIP** |  | **$76,465** |  |
| 393    ███████████████ | 11/29/2023 | $18,000 | ☐ Secured debt<br>☐ Unsecured loan repayment<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
| **TOTAL SCOTT D. SMITH, MD, MPH - ACH** |  | **$18,000** |  |

**Ebix, Inc.**                                                          **Case Number:    23-80004-11**

| Part 2: | List Certain Transfers Made Before Filing for Bankruptcy |

### 3. Certain payments or transfers to creditors within 90 days before filing this case

List payments or transfers-including expense reimbursements-to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575 (this amount may be adjusted on 04/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment).

☐ None

| Creditor's Name and Address | Dates | Total Amount or Value | Reasons for Payment or Transfer |
|---|---|---|---|
| 394   SCOUTNEWS, LLC - ACH<br>122 E 42ND ST<br>RM 2715<br>NEW YORK, NY 10168 | 12/7/2023 | $20,175 | ☐ Secured debt<br>☐ Unsecured loan repayment<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
| **TOTAL SCOUTNEWS, LLC - ACH** | | **$20,175** | |
| 395   SHARDUL AMARCHAND MANGALDAS & CO - WIRE<br>EXPRESS TOWERS 23RD FLOOR<br>NARIMAN POINT<br>MUMBAI 400021<br>INDIA | 10/2/2023<br>11/13/2023 | $12,388<br>$8,794 | ☐ Secured debt<br>☐ Unsecured loan repayment<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
| **TOTAL SHARDUL AMARCHAND MANGALDAS & CO - WIRE** | | **$21,181** | |
| 396   SKADDEN, ARPS, SLATE, MEAGHER - WIRE<br>1440 NEW YORK AVE<br>WASHINGTON, DC 20005 | 12/14/2023 | $70,941 | ☐ Secured debt<br>☐ Unsecured loan repayment<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
| **TOTAL SKADDEN, ARPS, SLATE, MEAGHER - WIRE** | | **$70,941** | |
| 397   SOL EX - FUSION - ACH<br>PO BOX 512402<br>LOS ANGELES, CA 90051-0402 | 10/23/2023<br>11/15/2023<br>11/21/2023 | $28,468<br>$55,000<br>$116,475 | ☐ Secured debt<br>☐ Unsecured loan repayment<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
| **TOTAL SOL EX - FUSION - ACH** | | **$199,943** | |
| 398   SPARK IPS<br>PO BOX 371<br>COVENTRY, CT 06238 | 9/26/2023 | $24,810 | ☐ Secured debt<br>☐ Unsecured loan repayment<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
| **TOTAL SPARK IPS** | | **$24,810** | |
| 399   SPARK IPS - ACH<br>PO BOX 371<br>COVENTRY, CT 06238 | 12/5/2023<br>12/15/2023 | $35,210<br>$31,576 | ☐ Secured debt<br>☐ Unsecured loan repayment<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
| **TOTAL SPARK IPS - ACH** | | **$66,786** | |

**Ebix, Inc.**                                                                                    **Case Number:**      **23-80004-11**

| Part 2: | List Certain Transfers Made Before Filing for Bankruptcy |
|---------|----------------------------------------------------------|

### 3. Certain payments or transfers to creditors within 90 days before filing this case

List payments or transfers-including expense reimbursements-to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575 (this amount may be adjusted on 04/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment).

☐ None

| Creditor's Name and Address | Dates | Total Amount or Value | Reasons for Payment or Transfer |
|---|---|---|---|
| 3100 STATE OF CALIFORNIA<br>BOARD OF EQUALIZATION<br>P. O. BOX  942879<br>SACRAMENTO, CA 94279-7072 | 11/30/2023 | $13,829 | ☐ Secured debt<br>☐ Unsecured loan repayment<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
| **TOTAL STATE OF CALIFORNIA** | | **$13,829** | |
| 3101 STATE OF CONNECTICUT<br>DEPARTMENT OF REVENUE SERVICES<br>P O BOX 5030<br>HARTFORD, CT 06102-5030 | 9/30/2023<br>10/31/2023<br>11/30/2023 | $10,737<br>$12,609<br>$24,198 | ☐ Secured debt<br>☐ Unsecured loan repayment<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
| **TOTAL STATE OF CONNECTICUT** | | **$47,544** | |
| 3102 STATE OF NEW HAMPSHIRE<br>PO BOX 637<br>CONCORD, NH 03302 | 11/30/2023 | $51,523 | ☐ Secured debt<br>☐ Unsecured loan repayment<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
| **TOTAL STATE OF NEW HAMPSHIRE** | | **$51,523** | |
| 3103 STATE OF WASHINGTON<br>P O BOX 34051<br>DEPARTMENT OF REVENUE<br>SEATTLE, WA 98124-1051 | 10/31/2023<br>11/30/2023<br>12/31/2023 | $8,349<br>$7,840<br>$8,862 | ☐ Secured debt<br>☐ Unsecured loan repayment<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
| **TOTAL STATE OF WASHINGTON** | | **$25,050** | |
| 3104 STELLAR CONSULTING SOLUTIONS, LLC - ACH<br>2475 NORTHWINDS PKWY<br>SUITE 200<br>ALPHARETTA, GA 30009 | 10/24/2023<br>12/7/2023 | $15,680<br>$9,600 | ☐ Secured debt<br>☐ Unsecured loan repayment<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
| **TOTAL STELLAR CONSULTING SOLUTIONS, LLC - ACH** | | **$25,280** | |

**Ebix, Inc.**                                                    **Case Number:**   **23-80004-11**

| **Part 2:** | **List Certain Transfers Made Before Filing for Bankruptcy** |
|---|---|

### 3. Certain payments or transfers to creditors within 90 days before filing this case

List payments or transfers-including expense reimbursements-to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575 (this amount may be adjusted on 04/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment).

☐ None

| Creditor's Name and Address | Dates | Total Amount or Value | Reasons for Payment or Transfer |
|---|---|---|---|
| 3105   SUN LIFE FINANCIAL<br>P.O. BOX 807009<br>KANSAS CITY, MO 64180 | 9/30/2023<br>10/31/2023<br>11/30/2023<br>12/31/2023<br>12/31/2023 | $29,162<br>$57,457<br>$28,523<br>$12,907<br>$15,673 | ☐ Secured debt<br>☐ Unsecured loan repayment<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
| **TOTAL SUN LIFE FINANCIAL** | | **$143,721** | |
| 3106   ██████████<br>████████<br>████ | 11/15/2023 | $7,855 | ☐ Secured debt<br>☐ Unsecured loan repayment<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
| **TOTAL SUSAN PIOLI ACH** | | **$7,855** | |
| 3107   TENNESSEE DEPT OF REVENUE<br>ANDREW JACKSON STATE OFFICE BL<br>500 DEADERICK STREET<br>NASHVILLE, TN 37242-0700 | 10/31/2023<br>11/30/2023<br>12/31/2023 | $9,427<br>$7,716<br>$8,078 | ☐ Secured debt<br>☐ Unsecured loan repayment<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
| **TOTAL TENNESSEE DEPT OF REVENUE** | | **$25,221** | |
| 3108   TEXAS STATE TREASURER<br>TEXAS COMPTROLLER OF PUBLIC AC<br>P.O. BOX  149359<br>AUSTIN, TX 78714-9359 | 9/30/2023<br>10/31/2023<br>11/30/2023<br>12/31/2023 | $19,632<br>$23,686<br>$20,411<br>$23,932 | ☐ Secured debt<br>☐ Unsecured loan repayment<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
| **TOTAL TEXAS STATE TREASURER** | | **$87,661** | |
| 3109   TWILIO INC - ACH<br>PO BOX 736375<br>DALLAS, TX 75373-6375 | 11/7/2023 | $13,862 | ☐ Secured debt<br>☐ Unsecured loan repayment<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
| **TOTAL TWILIO INC - ACH** | | **$13,862** | |

**Ebix, Inc.**                                                                    **Case Number:**   **23-80004-11**

| Part 2: | List Certain Transfers Made Before Filing for Bankruptcy |
|---|---|

### 3. Certain payments or transfers to creditors within 90 days before filing this case

List payments or transfers-including expense reimbursements-to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575 (this amount may be adjusted on 04/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment).

☐ None

| Creditor's Name and Address | Dates | Total Amount or Value | Reasons for Payment or Transfer |
|---|---|---|---|
| 3110  UPS<br>PO BOX 650116<br>DALLAS, TX 75265-0116 | 11/6/2023 | $27,576 | ☐ Secured debt<br>☐ Unsecured loan repayment<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
| | **TOTAL UPS** | **$27,576** | |
| 3111  US POSTMASTER - WIRE<br>3470 MCCLURE BRIDGE RD<br>DULUTH, GA 30096 | 9/29/2023<br>12/5/2023 | $7,600<br>$20,400 | ☐ Secured debt<br>☐ Unsecured loan repayment<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
| | **TOTAL US POSTMASTER - WIRE** | **$28,000** | |
| 3112  US POSTMASTER WIRE<br>3470 MCCLURE BRIDGE RD<br>DULUTH, GA 30096 | 11/20/2023<br>12/7/2023 | $38,000<br>$35,000 | ☐ Secured debt<br>☐ Unsecured loan repayment<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
| | **TOTAL US POSTMASTER WIRE** | **$73,000** | |
| 3113  UTAH STATE TAX COMMISSION<br>210 N 1950 W<br>SALES TAX-M<br>SALT LAKE CITY, UT 84134-0400 | 10/31/2023 | $13,588 | ☐ Secured debt<br>☐ Unsecured loan repayment<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
| | **TOTAL UTAH STATE TAX COMMISSION** | **$13,588** | |
| 3114  VALIDIC<br>701 WEST MAIN ST, #620<br>DURHAM, NC 27701 | 12/7/2023 | $39,528 | ☐ Secured debt<br>☐ Unsecured loan repayment<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
| | **TOTAL VALIDIC** | **$39,528** | |
| 3115  ███████████████<br>████████████<br>████████████ | 10/23/2023 | $7,650 | ☐ Secured debt<br>☐ Unsecured loan repayment<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
| | **TOTAL WALTER MURRAY YARBROUGH** | **$7,650** | |

**Ebix, Inc.**                                                                                            **Case Number:**    **23-80004-11**

| Part 2: | List Certain Transfers Made Before Filing for Bankruptcy |
|---|---|

## 3. Certain payments or transfers to creditors within 90 days before filing this case

List payments or transfers-including expense reimbursements-to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575 (this amount may be adjusted on 04/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment).

