SIDLEY AUSTIN LLP
Thomas R. Califano (24122825)
Rakhee V. Patel (00797213)
Jeri Leigh Miller (24102176)
2021 McKinney Avenue, Suite 2000
Dallas, Texas 75201
Telephone:    (214) 981-3300
Facsimile:    (214) 981-3400
Email:    tom.califano@sidley.com
    rpatel@sidley.com
    jeri.miller@sidley.com

SIDLEY AUSTIN LLP
Andres Barajas (admitted *pro hac vice*)
Weiru Fang (admitted *pro hac vice*)
787 Seventh Avenue
New York, New York 10019
Telephone:    (212) 839-5300
Facsimile:    (212) 839-5599
Email:    andres.barajas@sidley.com
    weiru.fang@sidley.com

*Attorneys for the Debtors*
*and Debtors in Possession*

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| EBIX, INC., *et al.*[1] | Case No. 23-80004 (SWE) |
| Debtors. | (Jointly Administered) |

### NOTICE OF CLOSING OF NA L&A ASSETS SALE TRANSACTION

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: Ebix, Inc. (1975), Vertex, Incorporated (6295), P.B. Systems, Inc. (9074), Ebix Consulting, Inc. (6666), Ebix US, LLC (N/A), Facts Services, Inc. (1348), Doctors Exchange, Inc. (N/A), Ebix International LLC (N/A), Agency Solutions.com, LLC d/b/a Health Connect LLC (N/A), ConfirmNet Corporation (2737), A.D.A.M., Inc. (8070), and Ebix Latin America, LLC (N/A). The Debtors' mailing address is 1 Ebix Way, Johns Creek, Georgia 30097.

**PLEASE TAKE NOTICE** that, on December 18, 2023, Ebix, Inc. and its debtor affiliates as debtors and debtors in possession (the "Debtors") executed an Asset Purchase Agreement (as amended, supplemented, or otherwise modified by the parties thereto, the "Stalking Horse APA") between the Debtors and Zinnia Distributor Solutions LLC (the "Stalking Horse Purchaser") for the sale of the North American life and annuities assets (the "NA L&A Assets," and such transaction, the "Sale Transaction") and the assumption of certain liabilities of the Debtors, each as specifically enumerated in the Stalking Horse APA and subject to the terms and conditions set forth therein.

**PLEASE TAKE FURTHER NOTICE** that, on December 18, 2023, the Debtors filed the *Debtor's Emergency Motion for Entry of an Order (I)(A) Approving Bid Procedures; (B) Approving the Debtors' Entry into the Stalking Horse APA and Approving Bid Protections; (C) Scheduling Auction and Sale Hearing; (D) Approving the Form and Manner of Notices Relating to the Sale Transaction; (E) Approving Assumption and Assignment Procedures; (II) Authorizing the Sale Transaction; and (III) Granting Related Relief* [Docket No. 43] (the "Bid Procedures Motion"), which attached the executed Stalking Horse APA as Exhibit 2.[2]

**PLEASE TAKE FURTHER NOTICE** that, on January 18, 2024, the United States Bankruptcy Court for the Northern District of Texas (the "Court") entered the *Order (I)(A) Approving Bid Procedures; (B) Approving the Debtors' Entry into the Stalking Horse APA and Approving Bid Protections; (C) Scheduling Auction and Sale Hearing; (D) Approving the Form and Manner of Notices Relating to the Sale Transaction; (E) Approving Assumption and Assignment Procedures; (II) Authorizing the Sale Transaction; and (III) Granting Related Relief* [Docket No. 199] (the "Bid Procedures Order"), approving, among other things, the bid procedures to be used in connection with the potential sale of the NA L&A Assets to the Stalking Horse Purchaser or the Successful Bidder (as defined in the Bid Procedures Order).

**PLEASE TAKE FURTHER NOTICE** that, in accordance with the Bid Procedures Order, the Debtors cancelled the auction for the Debtors' NA L&A Assets and named the bid submitted by the Stalking Horse Purchaser as the highest and best bid. *See* Docket No. 309.

**PLEASE TAKE FURTHER NOTICE** that, on February 16, 2024, the Court entered an order [Docket No. 334] (the "Sale Order"), approving the Sale Transaction.

**PLEASE TAKE FURTHER NOTICE** that, on April 1, 2024, the Sale Transaction closed in accordance with the Stalking Horse APA and the Sale Order.

**PLEASE TAKE FURTHER NOTICE** that, a schedule of the final purchase price from the Sale Transaction is attached as **Exhibit 1** hereto.

**PLEASE TAKE FURTHER NOTICE** that copies of the Sale Order and other pleadings filed in this case may be obtained (i) at the website established by the Debtors' claims and noticing

---

[2]  Capitalized terms used but not otherwise defined herein shall have the respective meanings ascribed to them in the Bid Procedures Motion or Stalking Horse APA, as applicable.

agent, Omni Agent Solutions, Inc. at https://omniagentsolutions.com/Ebix, (ii) from the Court's website http://www.txnb.uscourts.gov via ECF/Pacer, or (iii) upon request to the undersigned.

*[Remainder of page intentionally left blank.]*

<table>
<tr><td>

Dated: April 5, 2024  
Dallas, Texas

</td><td>

 */s/ Jeri Leigh Miller*  
**SIDLEY AUSTIN LLP**  
Thomas R. Califano (24122825)  
Rakhee V. Patel (00797213)  
Jeri Leigh Miller (24102176)  
2021 McKinney Avenue, Suite 2000  
Dallas, Texas 75201  
Telephone: (214) 981-3300  
Facsimile: (214) 981-3400  
Email: tom.califano@sidley.com  
rpatel@sidley.com  
jeri.miller@sidley.com  

*and*

Andres Barajas (admitted *pro hac vice*)  
Weiru Fang (admitted *pro hac vice*)  
787 Seventh Avenue  
New York, New York 10019  
Telephone: (212) 839-5300  
Facsimile: (212) 839-5599  
Email: andres.barajas@sidley.com  
weiru.fang@sidley.com  

*Attorneys for the Debtors*  
*and Debtors in Possession*

</td></tr>
</table>

## Certificate of Service

      I certify that on the April 5, 2024, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Northern District of Texas.

      */s/ Jeri Leigh Miller*
      Jeri Leigh Miller