**Exhibit 1**

**EBIX, INC.**
**SALES PROCEEDS FLOW - TRANSACTION DETAIL**
**CLOSING EFFECTIVE DATE: APRIL 1, 2024**

| | | |
|---|---:|---:|
| Gross Sales Proceeds | $ | 386,500,000 |
| Estimated Working Capital[1] | $ | 16,751,612 |
| Estimated Deferred Revenue[2] | $ | (17,046,726) |
| **Final Purchase Price** | **$** | **386,204,886** |
| Transfer to EbixCash Limited[3] | $ | 7,600,000 |
| Adjustment Escrow Account[4] | $ | 10,000,000 |
| Payment of KEIP Amounts[5] | $ | 2,083,333 |
| Transfer of Jefferies Success Fee to Carve-Out Account[6] | $ | 4,827,561 |
| Segregated Account for Potential Administrative Expenses[7] | $ | 25,000,000 |
| DIP Paydown[8] | $ | 93,834,576 |
| **Remaining Sale Proceeds** | **$** | **242,859,415** |

[1] Adjustment as contemplated by Section 2.10 of the Stalking Horse APA
[2] Adjustment as contemplated by Section 2.10 of the Stalking Horse APA
[3] As required by the allocation of purchase price contemplated in Section 2.14 of the Stalking Horse APA
[4] Escrow required by Section 2.8 of the Stalking Horse APA
[5] KEIP award approved by *Order Pursuant to 11 U.S.C. §§ 363 and 503 of the Bankruptcy Code (I) Authorizing the Debtors to Implement Key Employee Incentive Program and Key Employee Retention Plan and (II) Granting Related Relief* [Docket No. 263]
[6] Success fee transferred to the Carve-Out Account (as defined in the Final DIP Order) with the consent of the Debtors' DIP Lenders
[7] As contemplated in the *Debtors' Motion for Entry of an Order (I) Authorizing the Debtors to Use NA L&A Sale Proceeds to Pay Prepetition Secured Claims; (II) Modifying the Automatic Stay in Connection Therewith; and (III) Granting Related Relief* [Docket No. 484] and consented to by the Debtors' DIP Lenders
[8] Payment of drawn funds under DIP Facility, including rolled-up prepetition debt, along with exit fee paid as required by Section 2.11(c) of the Senior Secured Superpriority Debtor-in-Possession Credit Agreement, approved in the *Final Order (I) Authorizing (A) Postpetition Financing and (B) the Use of Cash Collateral; (II) Granting Liens and Providing Superpriority Administrative Expense Claims; (III) Granting Adequate Protection to Prepetition Lenders; (IV) Modifying the Automatic Stay; and (V) Granting Related Relief* [Docket No. 255] (the "Final DIP Order")