ARCHER & GREINER, P.C.
Brian M. Gargano, Esq.
Texas Bar No. 24102898
Jerrold S. Kulback, Esq. (*pro hac vice* forthcoming)
3040 Post Oak Boulevard
Suite 1800-150
Houston, TX 77056-6541
(713) 970-1066
Email: bgargano@archerlaw.com
         jkulback@archerlaw.com

*Attorneys for Actian Corporation*

### IN THE UNITED STATED BANKRUPTCY COURT
### FOR THE NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| EBIX, INC., et al.[1] | Case No. 23-80004 (SWE) |
| Debtors. | (Jointly Administered) |

### NOTICE OF HEARING

**PLEASE TAKE NOTICE** that on April 10, 2024, Actian Corporation ("Actian") filed a *Motion Of Actian Corporation To Compel Assumption Or Rejection Of Executory Contract, Or In The Alternative For Adequate Protection In The Form Of Allowance And Immediate Payment Of Administrative Claim* [Docket No. 504] with the United States Bankruptcy Court for the Northern District of Texas (the "Court").

**PLEASE TAKE FURTHER NOTICE** that a hybrid hearing shall take place before the Honorable Scott W. Everett, United States Bankruptcy Judge, in Courtroom #3, 14th Floor, 1100 Commerce Street, Dallas, TX 75242-1496 on May 14, 2024 at 1:30 p.m. prevailing Central Time (the "Hearing") to consider the Motion. Parties who will be offering evidence or participating in examination need to make in person appearances in the courtroom. All other interested parties may make their appearance via Cisco Webex. Audio communication will be by use of the Court's dial-in facility. You may access the facility at 1.650.479.3207. Video communication will be by the use of the Cisco WebEx platform. Connect via the Cisco

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: Ebix, Inc. (1975), Vertex, Incorporated (6295), P.B. Systems, Inc. (9074), Ebix Consulting, Inc. (6666), Ebix US, LLC (N/A), Facts Services, Inc. (1348), Doctors Exchange, Inc. (N/A), Ebix International LLC (N/A), Agency Solutions.com, LLC d/b/a Health Connect LLC (N/A), ConfirmNet Corporation (2737), A.D.A.M., Inc. (8070), and Ebix Latin America, LLC (N.A). The Debtors' mailing address is 1 Ebix Way, Johns Creek, Georgia 30097.

**WebEx application or click the link on Judge Everett's home page. The meeting code is 476 420 189. Click the settings icon in the upper right corner and enter your name under the personal information setting. WebEx hearing instructions may be obtained from Judge Everett's hearing/calendar site:  https://www.txnb.uscourts.gov/judgesinfo/hearing-dates/judge-everetts-hearing-dates.**

**PLEASE TAKE FURTHER NOTICE** that Hearing appearances must be made electronically in advance of electronic hearings. To make your appearance, click the "Electronic Appearance" link on Judge Everett's home page. Select the case name, complete the required fields and click "Submit" to complete your appearance.

> **If you object to the relief requested, you must respond in writing. Unless otherwise directed by the Court, you must file your response electronically at https://ecf.txnb.uscourts.gov/ no more than twenty-four (24) days after the date this motion was filed. If you do not have electronic filing privileges, you must file a written objection that is actually received by the clerk and filed on the docket no more than twenty-four (24) days after the date this motion was filed. Otherwise, the Court may treat the pleading as unopposed and grant the relief requested.**

**PLEASE TAKE FURTHER NOTICE** that copies of the Motion and other pleadings filed in this case may be obtained (i) at the website established by the Debtors' noticing agent, Omni Agent Solutions, Inc. at https://omniagentsolutions.com/Ebix, (ii) from the Court's website http://www.txnb.uscourts.gov via ECF/Pacer, or (iii) upon request to the undersigned.

Dated:  April 12, 2024                    ARCHER & GREINER, P.C.

By:*/s/ Brian M. Gargano*
Brian M. Gargano, Esq.
Texas Bar No. 24102898
Jerrold S. Kulback, Esq. (*pro hac vice* forthcoming)
3040 Post Oak Boulevard
Suite 1800-150
Houston, TX 77056-6541
(713) 970-1066
Email:  bgargano@archerlaw.com
        jkulback@archerlaw.com

228685749 v1

3