SIDLEY AUSTIN LLP
Thomas R. Califano (24122825)
Rakhee V. Patel (00797213)
Jeri Leigh Miller (24102176)
2021 McKinney Avenue, Suite 2000
Dallas, Texas 75201
Telephone:    (214) 981-3300
Facsimile:    (214) 981-3400
Email:    tom.califano@sidley.com
    rpatel@sidley.com
    jeri.miller@sidley.com

SIDLEY AUSTIN LLP
Andres Barajas (admitted *pro hac vice*)
Weiru Fang (admitted *pro hac vice*)
787 Seventh Avenue
New York, New York 10019
Telephone:    (212) 839-5300
Facsimile:    (212) 839-5599
Email:    andres.barajas@sidley.com
    weiru.fang@sidley.com

*Attorneys for the Debtors*
*and Debtors in Possession*

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | |
|---|---|
| In re:<br><br>EBIX, INC., *et al.*[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 23-80004 (SWE)<br><br>(Jointly Administered) |

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: Ebix, Inc. (1975), Vertex, Inc. (6295), P.B. Systems, Inc. (9074), Ebix Consulting, Inc. (6666), Ebix US, LLC (N/A), Facts Services, Inc. (1348), Doctors Exchange, Inc. (N/A), Ebix International LLC (N/A), Agency Solutions.com, LLC d/b/a/ Health Connect LLC (N/A), ConfirmNet Corporation (2737), A.D.A.M., Inc. (8070), and Ebix Latin America, LLC (N/A). The Debtors' mailing address is 1 Ebix Way, Johns Creek, Georgia 30097.

# DEBTORS' EMERGENCY MOTION FOR CONTINUANCE
# OF HEARING ON DEBTORS' DISCLOSURE STATEMENT APPROVAL MOTION

> **Emergency relief has been requested. Relief is requested not later than 9:30 a.m. on April 22, 2024.**
>
> **If you object to the relief requested or you believe that emergency consideration is not warranted, you must appear at the hearing if one is set, or file a written response prior to the date that relief is requested in the preceding paragraph. Otherwise, the Court may treat the pleadings as unopposed and grant the relief requested.**
>
> **You may participate in the hearing either in person or by an audio and video connection. Audio communication will be by use of the Court's dial-in facility. You may access the facility at 1.650.479.3207. Video communication will be by the use of the Cisco WebEx platform. Connect via the Cisco WebEx application or click the link on Judge Everett's home page. The meeting code is 476 420 189. Click the settings icon in the upper right corner and enter your name under the personal information setting. WebEx hearing instructions may be obtained from Judge Everett's hearing/calendar site: https://www.txnb.uscourts.gov/judges-info/hearing-dates/judge-everetts-hearing-dates .**

Ebix, Inc. and its debtors affiliates as debtors and debtors in possession (collectively, the "Debtors") in the above-captioned chapter 11 cases, hereby submit this motion (this "Motion") to continue the hearing on the *Debtors' Motion for Entry of an Order (I) Approving the Adequacy of the Disclosure Statement, (II) Approving the Forms of Ballots and Notices in Connection with Confirmation of the Plan, (III) Scheduling Certain Dates with Respect Thereto, and (IV) Granting Related Relief* [Docket No. 466] (the "Disclosure Statement Approval Motion"), which is currently scheduled for April 22, 2024 at 9:30 a.m. Central Time in front of the United States Bankruptcy Court for the Northern District of Texas (the "Court"). In support of this Motion, the Debtors respectfully state as follows:

1. On March 22, 2024, the Debtors filed the Disclosure Statement Approval Motion, seeking, among other things, approval of the adequacy of the disclosure statement, approval of the forms of ballots and notices in connection with the confirmation of the plan, and scheduling certain dates with respect thereto.

2. A hearing to consider the Disclosure Statement Approval Motion is scheduled to take place before the Honorable Scott W. Everett, United States Bankruptcy Judge,

in Courtroom #3, 14th Floor, 1100 Commerce Street, Dallas, TX 75242-1496 on April 22, 2024, at 9:30 a.m. Central Time (the "Hearing").

3. The Debtors seek continuance of the Hearing on the Disclosure Statement Approval Motion in light of the Debtors' extended sale dates approved in the Non-L&A Bid Procedures Order[2] and given the interrelatedness of the outcome of the Debtors' sale and marketing process and the disclosure statement and plan process.

4. The Debtors respectfully request a continuance of the Hearing on the Disclosure Statement Approval Motion to June 27, 2024, at 9:30 a.m. Central Time.

5. The Debtors have conferred with counsel to the prepetition secured lenders and counsel to the Official Committee of Unsecured Creditors (the "Committee") and understand that neither of these parties oppose the requested continuance. The Debtors have notified the Office of the United States Trustee (the "U.S. Trustee") of the requested continuance but not yet received a response as of the time of filing this Motion.

*[Remainder of page intentionally left blank]*

---

[2] On April 16, 2024, the Court approved the *Order (I) Approving Bid Procedures for Non-L&A Assets, Equity, and Plan Sponsorship Rights and Authorizing the Sale Transactions; (II) Approving Notices in Connection with the Transactions; and (III) Granting Related Relief* [Docket No. 514] (the "Non-L&A Bid Procedures Order"), which, among other things, sets June 14, 2024 as the deadline for the submission of bids and June 20, 2024 as the auction.

