SIDLEY AUSTIN LLP
Thomas R. Califano (24122825)
Rakhee V. Patel (00797213)
Jeri Leigh Miller (24102176)
2021 McKinney Avenue, Suite 2000
Dallas, Texas 75201
Telephone:     (214) 981-3300
Facsimile:     (214) 981-3400
Email:         tom.califano@sidley.com
               rpatel@sidley.com
               jeri.miller@sidley.com

SIDLEY AUSTIN LLP
Andres Barajas (admitted *pro hac vice*)
Weiru Fang (admitted *pro hac vice*)
787 Seventh Avenue
New York, New York 10019
Telephone:     (212) 839-5300
Facsimile:     (212) 839-5599
Email:         andres.barajas@sidley.com
               weiru.fang@sidley.com

*Attorneys for the Debtors
and Debtors in Possession*

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | |
|---|---|
| In re:<br><br>EBIX, INC., *et al.*[1]<br><br>　　　　　　Debtors. | Chapter 11<br><br>Case No. 23-80004 (SWE)<br><br>(Jointly Administered) |

**AGENDA FOR HEARING SCHEDULED FOR
APRIL 22, 2024, AT 9:30 A.M. (PREVAILING CENTRAL TIME)**

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: Ebix, Inc. (1975), Vertex, Incorporated (6295), P.B. Systems, Inc. (9074), Ebix Consulting, Inc. (6666), Ebix US, LLC (N/A), Facts Services, Inc. (1348), Doctors Exchange, Inc. (N/A), Ebix International LLC (N/A), Agency Solutions.com, LLC d/b/a Health Connect LLC (N/A), ConfirmNet Corporation (2737), A.D.A.M., Inc. (8070), and Ebix Latin America, LLC (N/A). The Debtors' mailing address is 1 Ebix Way, Johns Creek, Georgia 30097.

1

The above-captioned debtors and debtors in possession (collectively, the "Debtors") hereby file this agenda for matters set for hearing on **April 22, 2024, at 9:30 a.m. (prevailing Central Time)**, before the Honorable Scott W. Everett at the United States Bankruptcy Court for the Northern District of Texas.

1.  *Debtors' Motion for Entry of an Order (I) Approving the Adequacy of the Disclosure Statement, (II) Approving the Forms of Ballots and Notices in Connection with Confirmation of the Plan, (III) Scheduling Certain Dates with Respect Thereto, and (IV) Granting Related Relief* [Docket No. 466]

    a.  Status: The Debtors request this matter adjourned subject to approval of the motion for continuance.

    b.  Related Documents

        i)   *Joint Chapter 11 Plan of Ebix, Inc. and its Debtor Affiliates* [Docket No. 467]

        ii)  *Disclosure Statement for Joint Chapter 11 Plan of Ebix, Inc. and its Debtor Affiliates* [Docket No. 468]

        iii) *Debtors' Emergency Motion for Continuance of Hearing on Debtors' Disclosure Statement Approval Motion* [Docket No. 518]

2.  *Debtors' Motion for Entry of an Order to Extend Debtors' Exclusivity Periods to File a Chapter 11 Plan and Solicit Acceptances Thereof* [Docket No. 482]

    a.  Status: This matter is going forward. Objections are due at the hearing, but as of the filing of this agenda, no objections have been filed.

    b.  Related Documents:

        i)   *Joint Chapter 11 Plan of Ebix, Inc. and its Debtor Affiliates* [Docket No. 467]

        ii)  *Disclosure Statement for the Joint Chapter 11 Plan of Ebix, Inc. and its Debtor Affiliates* [Docket No. 468]

        iii) *Notice of Hearing* [Docket No. 485]

        iv)  *Debtors' Witness and Exhibit List for Hearing Scheduled for April 22, 2024, at 9:30 A.M. (Prevailing Central Time)* [Docket No. 516]

        v)   *Debtors' Amended Witness and Exhibit List for Hearing Scheduled for April 22, 2024, at 9:30 A.M. (Prevailing Central Time)* [Docket No. 517]

3. *Debtors' Motion for Entry of an Order (I) Authorizing the Debtors to Use NA L&A Net Sale Proceeds to Pay Prepetition Secured Claims, (II) Modifying the Automatic Stay in Connection Therewith, and (III) Granting Related Relief* [Docket Nos. 484, 487]

    a. <u>Status</u>: This matter is going forward. Objections are due at the hearing, but as of the filing of this agenda, no objections have been filed.

    b. <u>Related Documents</u>:

        i. *Restructuring Support Agreement* [Docket No. 16, Exhibit B]

        ii. *Declaration of Peter D. Fitzsimmons in Support of the Debtors' Motion for Entry of an Order (I) Authorizing the Debtors to Use NA L&A Net Sale Proceeds to Pay Prepetition Secured Claims, (II) Modifying the Automatic Stay in Connection Therewith, and (III) Granting Related Relief* [Docket No. 484-2, Exhibit B]

        iii. *First Amendment to Restructuring Support Agreement* [Docket No. 484-2, Exhibit B-1]

        iv. *Notice of Hearing* [Docket No. 485]

        v. *Notice of Closing of NA L&A Assets Sale Transaction* [Docket No. 495]

        vi. *Debtors' Witness and Exhibit List for Hearing Scheduled for April 22, 2024, at 9:30 A.M. (Prevailing Central Time)* [Docket No. 516]

        vii. *Debtors' Amended Witness and Exhibit List for Hearing Scheduled for April 22, 2024, at 9:30 A.M. (Prevailing Central Time)* [Docket No. 517]

[*Remainder of page intentionally left blank.*]

Dated: April 19, 2024
Dallas, Texas

/s/ *Jeri Leigh Miller*
**SIDLEY AUSTIN LLP**
Thomas R. Califano (24122825)
Rakhee V. Patel (00797213)
Jeri Leigh Miller (24102176)
2021 McKinney Avenue, Suite 2000
Dallas, Texas 75201
Telephone:    (214) 981-3300
Facsimile:    (214) 981-3400
Email:    tom.califano@sidley.com
         rpatel@sidley.com
         jeri.miller@sidley.com

*and*

Andres Barajas (admitted *pro hac vice*)
Weiru Fang (admitted *pro hac vice*)
787 Seventh Avenue
New York, New York 10019
Telephone:    (212) 839-5300
Facsimile:    (212) 839-5599
Email:    andres.barajas@sidley.com
         weiru.fang@sidley.com

*Attorneys for the Debtors*
*and Debtors in Possession*

4

**Certificate of Service**

      I certify that on April 19, 2024, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Northern District of Texas.

                                                                                             */s/ Jeri Leigh Miller*
                                                                                              Jeri Leigh Miller