Charles R. Gibbs (Texas Bar No. 07846300)
Marcus A. Helt (Texas Bar No. 24052187)
Grayson Williams (Texas Bar No. 24124561)
Michael Wombacher (Texas Bar No. 24120434)
**MCDERMOTT WILL & EMERY LLP**
2501 North Harwood Street, Suite 1900
Dallas, Texas 75201-1664
Telephone: (214) 295-8000
Fax: (972) 232-3098
E-mail:  crgibbs@mwe.com
        mhelt@mwe.com
        gwilliams@mwe.com
        mwombacher@mwe.com

*Counsel to the Official Committee of
Unsecured Creditors*

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | |
|---|---|
| In re:<br><br>EBIX, INC., *et al.*,[1]<br><br>           Debtors. | Chapter 11<br><br>Case No. 23-80004 (SWE)<br><br>(Jointly Administered) |

**WITNESS AND EXHIBIT LIST OF THE OFFICIAL COMMITTEE OF UNSECURED
CREDITORS FOR HEARING SCHEDULED ON APRIL 22, 2024**

      The Official Committee of Unsecured Creditors (the "Committee") in the above-captioned

chapter 11 cases, files this *Witness and Exhibit List of the Official Committee of Unsecured*

*Creditors for Hearing Scheduled on April 22, 2024* (the "Witness and Exhibit List") in connection

---

[1] The Debtors The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: Ebix, Inc. (1975), Vertex, Incorporated (6295), P.B. Systems, Inc. (9074), Ebix Consulting, Inc. (6666), Ebix US, LLC (N/A), Facts Services, Inc. (1348), Doctors Exchange, Inc. (N/A), Ebix International LLC (N/A), Agency Solutions.com, LLC d/b/a Health Connect LLC (N/A), ConfirmNet Corporation (2737), A.D.A.M., Inc. (8070), and Ebix Latin America, LLC (N/A). The Debtors' mailing address is 1 Ebix Way, Johns Creek, Georgia 30097.

with the matters scheduled for hearing on April 22, 2024 at 9:30 a.m. (prevailing Central Time) (the "Hearing"):

## WITNESSES

1. Any witness listed, offered, or called by the Debtors or any other party;

2. Any witness necessary to authenticate a document; and

3. Any witness required for rebuttal or impeachment.

## EXHIBITS

| Exhibit No. | Description | Offered | Objection | Admitted | Disposition After Hearing |
|---|---|---|---|---|---|
| A. | Any pleading on file in these cases | | | | |
| B. | Any exhibits listed, designated, or offered by any other party | | | | |
| C. | Any exhibits necessary for rebuttal | | | | |

## RESERVATION OF RIGHTS

The Committee reserves the right to amend or supplement this Witness and Exhibit List at any time prior to the Hearing and/or in compliance with the Local Bankruptcy Rules and the Orders of this Court. The Committee reserves the right to offer into evidence any other exhibit designated by any other party in connection with the hearing on these matters. The Committee also reserves the right to offer into evidence such additional testimony and documents as may be appropriate for rebuttal or impeachment purposes.

| | |
|---|---|
| Dated: April 21, 2024<br>Dallas, Texas | **MCDERMOTT WILL & EMERY LLP**<br><br>*/s/ Charles R. Gibbs*<br>Charles R. Gibbs (Texas State Bar No. 07846300)<br>Marcus A. Helt (Texas State Bar No. 24052187)<br>Grayson Williams (Texas State Bar No. 24124561)<br>Michael Wombacher (Texas State Bar No. 24120434)<br>2501 North Harwood Street, Suite 1900<br>Dallas, Texas 75201-1664<br>Telephone:   (214) 295-8000<br>Fax:              (972) 232-3098<br>Email:          crgibbs@mwe.com<br>                    mhelt@mwe.com<br>                    gwilliams@mwe.com<br>                    mwombacher@mwe.com<br><br>-and-<br><br>Lucas B. Barrett (admitted *pro hac vice*)<br>One Vanderbilt Avenue<br>New York, New York 10017-3852<br>Telephone:   (212) 547-5707<br>Facsimile:   (646) 547-5444<br>Email:          lbarrett@mwe.com<br><br>*Counsel to the Official Committee of Unsecured Creditors* |

**Certificate Of Service**

    I certify that on April 21, 2024, a true and correct copy of the foregoing document was served on all parties receiving ECF notifications in this case.

    */s/ Charles R. Gibbs*
    Charles R. Gibbs