☐ None

| Creditor's Name and Address | Dates | Total Amount or Value | Reasons for Payment or Transfer |
|---|---|---|---|
| 3116   WORKIVA INC - ACH<br>2900 UNIVERSITY BLVD<br>AMES, IA 50010 | 10/18/2023 | $55,495 | ☐ Secured debt<br>☐ Unsecured loan repayment<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
| **TOTAL WORKIVA INC - ACH** | | **$55,495** | |
| 3117   ZTEK CONSULTING INC. - ACH<br>3161 ST IVES COUNTRY CLUB PKWY<br>DULUTH, GA 30097 | 10/23/2023<br><br>12/7/2023<br><br>12/15/2023 | $18,134<br><br>$35,740<br><br>$11,880 | ☐ Secured debt<br>☐ Unsecured loan repayment<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
| **TOTAL ZTEK CONSULTING INC. - ACH** | | **$65,754** | |
| 3118   ZYWAVE INC<br>10100 W INNOVATION DR<br>SUITE 300<br>MILWAUKEE, WI 53226 | 12/7/2023 | $24,482 | ☐ Secured debt<br>☐ Unsecured loan repayment<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
| **TOTAL ZYWAVE INC** | | **$24,482** | |

**TOTAL**    **$12,731,370**

**Ebix, Inc.**                                                                                    **Case Number:**        **23-80004-11**

| Part 2: | List Certain Transfers Made Before Filing for Bankruptcy |
|---|---|

## 4.  Payments or other transfers of property made within 1 year before filing this case that benefited any insider

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575 (this amount may be adjusted on 04/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment).  Do not include any payments listed in line 3.  Insiders include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☑ None

| Insider's Name and Address and Relationship to Debtor | Dates | Amount | Reason for Payment |
|---|---|---|---|
| 4 1    SEE GLOBAL NOTES | | | |
| | **TOTAL** | **$0** | |
| | **TOTAL** | **$0** | |

**Ebix, Inc.** **Case Number:** **23-80004-11**

| Part 2: | List Certain Transfers Made Before Filing for Bankruptcy |
|---|---|

### 5. Repossessions, foreclosures, and returns

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☑ None

| Creditor's Name and Address | Description of the Property | Date Action was Taken | Value of Property |
|---|---|---|---|
| 5.1    NONE | | | $0 |

| | TOTAL | $0 |
|---|---|---|

**Ebix, Inc.**                                                              **Case Number:**        **23-80004-11**

| **Part 2:** | **List Certain Transfers Made Before Filing for Bankruptcy** |
|---|---|

### 6.  Setoffs

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☑ None

| Creditor's Name and Address | Description of Action Creditor Took | Date Action Taken | Account Number | Amount |
|---|---|---|---|---|
| 6.1 NONE | | | | $0 |
| | | | **TOTAL** | **$0** |

Ebix, Inc.                                                                                    Case Number:        23-80004-11

| Part 3: | Legal Actions or Assignments |
| --- | --- |

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity - within 1 year before filing this case.

☐ None

| Caption of Suit and Case Number | Nature of Proceeding | Court or Agency and Address | Status of Case |
| --- | --- | --- | --- |
| 7.1  AMADEUS IT V. EBIX 25636/AZR/SPN/AB | ARBITRATION AWARD | US DISTRICT COURT FOR THE NORTHERN DISTRICT OF GEORGIA 75 TED TURNER DR SW, ATLANTA, GA 30303, USA | PENDING |
| 7.2   SARAF V. EBIX, INC., ET AL. 2D CIR. APPEAL: 23-1182; DISTRICT COURT: 2021-CV-01589; | CLASS ACTION LAWSUIT | UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT 40 FOLEY SQUARE, NEW YORK, NY 10007, USA | PENDING |
| 7.3  VOTTO V. RAINA, ET. AL. 1:21-CV-05982-JMF | CLASS ACTION LAWSUIT | US DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK 500 PEARL ST, NEW YORK, NY 10007, USA | PENDING |
| 7.4  ST. MORITZ SECURITY SERVICES INC. V. EBIX INC. GD-23-012315 | LITIGATION | PENNSYLVANIA COMM. PLEAS CT. 1301 FILBERT STREET, SUITE 310 B, PHILADELPHIA, PA 19107, USA | PENDING |
| 7.5  PEERVOICE AMERICA LIMITED VS. EBIX INC., DBA OAKSTONE PUBLISHING 2023CV387294 | LITIGATION | GEORGIA SUPER. CT. 2 M.L.K. JR DR SE, ATLANTA, GA 30334, USA | PENDING |
| 7.6  ANSWERS IN CME INC. V. EBIX, INC. 2023CV387411 | LITIGATION | GEORGIA SUPER. CT. 2 M.L.K. JR DR SE, ATLANTA, GA 30334, USA | PENDING |
| 7.7  CALVO V. RAINA, ET. AL. 1:21-CV-04380-JMF | CLASS ACTION LAWSUIT | US DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK 500 PEARL ST, NEW YORK, NY 10007, USA | PENDING |
| 7.8  NOTICE UNDER RULE 4(1) OF SEBI RULES, 1995 READ WITH SECTION 15I OF SEBI ACT, IN THE MATTER OF PROPOSED IPO OF EBIXCASH LIMITED SEBI/HO/EAD-8/SV/RM/2023/50729/1/2/3 | NOTICES OF VIOLATIONS OF DISCLOSURE | SECURITIES AND EXCHANGE BOARD OF INDIA SEBI BHAVAN - II, C-7, BLOCK G, BANDRA KIRLA COMPLEX, BANDRA (EAST), MUMBAI 400 051, INDIA | PENDING |

**Ebix, Inc.**                                                                                       **Case Number:**    **23-80004-11**

| Part 3: | Legal Actions or Assignments |
| --- | --- |

### 8. Assignments and receivership

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

| Custodian's Name and Address | Court Name and Address | Case Title and Number | Date | Description of Property | Value |
| --- | --- | --- | --- | --- | --- |
| 8.1    NONE | | | | | |

**Ebix, Inc.**                                                    **Case Number:**        **23-80004-11**

| Part 4: | Certain Gifts and Charitable Contributions |
|---------|---------------------------------------------|

**9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☐ None

| Recipient's Name and Address | Recipient's Relationship to Debtor | Description of the Gifts or Contributions | Dates Given | Value |
|------------------------------|-----------------------------------|-------------------------------------------|-------------|-------|
| 9.1   ALLEGIANCE BENEFIT FOUNDATION<br>2806 S GARFIELD ST<br>MISSOULA, MT 59801-7705 | COMPANY PHILANTHROPY | | 8/24/2022  -  8/24/2022 | $5,000 |

**Ebix, Inc.**                                                                      **Case Number:**      **23-80004-11**

| **Part 5:** | Certain Losses |
|---|---|

### 10. All losses from fire, theft, or other casualty within 1 year before filing this case.

☑ None

| Description of Property | How Loss Occurred | Amount of Payments Received | Date of Loss | Property Value |
|---|---|---|---|---|
| | | *If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.  List unpaid claims on Official Form 106A/B (Schedule A/B: Assets - Real and Personal Property).* | | |
| 10.1  NONE | | | | |
| | | | **TOTAL** | |

**Ebix, Inc.**                                                                  **Case Number:**    **23-80004-11**

| Part 6: | Certain Payments or Transfers |
|---------|-------------------------------|

## 11. Payments related to bankruptcy

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None

| | Who was Paid or Who Received the Transfer? Address | Email / Website | Who Made the Payment, if not Debtor? | If not Money, Describe any Property Transferred | Dates | Total Amount or Value |
|---|---|---|---|---|---|---|
| 11.1 | ALIXPARTNERS LLP<br>2000 TOWN CENTRE, STE 2400<br>SOUTHFIELD, MI 48075 | | | | 11/30/2023 | $507,936 |
| 11.2 | ALIXPARTNERS LLP<br>2000 TOWN CENTRE, STE 2400<br>SOUTHFIELD, MI 48075 | | | | 6/22/2022 | $5,387 |
| 11.3 | ALIXPARTNERS LLP<br>2000 TOWN CENTRE, STE 2400<br>SOUTHFIELD, MI 48075 | | | | 1/24/2022 | $8,774 |
| 11.4 | ALIXPARTNERS LLP<br>2000 TOWN CENTRE, STE 2400<br>SOUTHFIELD, MI 48075 | | | | 4/5/2023 | $105,494 |
| 11.5 | ALIXPARTNERS LLP<br>2000 TOWN CENTRE, STE 2400<br>SOUTHFIELD, MI 48075 | | | | 5/23/2023 | $436,461 |
| 11.6 | ALIXPARTNERS LLP<br>2000 TOWN CENTRE, STE 2400<br>SOUTHFIELD, MI 48075 | | | | 1/25/2023 | $366,000 |

**Ebix, Inc.**

**Case Number:** **23-80004-11**

| Part 6: | Certain Payments or Transfers |
|---|---|

## 11. Payments related to bankruptcy

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None

| Who was Paid or Who Received the Transfer? Address | Email / Website | Who Made the Payment, if not Debtor? | If not Money, Describe any Property Transferred | Dates | Total Amount or Value |
|---|---|---|---|---|---|
| 11.7 ALIXPARTNERS LLP<br>2000 TOWN CENTRE, STE 2400<br>SOUTHFIELD, MI 48075 | | | | 2/21/2023 | $417,570 |
| 11.8 ALIXPARTNERS LLP<br>2000 TOWN CENTRE, STE 2400<br>SOUTHFIELD, MI 48075 | | | | 2/2/2023 | $300,000 |
| 11.9 ALIXPARTNERS LLP<br>2000 TOWN CENTRE, STE 2400<br>SOUTHFIELD, MI 48075 | | | | 2/17/2023 | $48,750 |
| 11.10 ALIXPARTNERS LLP<br>2000 TOWN CENTRE, STE 2400<br>SOUTHFIELD, MI 48075 | | | | 3/16/2023 | $87,963 |
| 11.11 ALIXPARTNERS LLP<br>2000 TOWN CENTRE, STE 2400<br>SOUTHFIELD, MI 48075 | | | | 1/18/2023 | $102,091 |
| 11.12 ALIXPARTNERS LLP<br>2000 TOWN CENTRE, STE 2400<br>SOUTHFIELD, MI 48075 | | | | 12/14/2023 | $192,776 |