The Debtors request entry of the proposed order, substantially in the form attached hereto, granting the relief requested herein and granting such other relief as is just and proper.

Dated: April 19, 2024
      Dallas, Texas

/s/ *Jeri Leigh Miller*
**SIDLEY AUSTIN LLP**
Thomas R. Califano (24122825)
Rakhee V. Patel (00797213)
Jeri Leigh Miller (24102176)
2021 McKinney Avenue, Suite 2000
Dallas, Texas 75201
Telephone:   (214) 981-3300
Facsimile:   (214) 981-3400
Email:   tom.califano@sidley.com
         rpatel@sidley.com
         jeri.miller@sidley.com

*and*

Andres Barajas (admitted *pro hac vice*)
Weiru Fang (admitted *pro hac vice*)
787 Seventh Avenue
New York, New York 10019
Telephone:   (212) 839-5300
Facsimile:   (212) 839-5599
Email:   andres.barajas@sidley.com
         weiru.fang@sidley.com

*Attorneys for the Debtors*
*and Debtors in Possession*

## **CERTIFICATE OF SERVICE**

I certify that on the April 19, 2024, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Northern District of Texas.

                                             */s/ Jeri Leigh Miller*

                                             Jeri Leigh Miller

## CERTIFICATE OF CONFERENCE

I, Jeri Leigh Miller, conferred by e-mail and phone with (i) counsel to the prepetition secured lenders; (ii) the U.S. Trustee; and (iii) counsel to the Committee regarding the relief sought in this Motion. Counsel to the prepetition secured lenders and counsel to the Committee has each consented to a continuance of the Hearing on the Disclosure Statement Approval Motion. As of the date of this Motion, the U.S. Trustee has not responded to the Debtors' requested continuance.

*/s/ Jeri Leigh Miller*
Jeri Leigh Miller

**EXHIBIT A**
**Proposed Order**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | |
|---|---|
| In re:<br><br>EBIX, INC., *et al.*[1]<br><br>                  Debtors. | Chapter 11<br><br>Case No. 23-80004 (SWE)<br><br>(Jointly Administered) |

**[PROPOSED] ORDER CONTINUING THE HEARING
ON THE DEBTORS' DISCLOSURE STATEMENT APPROVAL MOTION**

Upon the motion (the "<u>Motion</u>") of Ebix, Inc. and its debtor affiliates, as debtors and debtors in possession (collectively, the "<u>Debtors</u>") for entry of an order (this "<u>Order</u>") continuing the Hearing on the Disclosure Statement Approval Motion; and the Court having jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and the *Order of Reference of Bankruptcy Cases and Proceedings Nunc Pro Tunc* dated August 3, 1984, entered by the United States District Court

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: Ebix, Inc. (1975), Vertex, Inc. (6295), P.B. Systems, Inc. (9074), Ebix Consulting, Inc. (6666), Ebix US, LLC (N/A), Facts Services, Inc. (1348), Doctors Exchange, Inc. (N/A), Ebix International LLC (N/A), Agency Solutions.com, LLC d/b/a/ Health Connect LLC (N/A), ConfirmNet Corporation (2737), A.D.A.M., Inc. (8070), and Ebix Latin America, LLC (N/A). The Debtors' mailing address is 1 Ebix Way, Johns Creek, Georgia 30097.

for the Northern District of Texas; and the matter being a core proceeding within the meaning of 28 U.S.C. § 157(b)(2); and venue of this proceeding and the Motion in this district being proper pursuant to 28 U.S.C. §§ 1408 and 1409; and the Court being able to issue a final order consistent with Article III of the United States Constitution; and due and sufficient notice of the Motion having been given under the particular circumstances; and it appearing that no other or further notice is necessary; and it appearing that the relief requested in the Motion is in the best interests of the Debtors, their estates, their creditors, and other parties-in-interest; and after due deliberation thereon; and good and sufficient cause appearing therefor; it is hereby

**ORDERED, ADJUDGED, AND DECREED** that:

1. The Motion is **GRANTED.**

2. The hearing on the Disclosure Statement Approval Motion previously scheduled for April 22, 2024, at 9:30 a.m. Central Time is hereby continued to June 27, 2024, **at 9:30 a.m. Central Time** and will be conducted via a hybrid in-person and videoconference format.

3. The Debtors are authorized to take all actions necessary to effectuate the relief granted in this Order.

4. The Court retains all jurisdiction with respect to all matters arising from or relating to the implementation, interpretation, and enforcement of this Order.

### # # # END OF ORDER # # #

Order Submitted by:

SIDLEY AUSTIN LLP
Thomas R. Califano (24122825)
Rakhee V. Patel (00797213)
Jeri Leigh Miller (24102176)
2021 McKinney Avenue, Suite 2000
Dallas, Texas 75201
Telephone:  (214) 981-3300
Facsimile:  (214) 981-3400
Email:  tom.califano@sidley.com
    rpatel@sidley.com
    jeri.miller@sidley.com

*and*

Andres Barajas (admitted *pro hac vice*)
Weiru Fang (admitted *pro hac vice*)
787 Seventh Avenue
New York, New York 10019
Telephone:  (212) 839-5300
Facsimile:  (212) 839-5599
Email:  andres.barajas@sidley.com
    weiru.fang@sidley.com

*Attorneys for the Debtors*
*and Debtors in Possession*