**Ebix, Inc.**                                                                                          **Case Number:**    **23-80004-11**

| Part 6: | Certain Payments or Transfers |
|---------|-------------------------------|

## 11. Payments related to bankruptcy

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None

| Who was Paid or Who Received the Transfer? Address | Email / Website | Who Made the Payment, if not Debtor? | If not Money, Describe any Property Transferred | Dates | Total Amount or Value |
|---|---|---|---|---|---|
| 11.13  ALIXPARTNERS LLP<br>2000 TOWN CENTRE, STE 2400<br>SOUTHFIELD, MI 48075 | | | | 10/18/2023 | $282,128 |
| 11.14  ALIXPARTNERS LLP<br>2000 TOWN CENTRE, STE 2400<br>SOUTHFIELD, MI 48075 | | | | 1/19/2022 | $6,390 |
| 11.15  ALIXPARTNERS LLP<br>2000 TOWN CENTRE, STE 2400<br>SOUTHFIELD, MI 48075 | | | | 6/2/2023 | $500,000 |
| 11.16  ALIXPARTNERS LLP<br>2000 TOWN CENTRE, STE 2400<br>SOUTHFIELD, MI 48075 | | | | 12/15/2023 | $1,033,339 |
| 11.17  FTI CONSULTING, INC.<br>1201 WEST PEACHTREE ST<br>SUITE 500<br>ATLANTA, GA 30309 | | | | 10/17/2023 | $157,508 |
| 11.18  FTI CONSULTING, INC.<br>1201 WEST PEACHTREE ST<br>SUITE 500<br>ATLANTA, GA 30309 | | | | 1/26/2023 | $200,000 |

Ebix, Inc.                                                                                      **Case Number:**      **23-80004-11**

| Part 6: | Certain Payments or Transfers |
| --- | --- |

## 11. Payments related to bankruptcy

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None

| Who was Paid or Who Received the Transfer? Address | Email / Website | Who Made the Payment, if not Debtor? | If not Money, Describe any Property Transferred | Dates | Total Amount or Value |
| --- | --- | --- | --- | --- | --- |
| 11.19 FTI CONSULTING, INC.<br>1201 WEST PEACHTREE ST<br>SUITE 500<br>ATLANTA, GA 30309 | | | | 11/15/2023 | $224,634 |
| 11.20 FTI CONSULTING, INC.<br>1201 WEST PEACHTREE ST<br>SUITE 500<br>ATLANTA, GA 30309 | | | | 2/21/2023 | $564,881 |
| 11.21 FTI CONSULTING, INC.<br>1201 WEST PEACHTREE ST<br>SUITE 500<br>ATLANTA, GA 30309 | | | | 1/27/2023 | $134,312 |
| 11.22 FTI CONSULTING, INC.<br>1201 WEST PEACHTREE ST<br>SUITE 500<br>ATLANTA, GA 30309 | | | | 9/5/2023 | $367,783 |
| 11.23 FTI CONSULTING, INC.<br>1201 WEST PEACHTREE ST<br>SUITE 500<br>ATLANTA, GA 30309 | | | | 7/20/2023 | $195,323 |

Ebix, Inc.                                                                                    **Case Number:**     **23-80004-11**

| **Part 6:** | **Certain Payments or Transfers** |
|---|---|

## 11. Payments related to bankruptcy

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None

| Who was Paid or Who Received the Transfer?<br>Address | Email / Website | Who Made the Payment,<br>if not Debtor? | If not Money, Describe any<br>Property Transferred | Dates | Total Amount or<br>Value |
|---|---|---|---|---|---|
| 11.24  FTI CONSULTING, INC.<br>1201 WEST PEACHTREE ST<br>SUITE 500<br>ATLANTA, GA 30309 | | | | 6/9/2023 | $169,961 |
| 11.25  FTI CONSULTING, INC.<br>1201 WEST PEACHTREE ST<br>SUITE 500<br>ATLANTA, GA 30309 | | | | 5/23/2023 | $633,353 |
| 11.26  FTI CONSULTING, INC.<br>1201 WEST PEACHTREE ST<br>SUITE 500<br>ATLANTA, GA 30309 | | | | 3/22/2023 | $102,226 |
| 11.27  JEFFERIES FINANCE LLC<br>520 MADISON AVENUE<br>NEW YORK, NY 10022 | | | | 12/15/2022 | $180,416 |
| 11.28  JEFFERIES FINANCE LLC<br>520 MADISON AVENUE<br>NEW YORK, NY 10022 | | | | 10/26/2023 | $200,000 |
| 11.29  JEFFERIES FINANCE LLC<br>520 MADISON AVENUE<br>NEW YORK, NY 10022 | | | | 4/3/2023 | $100,000 |

**Ebix, Inc.**                                                                                                    **Case Number:**    **23-80004-11**

| Part 6: | Certain Payments or Transfers |
| --- | --- |

## 11. Payments related to bankruptcy

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None

| Who was Paid or Who Received the Transfer? Address | Email / Website | Who Made the Payment, if not Debtor? | If not Money, Describe any Property Transferred | Dates | Total Amount or Value |
| --- | --- | --- | --- | --- | --- |
| 11.30  JEFFERIES FINANCE LLC<br>520 MADISON AVENUE<br>NEW YORK, NY 10022 | | | | 2/21/2023 | $100,000 |
| 11.31  JEFFERIES FINANCE LLC<br>520 MADISON AVENUE<br>NEW YORK, NY 10022 | | | | 2/2/2023 | $100,000 |
| 11.32  JEFFERIES FINANCE LLC<br>520 MADISON AVENUE<br>NEW YORK, NY 10022 | | | | 1/19/2023 | $100,000 |
| 11.33  JEFFERIES FINANCE LLC<br>520 MADISON AVENUE<br>NEW YORK, NY 10022 | | | | 1/6/2023 | $100,000 |
| 11.34  JEFFERIES FINANCE LLC<br>520 MADISON AVENUE<br>NEW YORK, NY 10022 | | | | 12/14/2023 | $211,275 |
| 11.35  JEFFERIES FINANCE LLC<br>520 MADISON AVENUE<br>NEW YORK, NY 10022 | | | | 5/26/2023 | $100,000 |

**Ebix, Inc.**

**Case Number:      23-80004-11**

| Part 6: | Certain Payments or Transfers |
|---------|-------------------------------|

## 11. Payments related to bankruptcy

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None

| Who was Paid or Who Received the Transfer? Address | Email / Website | Who Made the Payment, if not Debtor? | If not Money, Describe any Property Transferred | Dates | Total Amount or Value |
|---|---|---|---|---|---|
| 11.36  MAYER BROWN LLP<br>1221 6TH AVE<br>NEW YORK, NY 10020 | | | | 11/15/2023 | $1,078,021 |
| 11.37  MAYER BROWN LLP<br>1221 6TH AVE<br>NEW YORK, NY 10020 | | | | 3/21/2023 | $200,000 |
| 11.38  MAYER BROWN LLP<br>1221 6TH AVE<br>NEW YORK, NY 10020 | | | | 5/3/2023 | $350,784 |
| 11.39  MAYER BROWN LLP<br>1221 6TH AVE<br>NEW YORK, NY 10020 | | | | 5/23/2023 | $1,470,191 |
| 11.40  MAYER BROWN LLP<br>1221 6TH AVE<br>NEW YORK, NY 10020 | | | | 7/19/2023 | $399,908 |
| 11.41  MAYER BROWN LLP<br>1221 6TH AVE<br>NEW YORK, NY 10020 | | | | 8/18/2023 | $375,511 |

**Ebix, Inc.**  **Case Number:**  **23-80004-11**

| Part 6: | Certain Payments or Transfers |
|---|---|

## 11. Payments related to bankruptcy

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None

| Who was Paid or Who Received the Transfer?<br>Address | Email / Website | Who Made the Payment, if not Debtor? | If not Money, Describe any Property Transferred | Dates | Total Amount or Value |
|---|---|---|---|---|---|
| 11.42  MAYER BROWN LLP<br>1221 6TH AVE<br>NEW YORK, NY 10020 | | | | 10/2/2023 | $1,106,514 |
| 11.43  MCGUIREWOODS<br>201 NORTH TRYON STREET<br>CHARLOTTE, NC 28202 | | | | 2/21/2023 | $215,028 |
| 11.44  MCGUIREWOODS<br>201 NORTH TRYON STREET<br>CHARLOTTE, NC 28202 | | | | 4/3/2023 | $138,517 |
| 11.45  MCGUIREWOODS<br>201 NORTH TRYON STREET<br>CHARLOTTE, NC 28202 | | | | 2/1/2023 | $111,006 |
| 11.46  MORRISON FOERSTER<br>PO BOX 742335<br>LOS ANGELES, CA 90074 | | | | 9/1/2023 | $8,136 |
| 11.47  MORRISON FOERSTER<br>PO BOX 742335<br>LOS ANGELES, CA 90074 | | | | 10/12/2023 | $14,656 |

**Ebix, Inc.**                                                              **Case Number:**    **23-80004-11**

| Part 6: | Certain Payments or Transfers |
|---|---|

## 11. Payments related to bankruptcy

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None

| Who was Paid or Who Received the Transfer? Address | Email / Website | Who Made the Payment, if not Debtor? | If not Money, Describe any Property Transferred | Dates | Total Amount or Value |
|---|---|---|---|---|---|
| 11.48  MORRISON FOERSTER<br>PO BOX 742335<br>LOS ANGELES, CA 90074 | | | | 8/22/2023 | $3,492 |
| 11.49  MORRISON FOERSTER<br>PO BOX 742335<br>LOS ANGELES, CA 90074 | | | | 2/28/2023 | $7,000 |
| 11.50  OMNI AGENT SOLUTIONS<br>5955 DE SOTO AVE<br>SUITE 100<br>WOODLAND HILLS, CA 91367 | | | | 12/14/2023 | $50,000 |
| 11.51  SIDLEY AUSTIN LLP<br>787 7TH AVE<br>NEW YORK, NY 10019 | | | | 10/13/2023 | $1,062,596 |
| 11.52  SIDLEY AUSTIN LLP<br>787 7TH AVE<br>NEW YORK, NY 10019 | | | | 2/6/2023 | $223,438 |
| 11.53  SIDLEY AUSTIN LLP<br>787 7TH AVE<br>NEW YORK, NY 10019 | | | | 1/24/2023 | $189,258 |

**Ebix, Inc.**    **Case Number:**    **23-80004-11**

| Part 6: | Certain Payments or Transfers |
|---------|-------------------------------|

## 11. Payments related to bankruptcy

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None

| Who was Paid or Who Received the Transfer? Address | Email / Website | Who Made the Payment, if not Debtor? | If not Money, Describe any Property Transferred | Dates | Total Amount or Value |
|---|---|---|---|---|---|
| 11.54  SIDLEY AUSTIN LLP<br>787 7TH AVE<br>NEW YORK, NY 10019 | | | | 12/29/2022 | $242,529 |
| 11.55  SIDLEY AUSTIN LLP<br>787 7TH AVE<br>NEW YORK, NY 10019 | | | | 5/23/2023 | $737,792 |
| 11.56  SIDLEY AUSTIN LLP<br>787 7TH AVE<br>NEW YORK, NY 10019 | | | | 7/31/2023 | $500,000 |
| 11.57  SIDLEY AUSTIN LLP<br>787 7TH AVE<br>NEW YORK, NY 10019 | | | | 4/28/2023 | $208,514 |
| 11.58  SIDLEY AUSTIN LLP<br>787 7TH AVE<br>NEW YORK, NY 10019 | | | | 11/22/2022 | $250,000 |
| 11.59  SIDLEY AUSTIN LLP<br>787 7TH AVE<br>NEW YORK, NY 10019 | | | | 5/8/2023 | $224,918 |

**Ebix, Inc.**                                                                    **Case Number:**    **23-80004-11**

| Part 6: | Certain Payments or Transfers |
| --- | --- |

## 11. Payments related to bankruptcy

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None

| Who was Paid or Who Received the Transfer? Address | Email / Website | Who Made the Payment, if not Debtor? | If not Money, Describe any Property Transferred | Dates | Total Amount or Value |
| --- | --- | --- | --- | --- | --- |
| 11.60  SIDLEY AUSTIN LLP<br>787 7TH AVE<br>NEW YORK, NY 10019 | | | | 2/21/2023 | $818,142 |
| 11.61  SIDLEY AUSTIN LLP<br>787 7TH AVE<br>NEW YORK, NY 10019 | | | | 11/21/2023 | $1,100,000 |
| 11.62  SIDLEY AUSTIN LLP<br>787 7TH AVE<br>NEW YORK, NY 10019 | | | | 11/29/2023 | $500,000 |
| 11.63  SIDLEY AUSTIN LLP<br>787 7TH AVE<br>NEW YORK, NY 10019 | | | | 12/7/2023 | $500,000 |
| 11.64  SIDLEY AUSTIN LLP<br>787 7TH AVE<br>NEW YORK, NY 10019 | | | | 12/14/2023 | $400,000 |
| 11.65  SIDLEY AUSTIN LLP<br>787 7TH AVE<br>NEW YORK, NY 10019 | | | | 12/14/2023 | $1,000,000 |

**Ebix, Inc.**                                                                                       **Case Number:**    **23-80004-11**

| Part 6: | Certain Payments or Transfers |
| --- | --- |

## 11. Payments related to bankruptcy

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None

| Who was Paid or Who Received the Transfer? Address | Email / Website | Who Made the Payment, if not Debtor? | If not Money, Describe any Property Transferred | Dates | Total Amount or Value |
| --- | --- | --- | --- | --- | --- |
| 11.66  SIDLEY AUSTIN LLP<br>787 7TH AVE<br>NEW YORK, NY 10019 | | | | 3/14/2023 | $349,443 |
| 11.67  SITRICK GROUP, LLC<br>11999 SAN VICENTE BLVD.<br>SUITE 400<br>LOS ANGELES, CA 90049 | | | | 12/4/2023 | $40,000 |
| 11.68  VORYS SATER SEYMOUR AND PEASE LLP<br>301 EAST FOURTH STREET<br>SUITE 3500<br>CINCINNATI, OH 45202 | | | | 6/7/2023 | $5,000 |
| 11.69  VORYS SATER SEYMOUR AND PEASE LLP<br>301 EAST FOURTH STREET<br>SUITE 3500<br>CINCINNATI, OH 45202 | | | | 2/28/2023 | $4,250 |

**Ebix, Inc.**                                                    **Case Number:**      **23-80004-11**

| Part 6: | Certain Payments or Transfers |
| --- | --- |

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☑ None

| Name of Trust or Device | Trustee | Describe any Property Transferred | Dates Transfers were Made | Total Amount / Value |
| --- | --- | --- | --- | --- |
| 12.1    NONE | | | | $0 |

Page 1 of 1 to Question 12

**Ebix, Inc.**                                                      **Case Number:**        **23-80004-11**

| **Part 6:** | **Certain Payments or Transfers** |

### 13. Transfers not already listed on this statement

List any transfers of money or other property - by sale, trade, or any other means - made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs.  Include both outright transfers and transfers made as security.  Do not include gifts or transfers previously listed on this statement.

☑ None

| Name and Address of Transferee, Relationship to Debtor | Description of Property | Date Transfer was Made | Total Amount or Value |
|---|---|---|---|
| 13.1   NONE | | | $0 |

|  |  | **TOTAL** | **$0** |

**Ebix, Inc.**                                                                    **Case Number:**        **23-80004-11**

| Part 7: | Previous Locations |
|---------|--------------------|

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☑ Does not apply

| Address | Dates of Occupancy |
|---------|--------------------|
| 14.l        NONE | From: _____  To: _____ |

**Ebix, Inc.**                                                                                      **Case Number:**        **23-80004-11**

| Part 8: | Health Care Bankruptcies |
|---------|-------------------------|

### 15. Health Care bankruptcies

Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility Name and Address | Nature of the Business Operation, Including Type of Services the Debtor Provides | Location Where Patient Records are Maintained (if Different from Facility Address). If Electronic, Identify any Service Provider. | If Debtor Provides Meals and Housing, Number of Patients in Debtor's Care | How are Records Kept? |
|---|---|---|---|---|
| 15.1    NONE | | | | ☐ Electronic<br>☐ Paper |

**Ebix, Inc.**                                                                     **Case Number:**      **23-80004-11**

| **Part 9:** | **Personally Identifiable Information** |
|---|---|

**16. Does the debtor collect and retain personally identifiable information of customers?**

☐ No.

☑ Yes. State the nature of the information collected and retained.      Address, Phone Number, Email Address

Does the debtor have a privacy policy about that information?

☐ No

☑ Yes

**Ebix, Inc.**                                                    **Case Number:**        **23-80004-11**

| Part 9: | Personally Identifiable Information |
|---|---|

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☐ No. Go to Part 10.

Yes. Does the debtor serve as plan administrator?

☐ No. Go to Part 10.

☑ Yes.  Fill in below:

Describe:      John Hancock                                    EIN:      77-0021975

Has the plan been terminated?

☑ No

☐ Yes

**Ebix, Inc.**                                                                    **Case Number:**      **23-80004-11**

| Part 10: | Certain Financial Accounts, Safe Deposit Boxes, and Storage Units |
|----------|-------------------------------------------------------------------|

### 18. Closed financial accounts

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?

Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| | Financial Institution Name and Address | Last 4 Digits of Acct Number | Type of Account | Date of Closing | Last Balance |
|---|---|---|---|---|---|
| 18.1 | REGIONS - OAKSTONE<br>EBIX INC<br>OAKSTONE MEDICAL<br>1 EBIX WAY<br>JOHNS CREEK, GA 30097-5801 | 6154 | COMMERCIAL ANALYZED CHECKING | 7/31/2023 | $0 |
| 18.2 | REGIONS - ZBA FOR PAYROLL FUNDING<br>EBIX INC<br>US PAYROLL<br>1 EBIX WAY<br>JOHNS CREEK, GA 30097-5801 | 8891 | CORP ZBA MULTI-DIRECTIONAL | 7/31/2023 | $0 |
| 18.3 | REGIONS OPERATING ACCOUNT<br>EBIX INC<br>MAIN OPERATING<br>1 EBIX WAY<br>JOHNS CREEK, GA 30097-5801 | 8883 | COMMERCIAL ANALYZED CHECKING | 9/29/2023 | $0 |

**Ebix, Inc.**                                                                  **Case Number:**        **23-80004-11**

| **Part 10:** | **Certain Financial Accounts, Safe Deposit Boxes, and Storage Units** |
|---|---|

### 19. Safe deposit boxes

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| Depository Institution Name and Address | Names of Anyone with Access to it and Address | Description of the Contents | Does Debtor still have it? |
|---|---|---|---|
| 19.1   NONE | | | ☐ No<br>☐ Yes |

**Ebix, Inc.**                                                                       **Case Number:        23-80004-11**

| Part 10: | Certain Financial Accounts, Safe Deposit Boxes, and Storage Units |
|---|---|

### 20. Off-premises storage

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☐ None

| | Facility Name and Address | Names of Anyone with Access to it | Address | Description of the Contents | Does Debtor still have it? |
|---|---|---|---|---|---|
| 20.1 | IRON MOUNTAIN<br>P O BOX 601002<br>PASADENA, CA 91189-1002 | YESENIA VILLAR | 1 EBIX WAY<br>JOHNS CREEK, GA 30097 | COMPANY DOCUMENTS | ☐ No<br>☑ Yes |
| 20.2 | 365 OPERATING COMPANY, LLC<br>BANK OF AMERICA, NA<br>222 BROADWAY<br>NEW YORK, NY 10038 | YESENIA VILLAR | 1 EBIX WAY<br>JOHNS CREEK, GA 30097 | COMPANY DOCUMENTS | ☐ No<br>☑ Yes |
| 20.3 | ALL STAR SUPER STORAGE<br>302 S. LYON AVENUE<br>HEMET, CA 92543 | YESENIA VILLAR | 1 EBIX WAY<br>JOHNS CREEK, GA 30097 | COMPANY DOCUMENTS | ☐ No<br>☑ Yes |
| 20.4 | PUBLIC STORAGE<br>25594 - 25594 -SMYRNA/HERODIAN<br>2490 HERODIAN WAY SE<br>SMYRNA, GA 30080-2906 | YESENIA VILLAR | 1 EBIX WAY<br>JOHNS CREEK, GA 30097 | COMPANY DOCUMENTS | ☐ No<br>☑ Yes |
| 20.5 | PUBLIC STORAGE<br>5711 ROSWELL ROAD, NE<br>ATLANTA, GA 30342-1104 | YESENIA VILLAR | 1 EBIX WAY<br>JOHNS CREEK, GA 30097 | COMPANY DOCUMENTS | ☐ No<br>☑ Yes |
| 20.6 | PUBLIC STORAGE<br>171 S ARROYO PARKWAY<br>PASADENA, CA 91105-2019 | YESENIA VILLAR | 1 EBIX WAY<br>JOHNS CREEK, GA 30097 | COMPANY DOCUMENTS | ☐ No<br>☑ Yes |

**Ebix, Inc.**                                                              **Case Number:**      **23-80004-11**

| Part 11: | Property the Debtor Holds or Controls That the Debtor Does Not Own |
|---|---|

### 21. Property held for another

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☐ None

| Owner's Name and Address | Location of the Property | Description of the Property | Value |
|---|---|---|---|
| 21.1   PACIFIC ADVISORS<br>2855 MICHELLE DR.<br>SUITE 110<br>IRVINE, CA 92606 | | OFFICE BUILDING<br>SUBLEASE DEPOSIT | $11,658.35 |

**Ebix, Inc.**                                    **Case Number:**     **23-80004-11**

| Part 12: | Details About Environmental Information |
|----------|------------------------------------------|

For the purpose of Part 12, the following definitions apply:

- Environmental law means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

- Site means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

- Hazardous material means anything than an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similary harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

☑ No

☐ Yes. Provide details below.

| Case Title and Case Number | Court or Agency Name and Address | Nature of Proceeding | Status |
|----------------------------|----------------------------------|----------------------|--------|
| 22.1   NONE | | | |

**Ebix, Inc.**                                                                     **Case Number:**    **23-80004-11**

| Part 12: | Details About Environmental Information |
|---|---|

For the purpose of Part 12, the following definitions apply:

- Environmental law means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

- Site means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

- Hazardous material means anything than an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable under or in violation of an environmental law?**

☑ No
☐ Yes. Provide details below.

| Site Name and Address | Governmental Unit Name and Address | Environmental Law, if Known | Date of Notice |
|---|---|---|---|
| 23.1   NONE | | | |

| Ebix, Inc. | Case Number: | 23-80004-11 |
|---|---|---|

---

**Part 12:**    **Details About Environmental Information**

---

For the purpose of Part 12, the followig definitions apply:

- Environmental law means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

- Site means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

- Hazardous material means anything than an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**24.  Has the debtor notified any governmental unit of any release of hazardous material?**

☑ No

☐ Yes. Provide details below.

| Site Name and Address | Governmental Unit Name and Address | Environmental Law, if Known | Date of Notice |
|---|---|---|---|
| 24.1   NONE | | | |

**Ebix, Inc.**                                                     **Case Number:        23-80004-11**

| Part 13: | Details About the Debtor's Business or Connections to Any Business |
|----------|-------------------------------------------------------------------|

### 25. Other businesses in which the debtor has or has had an interest

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case.
Include this information even if already listed in the Schedules.

☐ None

| | Business Name and Address | Describe the Nature of the Business | Employer Identification Number | Dates Business Existed |
|---|---|---|---|---|
| | | | *Do not include SSN or ITIN* | |
| 25.1 | DELPHI WORLD MONEY LIMITED (FKA WEIZMANN FOREX LIMITED) 1 EBIX WAY JOHNS CREEK, GA 30097 | ENTITY OWNED BY THE DEBTOR | | - |
| 25.2 | A.D.A.M. INC. 1 EBIX WAY JOHNS CREEK, GA 30097 | ENTITY OWNED BY THE DEBTOR | | - |
| 25.3 | AGENCY SOLUTIONS.COM, LLC (D/B/A HEALTH CONNECT LLC) 1 EBIX WAY JOHNS CREEK, GA 30097 | ENTITY OWNED BY THE DEBTOR | | - |
| 25.4 | BSE EBIX INSURANCE BROKING PVT LTD 1 EBIX WAY JOHNS CREEK, GA 30097 | ENTITY OWNED BY THE DEBTOR | | - |
| 25.5 | BSE EBIX INSURETECH PRIVATE LIMITED (FKA MARKETPLACE EBIX TECHNOLOGY SERVICES PRIVATE LIMITED) 1 EBIX WAY JOHNS CREEK, GA 30097 | ENTITY OWNED BY THE DEBTOR | | - |
| 25.6 | BUY FOREX LIMITED 1 EBIX WAY JOHNS CREEK, GA 30097 | ENTITY OWNED BY THE DEBTOR | | - |
| 25.7 | CONFIRMNET INC. 1 EBIX WAY JOHNS CREEK, GA 30097 | ENTITY OWNED BY THE DEBTOR | | - |
| 25.8 | DOCTORS EXCHANGE, INC. 1 EBIX WAY JOHNS CREEK, GA 30097 | ENTITY OWNED BY THE DEBTOR | | - |
| 25.9 | EBIX ASIA HOLDINGS INC. 1 EBIX WAY JOHNS CREEK, GA 30097 | ENTITY OWNED BY THE DEBTOR | | - |
| 25.10 | EBIX ASIA PACIFIC FZ – LLC 1 EBIX WAY JOHNS CREEK, GA 30097 | ENTITY OWNED BY THE DEBTOR | | - |
| 25.11 | EBIX AUSTRALIA (VIC) PTY LTD 1 EBIX WAY JOHNS CREEK, GA 30097 | ENTITY OWNED BY THE DEBTOR | | - |

Ebix, Inc.                                                                    Case Number:        23-80004-11

| **Part 13:** | **Details About the Debtor's Business or Connections to Any Business** |

### 25. Other businesses in which the debtor has or has had an interest

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before
filing this case.
Include this information even if already listed in the Schedules.

☐ None

| Business Name and Address | Describe the Nature of the Business | Employer Identification Number | Dates Business Existed |
|---|---|---|---|
| | | *Do not include SSN or ITIN* | |
| 25.12 EBIX AUSTRALIA PTY LTD<br>1 EBIX WAY<br>JOHNS CREEK, GA 30097 | ENTITY OWNED BY THE DEBTOR | | - |
| 25.13 EBIX BUS TECHNOLOGIES PVT LTD.<br>1 EBIX WAY<br>JOHNS CREEK, GA 30097 | ENTITY OWNED BY THE DEBTOR | | - |
| 25.14 EBIX CABS PRIVATE LIMITED (FORMERLY WAAH TAXIS PVT LTD)<br>1 EBIX WAY<br>JOHNS CREEK, GA 30097 | ENTITY OWNED BY THE DEBTOR | | - |
| 25.15 EBIX CANADA SOLUTIONS<br>1 EBIX WAY<br>JOHNS CREEK, GA 30097 | ENTITY OWNED BY THE DEBTOR | | - |
| 25.16 EBIX CAPITAL EXCHANGE PRIVATE LIMITED<br>1 EBIX WAY<br>JOHNS CREEK, GA 30097 | ENTITY OWNED BY THE DEBTOR | | - |
| 25.17 EBIX CONSULTING, INC.<br>1 EBIX WAY<br>JOHNS CREEK, GA 30097 | ENTITY OWNED BY THE DEBTOR | | - |
| 25.18 EBIX CORPORATE SERVICES PVT LTD<br>1 EBIX WAY<br>JOHNS CREEK, GA 30097 | ENTITY OWNED BY THE DEBTOR | | - |
| 25.19 EBIX E-LEARNING VENTURES PTE LTD<br>1 EBIX WAY<br>JOHNS CREEK, GA 30097 | ENTITY OWNED BY THE DEBTOR | | - |
| 25.20 EBIX EUROPE LIMITED<br>1 EBIX WAY<br>JOHNS CREEK, GA 30097 | ENTITY OWNED BY THE DEBTOR | | - |
| 25.21 EBIX EXCHANGE AUSTRALIA PTY LTD<br>1 EBIX WAY<br>JOHNS CREEK, GA 30097 | ENTITY OWNED BY THE DEBTOR | | - |
| 25.22 EBIX HEALTH ADMINISTRATION EXCHANGE INC.<br>1 EBIX WAY<br>JOHNS CREEK, GA 30097 | ENTITY OWNED BY THE DEBTOR | | - |
| 25.23 EBIX HEALTH ADMINISTRATION EXCHANGE, INC.<br>1 EBIX WAY<br>JOHNS CREEK, GA 30097 | ENTITY OWNED BY THE DEBTOR | | - |

**Ebix, Inc.**

**Case Number:** **23-80004-11**

| Part 13: | Details About the Debtor's Business or Connections to Any Business |
|---|---|

### 25. Other businesses in which the debtor has or has had an interest

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case.
Include this information even if already listed in the Schedules.

☐ None

| Business Name and Address | Describe the Nature of the Business | Employer Identification Number | Dates Business Existed |
|---|---|---|---|
| | | *Do not include SSN or ITIN* | |
| 25.24 EBIX HEALTH EXCHANGE HOLDINGS, INC. (51.00%) 1 EBIX WAY JOHNS CREEK, GA 30097 | ENTITY OWNED BY THE DEBTOR | | - |
| 25.25 EBIX INTERNATIONAL HOLDINGS LIMITED 1 EBIX WAY JOHNS CREEK, GA 30097 | ENTITY OWNED BY THE DEBTOR | | - |
| 25.26 EBIX INTERNATIONAL LLC 1 EBIX WAY JOHNS CREEK, GA 30097 | ENTITY OWNED BY THE DEBTOR | | - |
| 25.27 EBIX LATIN AMERICA 1 EBIX WAY JOHNS CREEK, GA 30097 | ENTITY OWNED BY THE DEBTOR | | - |
| 25.28 EBIX LATIN AMERICA TECNOLOGIA E CONSULTORIA LTDA (FKA MCN TECH) 1 EBIX WAY JOHNS CREEK, GA 30097 | ENTITY OWNED BY THE DEBTOR | | - |
| 25.29 EBIX MONEY EXPRESS PRIVATE LTD. 1 EBIX WAY JOHNS CREEK, GA 30097 | ENTITY OWNED BY THE DEBTOR | | - |
| 25.30 EBIX NEW ZEALAND LIMITED (FKA EBIX NEW ZEALAND) 1 EBIX WAY JOHNS CREEK, GA 30097 | ENTITY OWNED BY THE DEBTOR | | - |
| 25.31 EBIX PAYMENT SERVICES PVT LTD (FKA ITZ CASH CARD LTD) 1 EBIX WAY JOHNS CREEK, GA 30097 | ENTITY OWNED BY THE DEBTOR | | - |
| 25.32 EBIX PAYTECH PVT LTD 1 EBIX WAY JOHNS CREEK, GA 30097 | ENTITY OWNED BY THE DEBTOR | | - |
| 25.33 EBIX SINGAPORE PTE. LTD 1 EBIX WAY JOHNS CREEK, GA 30097 | ENTITY OWNED BY THE DEBTOR | | - |
| 25.34 EBIX SMARTCLASS EDUCATIONAL SERVICES PRIVATE LTD 1 EBIX WAY JOHNS CREEK, GA 30097 | ENTITY OWNED BY THE DEBTOR | | - |

**Ebix, Inc.**                                                          **Case Number:**          **23-80004-11**

| Part 13: | Details About the Debtor's Business or Connections to Any Business |
| --- | --- |

## 25. Other businesses in which the debtor has or has had an interest

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case.
Include this information even if already listed in the Schedules.

☐ None

| Business Name and Address | Describe the Nature of the Business | Employer Identification Number | Dates Business Existed |
| --- | --- | --- | --- |
| | | *Do not include SSN or ITIN* | |
| 25.35  EBIX TECHNOLOGIES PVT LTD INDUS<br>1 EBIX WAY<br>JOHNS CREEK, GA 30097 | ENTITY OWNED BY THE DEBTOR | | - |
| 25.36  EBIX TOURS AND TRAVELS PRIVATE LIMITED (FKA LAWSON TRAVEL AND TOURS)<br>1 EBIX WAY<br>JOHNS CREEK, GA 30097 | ENTITY OWNED BY THE DEBTOR | | - |
| 25.37  EBIX TRAVEL & HOLIDAYS LIMITED (FKA MERCURY TRAVELS)<br>1 EBIX WAY<br>JOHNS CREEK, GA 30097 | ENTITY OWNED BY THE DEBTOR | | - |
| 25.38  EBIX TRAVELS MIDDLE EAST FZ LLC (FKA FLIGHT RAJA MIDDLEEAST FZ LLC)<br>1 EBIX WAY<br>JOHNS CREEK, GA 30097 | ENTITY OWNED BY THE DEBTOR | | - |
| 25.39  EBIX TRAVELS PVT LTD<br>1 EBIX WAY<br>JOHNS CREEK, GA 30097 | ENTITY OWNED BY THE DEBTOR | | - |
| 25.40  EBIX US, LLC<br>1 EBIX WAY<br>JOHNS CREEK, GA 30097 | ENTITY OWNED BY THE DEBTOR | | - |
| 25.41  EBIX VAYAM TECHNOLOGIES PVT LTD<br>1 EBIX WAY<br>JOHNS CREEK, GA 30097 | ENTITY OWNED BY THE DEBTOR | | - |
| 25.42  EBIXCASH EXCHANGE PTE LTD<br>1 EBIX WAY<br>JOHNS CREEK, GA 30097 | ENTITY OWNED BY THE DEBTOR | | - |
| 25.43  EBIXCASH FINANCIAL TECHNOLOGIES PVT LTD (FKA MILES SOFTWARE SOLUTIONS PVT LTD)<br>1 EBIX WAY<br>JOHNS CREEK, GA 30097 | ENTITY OWNED BY THE DEBTOR | | - |
| 25.44  EBIXCASH GLOBAL SERVICES PVT LTD (FKA ASSUREEDGE GLOBAL SERVICES PVT LTD)<br>1 EBIX WAY<br>JOHNS CREEK, GA 30097 | ENTITY OWNED BY THE DEBTOR | | - |
| 25.45  EBIXCASH LIMITED<br>1 EBIX WAY<br>JOHNS CREEK, GA 30097 | ENTITY OWNED BY THE DEBTOR | | - |

Ebix, Inc.                                                                        **Case Number:**        **23-80004-11**

| **Part 13:** | Details About the Debtor's Business or Connections to Any Business |

### 25. Other businesses in which the debtor has or has had an interest

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case.
Include this information even if already listed in the Schedules.

☐ None

| Business Name and Address | Describe the Nature of the Business | Employer Identification Number | Dates Business Existed |
|---|---|---|---|
| | | *Do not include SSN or ITIN* | |
| 25.46  EBIXCASH MOBILITY SOFTWARE INDIA LIMITED (FKA TRIMAX IT INFRASTRUCTURE & SERVICE LIMITED) 1 EBIX WAY JOHNS CREEK, GA 30097 | ENTITY OWNED BY THE DEBTOR | | - |
| 25.47  EBIXCASH WORLD MONEY LTD CENTRUM 1 EBIX WAY JOHNS CREEK, GA 30097 | ENTITY OWNED BY THE DEBTOR | | - |
| 25.48  EBIXCITY PRIVATE LIMITED 1 EBIX WAY JOHNS CREEK, GA 30097 | ENTITY OWNED BY THE DEBTOR | | - |
| 25.49  FACTS SERVICES INC. 1 EBIX WAY JOHNS CREEK, GA 30097 | ENTITY OWNED BY THE DEBTOR | | - |
| 25.50  FINTECHNIX PTY LIMITED 1 EBIX WAY JOHNS CREEK, GA 30097 | ENTITY OWNED BY THE DEBTOR | | - |
| 25.51  FLIGHT RAJA TRAVELS PHILIPPINES 1 EBIX WAY JOHNS CREEK, GA 30097 | ENTITY OWNED BY THE DEBTOR | | - |
| 25.52  FLIGHT RAJA TRAVELS SINGAPORE 1 EBIX WAY JOHNS CREEK, GA 30097 | ENTITY OWNED BY THE DEBTOR | | - |
| 25.53  INTERACTIVE FINANCIAL & TRADING SERVICES PRIVATE LIMITED 1 EBIX WAY JOHNS CREEK, GA 30097 | ENTITY OWNED BY THE DEBTOR | | - |
| 25.54  INTERACTIVE TRADEX INDIA PRIVATE LIMITED 1 EBIX WAY JOHNS CREEK, GA 30097 | ENTITY OWNED BY THE DEBTOR | | - |
| 25.55  KRISH AND RAM FOREX PRIVATE LIMITED 1 EBIX WAY JOHNS CREEK, GA 30097 | ENTITY OWNED BY THE DEBTOR | | - |
| 25.56  LEISURECORP PVT LTD INDIA 1 EBIX WAY JOHNS CREEK, GA 30097 | ENTITY OWNED BY THE DEBTOR | | - |
| 25.57  MERCURY HIMALAYAN EXPLORATIONS LTD. 1 EBIX WAY JOHNS CREEK, GA 30097 | ENTITY OWNED BY THE DEBTOR | | - |

**Ebix, Inc.**                                                           **Case Number:**      **23-80004-11**

| Part 13: | Details About the Debtor's Business or Connections to Any Business |
|---|---|

**25. Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case.
Include this information even if already listed in the Schedules.

☐ None

| Business Name and Address | Describe the Nature of the Business | Employer Identification Number | Dates Business Existed |
|---|---|---|---|
| | | *Do not include SSN or ITIN* | |
| 25.58 MILES SOFTWARE SOLUTIONS FZ-LLC<br>1 EBIX WAY<br>JOHNS CREEK, GA 30097 | ENTITY OWNED BY THE DEBTOR | | - |
| 25.59 MILES SOFTWARE SOLUTIONS INC.<br>1 EBIX WAY<br>JOHNS CREEK, GA 30097 | ENTITY OWNED BY THE DEBTOR | | - |
| 25.60 P.T. ADYA TOURS INDONESIA<br>1 EBIX WAY<br>JOHNS CREEK, GA 30097 | ENTITY OWNED BY THE DEBTOR | | - |
| 25.61 PB SYSTEMS INC.<br>1 EBIX WAY<br>JOHNS CREEK, GA 30097 | ENTITY OWNED BY THE DEBTOR | | - |
| 25.62 ROUTIER OPERATIONS CONSULTING PVT LTD<br>1 EBIX WAY<br>JOHNS CREEK, GA 30097 | ENTITY OWNED BY THE DEBTOR | | - |
| 25.63 SWISS BUREAU GMBH<br>1 EBIX WAY<br>JOHNS CREEK, GA 30097 | ENTITY OWNED BY THE DEBTOR | | - |
| 25.64 TRIMAX DATA CENTRE SERVICES LIMITED<br>1 EBIX WAY<br>JOHNS CREEK, GA 30097 | ENTITY OWNED BY THE DEBTOR | | - |
| 25.65 VERTEX, INCORPORATED<br>1 EBIX WAY<br>JOHNS CREEK, GA 30097 | ENTITY OWNED BY THE DEBTOR | | - |
| 25.66 VIA PHILIPPINES TRAVEL CORPORATION<br>1 EBIX WAY<br>JOHNS CREEK, GA 30097 | ENTITY OWNED BY THE DEBTOR | | - |
| 25.67 WALL STREET CANADA A/K/A EBIXCASH WORLD MONEY LTD<br>1 EBIX WAY<br>JOHNS CREEK, GA 30097 | ENTITY OWNED BY THE DEBTOR | | - |
| 25.68 ZILLIOUS SOLUTIONS PRIVATE LIMITED<br>1 EBIX WAY<br>JOHNS CREEK, GA 30097 | ENTITY OWNED BY THE DEBTOR | | - |

**Ebix, Inc.**                                                                    **Case Number:**      **23-80004-11**

| **Part 13:** | Details About the Debtor's Business or Connections to Any Business |

**25. Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case.
Include this information even if already listed in the Schedules.

☐ None

| Business Name and Address | Describe the Nature of the Business | Employer Identification Number | Dates Business Existed |
|---|---|---|---|
| | | *Do not include SSN or ITIN* | |

**Ebix, Inc.**                                                                                                    **Case Number:**        **23-80004-11**

| **Part 13:** | **Details About the Debtor's Business or Connections to Any Business** |
| --- | --- |

### 26. Books, records, and financial statements

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and Address | | Dates of Service | | | |
| --- | --- | --- | --- | --- | --- |
| 26a.1 | ██████ ████████ | From: | 7/25/2022 | To: | 8/9/2023 |
| 26a.2 | ████ ████ | From: | 5/16/2022 | To: | |
| 26a.3 | █████ ███████ | From: | 5/10/2021 | To: | 6/15/2022 |
| 26a.4 | █████ ███████5 | From: | 8/24/2020 | To: | 4/22/2022 |
| 26a.5 | ████ █████ | From: | 12/17/2007 | To: | |
| 26a.3 | █████ ████ | From: | 3/8/2021 | To: | |

**Ebix, Inc.**                                                    **Case Number:**      **23-80004-11**

| **Part 13:** | **Details About the Debtor's Business or Connections to Any Business** |

### 26. Books, records, and financial statements

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and Address | | Dates of Service | | | |
|---|---|---|---|---|---|
| 26b.1 | KG SOMANI & CO LLP<br>3/15, ASAF ALI ROAD<br>NEW DELHI 110002<br>INDIA | From: | 3/5/2021 | To: | Present |

**Ebix, Inc.**                                                   **Case Number:**        **23-80004-11**

| **Part 13:** | **Details About the Debtor's Business or Connections to Any Business** |
|---|---|

### 26. Books, records, and financial statements

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and Address | If any Books of Account and Records are Unavailable, Explain Why |
|---|---|
| 26c.1 ▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮ | |
| 26c.2 ▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮ | |
| 26c.3 ▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮ | |
| 26c.4 ▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮ | |
| 26c.5 ▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮ | |

**Ebix, Inc.**                                                                                      **Case Number:**        **23-80004-11**

| Part 13: | Details About the Debtor's Business or Connections to Any Business |
|----------|-------------------------------------------------------------------|

## 26. Books, records, and financial statements

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☑ None

| Name and Address |
|------------------|
| 26d.1    SEE GLOBAL NOTES |

**Ebix, Inc.**                                                    **Case Number:**        **23-80004-11**

| **Part 13:** | **Details About the Debtor's Business or Connections to Any Business** |
|---|---|

### 27. Inventories

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the Person who Supervised the Taking of the Inventory | Name and Address of the Person who has Possession of Inventory Records | Date of Inventory | Dollar Amount | Basis |
|---|---|---|---|---|
| 27.1  NONE | | | | |

**Ebix, Inc.**                                                    **Case Number:**      **23-80004-11**

| Part 13: | Details About the Debtor's Business or Connections to Any Business |
|---|---|

**28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| | Name and Address | Position and Nature of any Interest | Percent of Interest, if any |
|---|---|---|---|
| 28.1 | | CHIEF FINANCIAL OFFICER | |
| 28.2 | | DIRECTOR | |
| 28.3 | | DIRECTOR | |
| 28.4 | | DIRECTOR | |
| 28.5 | | DIRECTOR | |
| 28.6 | | SENIOR VICE PRESIDENT EBIXHEALTH | 0.0004% |
| 28.7 | | DIRECTOR | |
| 28.8 | | DIRECTOR | |
| 28.9 | | DIRECTOR | |
| 28.10 | | DIRECTOR | |
| 28.11 | | DIRECTOR, CHAIRMAN, CEO & PRESIDENT | 13.98% |
| 28.12 | | DIRECTOR | |

**Ebix, Inc.**

**Case Number:       23-80004-11**

| **Part 13:** | **Details About the Debtor's Business or Connections to Any Business** |

**28.  List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name and Address | Position and Nature of any Interest | Percent of Interest, if any |
| --- | --- | --- |

**Ebix, Inc.**                                                                     Case Number:        **23-80004-11**

| **Part 13:** | Details About the Debtor's Business or Connections to Any Business |
| --- | --- |

**29.  Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☐ No
☑ Yes. Identify below.

| Name and Address | Position and Nature of Interest | Period During Which Position Was Held | | |
| --- | --- | --- | --- | --- |
| 29.1 ⬛ | GENERAL COUNSEL | From: 6/28/2021 | To: | 10/13/2023 |
| 29.2 ⬛ | GLOBAL CHIEF FINANCIAL OFFICER | From: 4/13/2020 | To: | 4/20/2023 |

Ebix, Inc.

Case Number:    23-80004-11

| Part 13: | Details About the Debtor's Business or Connections to Any Business |
|---|---|

### 30.  Payments, Distributions, or Withdrawals Credited or Given to Insiders

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No

☑ Yes. Identify below.

| Name and Address of Recipient and Relationship to Debtor | Amount | Dates | Reason for Providing the Value |
|---|---|---|---|
| 30.1 | $80,000 | 11/30/2023 | Director Fees |
| | **$80,000** | | |
| 30.2 | $6,250 | 1/31/2023 | Director Fees |
| | $6,250 | 4/30/2023 | Director Fees |
| | $6,250 | 11/30/2023 | Director Fees |
| | **$18,750** | | |
| 30.3 | $1,041 | 12/23/2022 | Expense Reimbursement |
| | $12,500 | 12/23/2022 | Payroll |
| | $12,500 | 1/6/2023 | Payroll |
| | $47,575 | 1/20/2023 | Restricted Stock |
| | $12,500 | 1/20/2023 | Payroll |
| | $12,500 | 2/3/2023 | Payroll |
| | $12,500 | 2/17/2023 | Payroll |
| | $2,399 | 2/17/2023 | Expense Reimbursement |
| | $7,556 | 3/3/2023 | Restricted Stock |
| | $12,500 | 3/3/2023 | Payroll |
| | $12,500 | 3/17/2023 | Payroll |
| | $325,000 | 3/31/2023 | Bonus |
| | $12,500 | 3/31/2023 | Payroll |
| | $12,500 | 4/14/2023 | Payroll |
| | $1,734 | 4/14/2023 | Expense Reimbursement |
| | $5,000 | 4/28/2023 | Payroll |
| | $6,250 | 4/28/2023 | Vacation Payout |
| | **$509,054** | | |

| Ebix, Inc. | Case Number: | 23-80004-11 |
| --- | --- | --- |

| **Part 13:** | **Details About the Debtor's Business or Connections to Any Business** |
| --- | --- |

### 30. Payments, Distributions, or Withdrawals Credited or Given to Insiders

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
☑ Yes. Identify below.

| Name and Address of Recipient and Relationship to Debtor | Amount | Dates | Reason for Providing the Value |
| --- | --- | --- | --- |
| 30.4 ███████████████ | $10,250 | 1/31/2023 | Director Fees |
| | $10,250 | 4/30/2023 | Director Fees |
| | $10,250 | 11/30/2023 | Director Fees |
| | **$30,750** | | |
| 30.5 ███████████████ | $12,250 | 1/31/2023 | Director Fees |
| | $12,250 | 4/30/2023 | Director Fees |
| | $12,250 | 11/30/2023 | Director Fees |
| | **$36,750** | | |

**Ebix, Inc.**                                                    **Case Number:**      **23-80004-11**

| Part 13: | Details About the Debtor's Business or Connections to Any Business |
|---|---|

### 30. Payments, Distributions, or Withdrawals Credited or Given to Insiders

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
☑ Yes. Identify below.

| Name and Address of Recipient and Relationship to Debtor | Amount | Dates | Reason for Providing the Value |
|---|---|---|---|
| 30.6 ▆▆▆▆ | $4,808 | 12/23/2022 | Payroll |
| ▆▆▆▆ | $4,808 | 1/6/2023 | Payroll |
| ▆▆▆▆ | $4,808 | 1/20/2023 | Payroll |
|  | $4,808 | 2/3/2023 | Payroll |
|  | $4,808 | 2/17/2023 | Payroll |
|  | $4,808 | 3/3/2023 | Payroll |
|  | $4,808 | 3/17/2023 | Payroll |
|  | $4,808 | 3/31/2023 | Payroll |
|  | $4,808 | 4/14/2023 | Payroll |
|  | $4,808 | 4/28/2023 | Payroll |
|  | $4,808 | 5/12/2023 | Payroll |
|  | $4,808 | 5/26/2023 | Payroll |
|  | $4,808 | 6/9/2023 | Payroll |
|  | $4,808 | 6/23/2023 | Payroll |
|  | $4,808 | 7/7/2023 | Payroll |
|  | $4,808 | 7/21/2023 | Payroll |
|  | $4,808 | 8/4/2023 | Payroll |
|  | $4,808 | 8/18/2023 | Payroll |
|  | $4,808 | 9/1/2023 | Payroll |
|  | $4,808 | 9/15/2023 | Payroll |
|  | $4,808 | 9/29/2023 | Payroll |
|  | $4,808 | 10/13/2023 | Payroll |
|  | $5,288 | 10/27/2023 | Vacation Payout |
| ▆▆▆▆ | **$111,058** |  |  |
| 30.7 ▆▆▆▆ | $60,000 | 11/30/2023 | Director Fees |
| ▆▆▆▆0 ▆▆▆▆ | **$60,000** |  |  |

| Ebix, Inc. | Case Number: | 23-80004-11 |
|---|---|---|

| Part 13: | Details About the Debtor's Business or Connections to Any Business |
|---|---|

### 30. Payments, Distributions, or Withdrawals Credited or Given to Insiders

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
☑ Yes. Identify below.

| Name and Address of Recipient and Relationship to Debtor | Amount | Dates | Reason for Providing the Value |
|---|---|---|---|
| 30.8 ▬▬▬▬▬ | $8,250 | 1/31/2023 | Director Fees |
| ▬▬▬ | $8,250 | 4/30/2023 | Director Fees |
| ▬▬▬ | $8,250 | 11/30/2023 | Director Fees |
| ▬▬▬▬ | | | |
| ▬▬▬▬▬ | $24,750 | | |
| 30.9 ▬▬▬ | $14,250 | 1/31/2023 | Director Fees |
| ▬▬ | $22,250 | 4/30/2023 | Director Fees |
| ▬▬▬▬ | $16,250 | 11/30/2023 | Director Fees |
| | $32,500 | 12/14/2023 | Director Fees |
| ▬▬▬▬ | $85,250 | | |
| 30.10 ▬▬▬ | $6,250 | 1/31/2023 | Director Fees |
| ▬▬ | $8,333 | 4/30/2023 | Director Fees |
| ▬▬▬▬▬ | $6,250 | 11/30/2023 | Director Fees |
| ▬▬ | | | |
| ▬▬▬▬ | $20,833 | | |

Ebix, Inc.                                                                                    Case Number:        23-80004-11

| **Part 13:** | **Details About the Debtor's Business or Connections to Any Business** |

### 30. Payments, Distributions, or Withdrawals Credited or Given to Insiders

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
☑ Yes. Identify below.

| Name and Address of Recipient and Relationship to Debtor | Amount | Dates | Reason for Providing the Value |
|---|---|---|---|
| 30.11 ▮▮▮▮▮▮▮ | $5,769 | 12/23/2022 | Payroll |
| | $5,769 | 1/6/2023 | Payroll |
| | $5,769 | 1/20/2023 | Payroll |
| | $5,769 | 2/3/2023 | Payroll |
| | $5,769 | 2/17/2023 | Payroll |
| | $5,769 | 3/3/2023 | Payroll |
| | $5,769 | 3/17/2023 | Payroll |
| | $2,242 | 3/31/2023 | Expense Reimbursement |
| | $5,769 | 3/31/2023 | Payroll |
| | $5,769 | 4/14/2023 | Payroll |
| | $5,769 | 4/28/2023 | Payroll |
| | $5,769 | 5/12/2023 | Payroll |
| | $5,769 | 5/26/2023 | Payroll |
| | $5,769 | 6/9/2023 | Payroll |
| | $5,769 | 6/23/2023 | Payroll |
| | $5,769 | 7/7/2023 | Payroll |
| | $5,769 | 7/21/2023 | Payroll |
| | $5,769 | 8/4/2023 | Payroll |
| | $5,769 | 8/18/2023 | Payroll |
| | $5,769 | 9/1/2023 | Payroll |
| | $5,769 | 9/15/2023 | Payroll |
| | $5,769 | 9/29/2023 | Payroll |
| | $844 | 10/13/2023 | Expense Reimbursement |
| | $5,769 | 10/13/2023 | Payroll |
| | $5,769 | 10/27/2023 | Payroll |
| | $5,769 | 11/9/2023 | Payroll |
| | $5,769 | 11/24/2023 | Payroll |
| | $5,769 | 12/8/2023 | Payroll |
| | $7,500 | 12/14/2023 | Retention Bonus |
| ▮▮▮▮▮▮ | **$160,585** | | |

Ebix, Inc.                                                                                    Case Number:        23-80004-11

| **Part 13:** | **Details About the Debtor's Business or Connections to Any Business** |
| --- | --- |

### 30.  Payments, Distributions, or Withdrawals Credited or Given to Insiders

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
☑ Yes. Identify below.

| Name and Address of Recipient and Relationship to Debtor | Amount | Dates | Reason for Providing the Value |
| --- | --- | --- | --- |
| 30.12 ██████████ | $600,000 | 1/8/2023 | Payroll |
| ██████████████ | $1,200,000 | 3/6/2023 | Payroll |
| ████████ | $900,000 | 4/7/2023 | Payroll |
| | $700,000 | 9/27/2023 | Payroll |
| | $1,000,000 | 10/3/2023 | Payroll |
| | $1,300,000 | 10/4/2023 | Payroll |
| | $1,000,000 | 10/6/2023 | Payroll |
| | $300,000 | 10/24/2023 | Payroll |
| | $200,000 | 10/25/2023 | Payroll |
| | $820,000 | 10/26/2023 | Payroll |
| | $600,000 | 10/27/2023 | Payroll |
| ████████ | **$8,620,000** | | |
| 30.13 ████████ | $6,250 | 1/31/2023 | Director Fees |
| ████████ | $6,250 | 4/30/2023 | Director Fees |
| ██████████ | $6,250 | 11/30/2023 | Director Fees |
| ████████ | **$18,750** | | |

**Ebix, Inc.**          **Case Number:**    **23-80004-11**

| Part 13: | Details About the Debtor's Business or Connections to Any Business |
|---|---|

### 30. Payments, Distributions, or Withdrawals Credited or Given to Insiders

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
☑ Yes. Identify below.

| | Name and Address of Recipient and Relationship to Debtor | Amount | Dates | Reason for Providing the Value |
|---|---|---|---|---|
| 30.14 | ███████████ ███████████ ███████████ | $8,654 | 12/23/2022 | Payroll |
| | | $8,654 | 1/6/2023 | Payroll |
| | | $8,654 | 1/20/2023 | Payroll |
| | | $463 | 1/20/2023 | Expense Reimbursement |
| | | $8,654 | 2/3/2023 | Payroll |
| | | $2,254 | 2/3/2023 | Expense Reimbursement |
| | | $8,654 | 2/17/2023 | Payroll |
| | | $8,654 | 3/3/2023 | Payroll |
| | | $8,654 | 3/17/2023 | Payroll |
| | | $690 | 3/31/2023 | Expense Reimbursement |
| | | $8,654 | 3/31/2023 | Payroll |
| | | $8,654 | 4/14/2023 | Payroll |
| | | $1,340 | 4/14/2023 | Expense Reimbursement |
| | | $8,654 | 4/28/2023 | Payroll |
| | | $1,156 | 4/28/2023 | Expense Reimbursement |
| | | $113 | 5/12/2023 | Expense Reimbursement |
| | | $8,654 | 5/12/2023 | Payroll |
| | | $8,654 | 5/26/2023 | Payroll |
| | | $8,654 | 6/9/2023 | Payroll |
| | | $8,654 | 6/23/2023 | Payroll |
| | | $8,654 | 7/7/2023 | Payroll |
| | | $1,241 | 7/7/2023 | Expense Reimbursement |
| | | $8,654 | 7/21/2023 | Payroll |
| | | $8,654 | 8/4/2023 | Payroll |
| | | $441 | 8/4/2023 | Expense Reimbursement |
| | | $8,654 | 8/18/2023 | Payroll |
| | | $1,116 | 9/1/2023 | Expense Reimbursement |
| | | $8,654 | 9/1/2023 | Payroll |
| | | $8,654 | 9/15/2023 | Payroll |
| | | $8,654 | 9/29/2023 | Payroll |
| | | $8,654 | 10/13/2023 | Payroll |
| | | $760 | 10/13/2023 | Expense Reimbursement |
| | | $8,654 | 10/27/2023 | Payroll |

Ebix, Inc.                                                                    **Case Number:**        **23-80004-11**

| Part 13: | Details About the Debtor's Business or Connections to Any Business |
|---|---|

### 30. Payments, Distributions, or Withdrawals Credited or Given to Insiders

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
☑ Yes. Identify below.

| Name and Address of Recipient and Relationship to Debtor | Amount | Dates | Reason for Providing the Value |
|---|---|---|---|
| | $8,654 | 11/9/2023 | Payroll |
| | $8,654 | 11/24/2023 | Payroll |
| | $8,654 | 12/8/2023 | Payroll |
| | $2,739 | 12/8/2023 | Expense Reimbursement |
| | $10,125 | 12/14/2023 | Retention Bonus |
| ███████████ | $247,437 | | |

|  |  |
|---|---|
| **TOTAL** | $10,023,967 |

**Ebix, Inc.**                                                                      **Case Number:**        **23-80004-11**

| **Part 13:** | Details About the Debtor's Business or Connections to Any Business |
|---|---|

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☐ No
☑ Yes. Identify below.

| Name of Parent Corporation | Employer Identification Number of the Parent Corporation |
|---|---|
| 31. I   EBIX, INC. | EIN:   77-0021975 |

**Ebix, Inc.**

**Case Number:**        **23-80004-11**

| Part 13: | Details About the Debtor's Business or Connections to Any Business |
|---|---|

**32.  Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No

☐ Yes. Identify below.

| Name of Pension Fund | Employer Identification Number of the Pension Fund |
|---|---|
| 32. I    NONE | EIN: |

**Ebix, Inc.**　　　　　　　　　　　　　　　　　　　　　　　　**Case Number:**　　**23-80004-11**

| Part 14: | Signature and Declaration |
|---|---|

Warning -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this Statement of Financial Affairs and any attachments and have a resonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.


**Executed on:**　　　January 19, 2024



**Signature:**　/s/ Amit K. Garg　　　　　　　　　　　　　Amit K. Garg, Chief Financial Officer
　　　　　　　　　　　　　　　　　　　　　　　　　　　**Name and Title**




Are additional pages to the Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy (Official Form 207) attached?

[X] No

[ ] Yes